# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 08 CV 01858

Date Filed: _____

Plaintiff:
**EVELYN A. JANKOUSKY**

vs.

Defendant:
**NORTH FORK BANCORPORATION INC. d/b/a NORTH FORK BANK, et al.**

Received by ASK Litigation Support, Inc. to be served on **NORTH FORK BANK, 275 Broad Hollow Rd., Melville, NY 11747**.

I, Simon Kahn, being duly sworn, depose and say that on the **7th day of March, 2008** at **11:11 am**, I:

Personally delivered a true copy of the **Summons & Complaint with Judges and Magostrate's Rules including ECF** to Srephen Salhus, Assistant Branch Manager and that said documents were in actuality delivered to the business at the location stated above.

**Description** of Person Served: Age: 47, Sex: M, Race/Skin Color: Caucasian, Height: 5'11", Weight: 175, Hair: Brown, Glasses: N

I am over the age of 18, not a party to this action, and reside in the State of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____3/13/08_____
                      Date

Simon Kahn
0842361

ASK Litigation Support, Inc.
D/B/A Firm Service
211 East 43rd Street, Suite 1901
New York, NY 10017
(212) 481-9000
Our Job Serial Number: 2008000123