UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Evelyn A. Jankousky

vs.

North Fork Bancorporation Inc. d/b/a North Fork Bank, et al.

No. 08CV01858

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, ROBERT PROFFITT, having been duly authorized to make service of the Summons; Complaint; Civil Case Management Plan and Scheduling Order; Notice of Availability of A United States Magistrate Judge To Exercise Jurisdiction; and Consent To Proceed Before United States Magistrate Judge in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1955.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 12:45 pm on March 11, 2008, I served Capital One at 1680 Capital One Drive, Suite 1400, McLean, Virginia 22102 by serving Bill Douglas, Legal Department, authorized to accept. Described herein:

```
SEX-     MALE
AGE-     55
HEIGHT-  5'10"
HAIR-    BROWN
WEIGHT-  210
RACE-    WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on 3-12-08
Date

ROBERT PROFFITT
1827 18th Street, NW
Washington, DC 20009
Our File#- 203287