UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EVELYN A. JANKOUSKY,

                         Plaintiff,                  *Index No.: 08 CV-01858(PAC)*

            -against-                           **NOTICE OF**
                                                            **APPEARANCE**

NORTH FORK BANCORPORATION INC.
d/b/a NORTH FORK BANK and
CAPITAL ONE, FINANCIAL CORP.,

                         Defendants.
------------------------------------------------------------X

     **PLEASE TAKE NOTICE**, that Wickham, Bressler, Gordon & Geasa, P.C., hereby appears on behalf of the named Defendants in the above-captioned action and demands that a copy of all papers in this action be served upon the undersigned at the address stated below and/or in accordance with the Court's electronic filing procedures.

Dated: Melville, New York
          April 2, 2008

                                        Yours, etc.,

                                         WICKHAM, BRESSLER, GORDON & GEASA, P.C.

                                         By:_____/s/_____
                                              Eric J. Bressler, Esq. (EB3412)
                                       Attorneys for Defendant
                                       275 Broad Hollow Road- Suite 111
                                     Melville, New York 11747
                                     (631) 249-9480
                                     ebressler@wbgglaw.com
                                     wwblaw@aol.com