UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EVELYN A. JANKOUSKY,

                                        Plaintiff,              *Index No.: 08 CV-01858(PAC)*

                -against-                                       ***NOTICE OF MOTION TO
                                                               DISMISS COMPLAINT***

NORTH FORK BANCORPORATION INC.,
CAPITAL ONE, FINANCIAL CORP, CAPITAL
ONE, NATIONAL ASSOCIATION, and
NORTH FORK BANK, ,

                                        Defendants.
------------------------------------------------------------------X
SIRS:

    **PLEASE TAKE NOTICE**, that upon the annexed affidavit of Nancy Elia of May 27,

2008, the affirmation of Eric J. Bressler dated May 27, 2008, the amended complaint, and all of

the prior proceedings herein the undersigned will move this Court pursuant to Federal Rules of

Civil Procedures 12(b)(6) for an order dismissing the complaint on the grounds that the

complaint fail to state a cause of action and for such other and further relief as is just and proper.

    Please take further notice that pursuant to the briefing schedule, answering papers must

be served on or before June 16, 2008.

Dated: Melville, New York
      May 27, 2008

                        Yours, etc.,

                        WICKHAM, BRESSLER, GORDON & GEASA, P.C.

                        By:_____/s/_____
                              Eric J. Bressler, Esq. (EB3412)
                        Attorneys for Defendant
                        275 Broad Hollow Road- Suite 111
                        Melville, New York 11747
                        (631) 249-9480
                        ebressler@wbgglaw.com
                        wwblaw@aol.com

TO:   Karen Cacace (KC 3184)
      Maia Goodel (MG 8905)
      Vladeck, Waldman, Elias & Engelhard, P.C.
      Attorneys for Plaintiff
      1501 Broadway, Suite 800
      New York, NY 10036
      (212) 403-7300

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
EVELYN A. JANKOUSKY,

                               Plaintiff,            *Index No.: 08 CV-01858(PAC)*

             -against-                ***NOTICE OF MOTION TO***
                                             ***DISMISS COMPLAINT***

NORTH FORK BANCORPORATION INC.,
CAPITAL ONE, FINANCIAL CORP, CAPITAL
ONE, NATIONAL ASSOCIATION, and
NORTH FORK BANK, ,

                             Defendants.
----------------------------------------------------------------X
SIRS:

      **PLEASE TAKE NOTICE**, that upon the annexed affidavit of Nancy Elia of May 27,

2008, the affirmation of Eric J. Bressler dated May 27, 2008, the amended complaint, and all of

the prior proceedings herein the undersigned will move this Court pursuant to Federal Rules of

Civil Procedures 12(b)(6) for an order dismissing the complaint on the grounds that the

complaint fail to state a cause of action and for such other and further relief as is just and proper.

      Please take further notice that pursuant to the briefing schedule, answering papers must

be served on or before June 16, 2008.

Dated: Melville, New York
       May 27, 2008

                      Yours, etc.,

                      WICKHAM, BRESSLER, GORDON & GEASA, P.C.

                      By:_____/s/_____
                              Eric J. Bressler, Esq. (EB3412)
                      Attorneys for Defendant
                      275 Broad Hollow Road- Suite 111
                      Melville, New York 11747
                      (631) 249-9480
                      ebressler@wbgglaw.com
                      wwblaw@aol.com

TO:   Karen Cacace (KC 3184)
       Maia Goodel (MG 8905)
       Vladeck, Waldman, Elias & Engelhard, P.C.
       Attorneys for Plaintiff
       1501 Broadway, Suite 800
       New York, NY 10036
       (212) 403-7300

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
EVELYN A. JANKOUSKY,

                               Plaintiff,               ***Index No.: 08 CV-01858(PAC)***

                  -against-                     ***AFFIRMATION IN***
                                          ***SUPPORT OF MOTION TO***
NORTH FORK BANCORPORATION INC.,      ***DISMISS COMPLAINT***
CAPITAL ONE, FINANCIAL CORP, CAPITAL    ***(FRCP 12(b)(6))***
ONE, NATIONAL ASSOCIATION, and
NORTH FORK BANK, ,

                         Defendants.
-------------------------------------------------------------------X

STATE OF NEW YORK    )
                       ) ss.:
COUNTY OF SUFFOLK   )

      Eric J. Bressler, an attorney, duly licensed to practice before the Courts in the State of New York,

hereby affirms under the penalties of perjury as follows:

      1.      I am a member of Wickham, Bressler, Gordon & Geasa, P.C., attorneys for Defendant,

defendants and make this affirmation in support of the motion to dismiss the amended complaint

pursuant to Federal Rules of Civil Procedures Rule 12(b)(6).  I have knowledge of the facts stated

herein.

PROCEDURAL HISTORY

      2.      Plaintiff commenced this action on February 25, 2008 by filing a complaint.  The

complaint named North Fork Bancorporation, Inc. and Capital One Financial Corp. (sic) as defendants.

This Complaint purported to assert claims for gender discrimination under the applicable Federal, State

and City statutes arising out of an employment relationship.  In addition, claims under other state statutes

and law were asserted.

      3.      On March 26, 2008, the then named defendants requested a pre-motion conference in

anticipation of a motion to dismiss.  A copy of the letter request is annexed hereto and incorporated

herein as Exhibit A. The gravamen of the proposed motion was that the named defendants had no employment relationship with plaintiff.

4.      On March 31, 2008, plaintiff responded to the letter. A copy of the response is annexed hereto and incorporated herein as Exhibit B.

5.      On April 14, 2008, a pre-motion conference was held at which time the identity of the proper defendant (plaintiff's employer), assuming arguendo a viable claim, was determined to be Capital One, N.A., not the named defendants.

6.      On May 2, 2008, plaintiff amended her complaint, but instead of substituting the "correct" party merely added another two defendants – Capital One, N.A. and North Fork Bank. A copy of the amended complaint is annexed hereto and incorporated herein as Exhibit C.

7.      On May 19, 2008, we requested that plaintiff discontinue the action against the patently improper defendants. North Fork Bancorporation, Inc. and Capital One Financial Corporation. A copy of the demand letter is annexed hereto and incorporated as Exhibit D.

8.      On May 20, 2008, we were advised that plaintiff refused to discontinue against the patently improper defendants unless we agreed to immediately conduct discovery. A copy of plaintiff's attorney letter is annexed hereto and incorporated herein as Exhibit E.

9.      On May 19, 2008, the Court had determined that the pending motion to dismiss no discovery would be conducted. Docket entry # 6.

10.     Defendants now move for judgment dismissing the complaint against all defendants. For the reasons set forth herein, and the accompanying affidavit of Nancy Elia and the accompanying memorandum of law, the motion should be granted.

FACTURAL BACKGROUND

11.     Plaintiff was employed by North Fork Bank from June, 2001 to March, 2007.  A copy of her pay stub is annexed to Exhibit B.

12.     In August, 2007, after the termination of plaintiff's employment, North Fork Bank was merged into Capital One, N.A., as appears from the affidavit of Nancy Elia and the certificate of merger annexed thereto.

13.     On June 13, 2007, plaintiff filed a charge against North Fork Bank with the United States Equal Employment Opportunity Commission ("EEOC") alleging gender discrimination.  A copy of the complaint is annexed hereto and incorporated herein as Exhibit F.

14.     On September 19, 2007, Capital One, N.A. as successor to North Fork Bank responded to the allegations in the complaint.  A copy of the response is annexed hereto and incorporated herein as Exhibit G.  Plaintiff's employment with North Fork Bank was admitted.

15.     On December 5, 2007, the EEOC issued a right to sue letter with respect to the claim against North Fork Bank (then Capital One, NA).  A copy of the right to sue letter is annexed hereto and incorporated herein as Exhibit H.

16.     No action against Capital One, NA was commenced within 90 days of the receipt of the right to sue letter.  The claim against Capital One, NA was first asserted on May 2, 2008 in the amended complaint.

17.     No charge was ever filed with the EEOC with respect to North Fork Bancorporation, Inc. or Capital One Financial Corporation.

18.     The New York State Banking Department website reflects the fact that Capital One, NA is the successor by merger to North Fork Bank.  North Fork Bank merged with Capital One, NA

effective August 1, 2007. A copy of the New York State Banking Department web page reflecting same is annexed hereto and incorporated herein as Exhibit I.

19.    The New York State Banking Department website reflects the fact that Capital One Financial Corporation is the successor by merger to North Fork Bancorporation, Inc. A copy of the New York State Banking Department webpage reflecting same is annexed hereto and incorporated as Exhibit J.

## BASIS FOR RELIEF

20.    The motion to dismiss should be granted for six reasons. The factual and legal basis for each reason is set forth below.

21.    First, as to defendant North Fork Bancorporation, Inc. it is no longer in existence and has not been since December 1, 2006. Thus, no claim lies against it.

22.    Second, as to defendants North Fork Bancorporation, Inc. and Capital One Financial Corporation there was no legal relationship which would support any of the claims asserted in the Complaint. Indeed, the complaint is devoid of any allegation which links plaintiff to either of these two defendants. Plaintiff was employed by North Fork Bank as alleged before the EEOC and reflected in her pay stub.

23.    Third, as to defendants North Fork Bancorporation, Inc. and Capital One Financial Corporation claim for discrimination under 42 U.S.C. 2000e will lie since the condition precedent of a filing with the EEOC was not met.

24.    Fourth, as to defendant North Fork Bank it is no longer in existence and has not been since August 1, 2007. Thus, no claim lies against it.

25.    Fifth, as to defendant North Fork Bank and Capital One, NA no claim for discrimination under 42 U.S.C. 2000e will lie since the action against them was not commenced within 90 days of the right to sue letter.

26.    Sixth, since all claims other than the claim under 42 U.S.C. 2000e are under State or Local law, there is no longer a basis for the assertion of federal questions jurisdiction.

27.    The complaint as against defendant North Fork Bancorporation, Inc., Capital One Financial Corporation and North Fork Bank should be dismissed in its entirety. The complaint as against defendant Capital One, N.A. should be dismissed as the claim under 42 U.S.C. 2000e.  The remaining claims against Capital One, N.A. are not supported by federal questions jurisdiction.

<u>CONCLUSION</u>

WHEREFORE, it is respectfully requested that the motion to dismiss be granted in its entirety.

Dated: Melville, New York
    May 27, 2008

_____
Eric J. Bressler

Jankousky v. NFB et al
Index No.: 08-CV-1858(PAC)


AFFIRMATION

# EXHIBIT A
# 3/26/08 LETTER

LAW OFFICES

WICKHAM, BRESSLER, GORDON & GEASA, P.C.
13015 MAIN ROAD, P.O. BOX 1424
MATTITUCK, LONG ISLAND
NEW YORK 11952
————
631-298-8353
TELEFAX NO. 631-298-8565
wwblaw@aol.com
ebressler@wbgglaw.com

ERIC J. BRESSLER
ABIGAIL A. WICKHAM
LYNNE M. GORDON
JANET GEASA

WILLIAM WICKHAM (06-02)
————
MELVILLE OFFICE
275 BROAD HOLLOW ROAD
SUITE 111
MELVILLE, NEW YORK 11747
————
631-249-9480
TELEFAX NO. 631-249-9484

March 26, 2008

*Via Email*
*CrottyNYSDChambers@nysd.uscourts.gov*

Honorable Paul A. Crotty
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Chambers 735
Courtroom 20-C
New York, New York 10007

RE:     *Jankousky v. North Fork Bancorporation, Inc. et al.*
        *Index No.: 08-CV-1858(PAC)*

Dear Judge Crotty:

We are the attorneys for defendants and write pursuant to Individual Practices Rules 1(A) and Rules 3(A)(B)(D) to request a pre-motion conference as a condition precedent to a motion to dismiss the complaint pursuant to Federal Rules of Civil Procedure 12(b). The basis for this request and proposed motion to dismiss is set forth below.

<u>NATURE OF THE ACTION</u>

Plaintiff has asserted a claim under 42 USC §2000(e) seeking damages for discrimination based upon sex and retaliation in invoking the jurisdiction of this Court. Plaintiff has also asserted similar claims under the New York State Human Rights Law and the Administrative Code of the City of New York as well as claims under the New York State Labor Law and for breach of contract, promissory estoppel, unjust enrichment, and quantum meruit, invoking in each case the supplemental jurisdiction of this court.

## THE PARTIES

Capital One Financial Corporation is a Delaware Corporation with principal offices in Virginia. North Fork Bancorporation, Inc. does not exist and has not existed since December, 2006. It was a Delaware Corporation. Neither of the named defendants is or was in the business of banking. Plaintiff claims to have been employed by North Fork Bancorporation, Inc. as the manager of a bank branch from 2001 to 2007. In fact, plaintiff was never so employed.

## THE ADMINISTRATIVE PROCEEDING

Plaintiff filed a charge with the United States Equal Employment Opportunity Commission ("EEOC") in May, 2007 against North Fork Bank complaining of discrimination based upon sex and retaliation. In December, 2007 the EEOC issued a right to sue letter with respect to the complaint. The Respondent in the EEOC proceeding is not a defendant in this action and more than 90 days have passed since the issuance of the right to sue letter.

## BASIS FOR THE MOTION TO DISMISS

There are two bases for the motion to dismiss. First, pursuant to 42USC §2000(e), it is condition precedent to a Title VII action that a charge of discrimination be filed with the EEOC and that a right to sue letter be obtained. In this case no such charge was filed against defendants and no right to sue letter issued with respect to defendants. Second, pursuant to 42 USC §2000(e), it is a condition precedent to a Title VII action that upon obtaining a right to sue letter, an action be commenced within 90 days thereof. No such action with respect to the Respondent in the EEOC proceeding was commenced within 90 days.

Based upon the foregoing, there is a documented and undisputed failure to meet the prerequisites for a Title VII action. Since the Title VII claims are not viable, the supplemental state claims are not viable. Accordingly, dismissal is warranted.

Thank you for your consideration of this request for a pre-motion conference.

Very truly yours,

ERIC J. BRESSLER

EJB/rc

cc:   Karen Cacace (via facsimile 212-221-3172)
      Maia Goodel (via facsimile 212-221-3172)
      Vladeck, Waldman, Elias & Engelhard, P.C.
      Attorneys for Plaintiff

Jankousky v. NFB et al
Index No.: 08-CV-1858(PAC)

AFFIRMATION

# EXHIBIT B
## 3/31/08 LETTER

VLADECK, WALDMAN, ELIAS & ENGELHARD, P.C.

COUNSELORS AT LAW

1501 BROADWAY

NEW YORK, N.Y. 10036

TEL 212/403-7300

FAX 212/221-3172

KAREN CACACE



WRITER'S DIRECT DIAL

212/403-7386

March 31, 2008

BY E-MAIL
The Honorable Paul A. Crotty
United States District Court
Southern District of New York
Chambers 735
500 Pearl Street, Courtroom 20-C
New York, NY 10007

      Re:    Evelyn Jankousky v. North Fork Bancorporation Inc.
              d/b/a North Fork Bank, and Capital One, Financial Corp.
              Case No. 08 CV 01858

Dear Judge Crotty:

      We represent plaintiff Evelyn Jankousky ("Jankousky" or "plaintiff") in the above-referenced matter, and we submit the following response to the March 26, 2008 letter of defendants North Fork Bancorporation Inc. and Capital One Financial Corp. ("Capital One") (collectively "defendants"), which set forth their request to file a motion to dismiss.

      Defendants' proposed motion is meritless. Jankousky submitted a charge of discrimination with the United States Equal Employment Opportunity Commission (the "EEOC") on or about May 22, 2007, against North Fork Bank, which is listed as Jankousky's employer on her pay stubs and forms W-2. (Exhibit 1) Mr. Bressler answered that charge on behalf of "North Fork Bank, a division of Capital One, N.A." (Exhibit 2) The response to the charge specifically admitted that "[c]omplainant was, in fact, employed at [North Fork Bank, a division of Capital One, N.A.] for approximately 5 ½ years since 2001 . . . and was terminated from employment on March 12, 2007." (Exhibit 2 ¶ 2) Plaintiff received a right to sue letter from the EEOC on December 5, 2007, and filed the instant suit on February 25, 2008, 82 days later.

     *EEOC Charge*

      Defendants' apparent argument is that because the EEOC charge named "North Fork Bank" instead of the corporate entity that runs that bank, the pre-requisites to suit under

Honorable Paul A. Crotty
March 31, 2008
Page 2

Title VII have not been met. This argument fails. Not only did the Charge list the entity on Jankousky's pay documents; the employer actually appeared, responded to the EEOC Charge, and participated in preliminary EEOC mediation efforts through Mr. Bressler. There is no question that it has an "identity of interest" with the party named in the EEOC Charge. Therefore, plaintiff has satisfied the exhaustion requirement. See Katz v. City of New York Dep't of Transp., No. 94 Civ. 8319, 1996 WL 599668, at *7 (S.D.N.Y. Oct.17, 1996) (naming Department of Transportation in EEOC charge, which was not a suitable entity to sue, was sufficient to provide notice to the City of New York); Minetos v. City Univ. Of N.Y., 875 F.Supp. 1046, 1052 (S.D.N.Y.1995) (identity of interest between named Hunter College and unnamed City University of New York ("CUNY"), where CUNY's legal counsel represented Hunter College at the agency proceeding).

Moreover, the employer did not argue that Jankousky's Charge was defective at the time, when the Charge could have been corrected within the limitations period, and is therefore equitably estopped from making any claim of defect. See Francis v. City of New York, 235 F.3d 763 (2d. Cir. 2000) (failure to timely raise exhaustion arguments resulted in waiver).

*Appropriate Defendants*

Defendants do not mention any distinction between Capital One N.A. and Captial One Financial Corp. in their March 26 letter. Captial One, N.A. is apparently a wholly owned subsidiary of Capital One Financial Corp. Because SEC filings indicated that Capital One Financial Corp. acquired North Fork Bank in 2007, plaintiff named Capital One Financial Corp. as a defendant. If the appropriate defendant is actually Captial One, N.A., instead of or in addition to Capital One Financial Corporation, plaintiff can amend the complaint to so reflect. Because Mr. Bressler represented Capital One N.A. at the EEOC and now represents Captial One Financial Corp., both entities have full notice of these claims and there can be no prejudice to such a procedure. See Garg v. Winterthur, 525 F.Supp.2d 315, 317 (E.D.N.Y. 2007) (granting leave to amend complaint and summons to correct incorrectly named entity). Such amendment would relate back to the original complaint for purposes of computing timeliness. Fed. R. Civ. P. 15(c)(3).

Defendants also apparently argue that North Fork Bancorporation, Inc. is no longer a legal entity amenable to suit. North Fork Bancorporation, Inc., however, is registered currently with the New York Secretary of State as an active foreign corporation. (Exhibit 3) If defendants wish to provide documentary evidence demonstrating that North Fork Bancorporation, Inc. no longer exists and is not amenable to suit, plaintiff will seek leave to amend the complaint. If that is the case, Capital One is then without question liable as the successor of North Fork Bancorporation. See Fennell v. TLB Plastics Corp., No. 84 CIV 8775, 1989 WL 88717 at *2-3 (S.D.N.Y. July 28, 1989) (finding successor liability in race

# EXHIBIT 1

**2007 W-2 and EARNINGS SUMMARY**

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 2007 pay stub plus any adjustments submitted by your employer.

so, accurate,
ASTI Use
**e-file**
Visit the IRS Web Site
at www.irs.gov/efile.

Employee Reference Copy
**W-2** Wage and Tax Statement **2007**
OMB No. 1545-0008

| Control number 04722 73/SHS | Dept. 110270 | Corp. | Employer use only T   2969 |
|---|---|---|---|

Employer's name, address, and ZIP code
NORTH FORK BANK
275 BROADHOLLOW ROAD
MELVILLE NY 11747

Batch #02438

7 Employee's name, address, and ZIP code
EVELYN A JANKOUSKY

| Employer's FED ID number 11-1353410 | a Employee's SSA number |
|---|---|
| Wages, tips, other comp. | 2 Federal income tax withheld |
| 1 Social security wages | 4 Social security tax withheld |
| Medicare wages and tips | 6 Medicare tax withheld |
| Social security tips | 8 Allocated tips |
| Advance EIC payment | 10 Dependent care benefits |
| 1 Nonqualified plans | 12a See instructions for box 12 |
| 4 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay |

| 8 State NY | Employer's state ID no. 11-1353410 | 16 State wages, tips, etc. |
|---|---|---|
| 7 State income tax | | 18 Local wages, tips, etc. |
| 7 Local income tax | | 20 Locality name NYC RES |

3. Employee W-4 Profile. To change your Employee W-4 Profile information, file a new W-4 with your payroll dept.

EVELYN A JANKOUSKY

© 2007 ADP, INC.

Fold and Detach Here

REDACTED

REDACTED



# 2006 W-2 and EARNINGS SUMMARY

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information on the information that you may also find helpful. The following information reflects your final 2006 pay stub plus any adjustments submitted by your employer.

3. Employee W-4 Profile. To change your Employee W-4 Profile Information, file a new W-4 with your payroll dept.

CONTINUED ON NEXT PAGE...

EVELYN A JANKOUSKY

© 2006 AUTOMATIC DATA PROCESSING, INC.

← Fold and Detach Here →

---

**PAGE 1**

Safe, accurate, FAST! Use ~ e-file~ Visit the IRS Web Site at www.irs.gov/efile.

**W-2** Wage and Tax Statement **2006**

OMB No. 1545-0008 Copy C

| Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 804722 73/SHS | 110270 | A | 3308 |

c Employer's name, address, and ZIP code

NORTH FORK BANK
275 BROADHOLLOW ROAD
MELVILLE NY 11747

**Batch #02782**

e/f Employee's name, address, and ZIP code

EVELYN A JANKOUSKY

| b Employer's FED ID number 11-1353410 | d Employee's SSA number |
|---|---|
| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
| 3 Social security wages | 4 Social security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay X |

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| NY | 11-1353410 | |
| 17 State income tax | 18 Local wages, tips, etc. | |
| 19 Local income tax | 20 Locality name NYC RES | |

# EXHIBIT 2

LAW OFFICES

## WICKHAM, BRESSLER, GORDON & GEASA, P.C.

13015 MAIN ROAD, P.O. BOX 1424
MATTITUCK, LONG ISLAND
NEW YORK 11952

ERIC J. BRESSLER
ABIGAIL A. WICKHAM
LYNNE M. GORDON
JANET GEASA

631-298-8353
TELEFAX NO. 631-298-8565
wwblaw@aol.com

WILLIAM WICKHAM (06-02)

MELVILLE OFFICE
275 BROAD HOLLOW ROAD
SUITE 111
MELVILLE, NEW YORK 11747

631-249-9480
TELEFAX NO. 631-249-9484



September 19, 2007

***Via Federal Express Delivery***

John Douglass
U.S. Equal Employment Opportunity Commission
New York District Office
33 Whitehall Street, 5th Floor
New York, New York 10004-2112

RE:    ***Evelyn Jankousky v. North Fork Bank***
          ***EEOC Charge No. 520-2007-02866***

Dear Mr. Douglass:

Enclosed herein please find Answer and Position Statement of Respondent, North Fork
Bank, a division of Capital One, N.A., in connection with the above-captioned matter.

Very truly yours,

ERIC J. BRESSLER

EJB/frd

Enclosure

cc:  Linda Migliorisi
       North Fork Bank

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
-------------------------------------------------------X
In the Matter of the Complaint of

EVELYN JANKOUSKY,

                              Complainant,

        - against -

NORTH FORK BANK,

                              Respondent.
-------------------------------------------------------X

RECEIVED
SEP 2 0 2007
EEOC·NYDO·ENFORCEMENT

EEOC Charge No. 520-2007-02866

***ANSWER AND
POSITION STATEMENT***

NORTH FORK BANK, a division of Capital One, N.A. ("NFB"), by its

attorneys, Wickham, Bressler, Gordon & Geasa, P.C., as and for its Answer and Position

Statement with respect to the Complaint, respectfully alleges:

1.      At the outset, NFB denies any and all allegations of discrimination and

retaliation based upon gender or any other prohibited basis. As will be seen below, it was

solely as a result of Complainant's non-performance that she was first disciplined and

later terminated from employment.

2.      One of the few areas of the Complaint, which is factual, concerns

Complainant's initial employment with NFB. Complainant was, in fact, employed at

NFB for approximately 5½ years since 2001, was the Branch Manager of NFB's Fifth

Avenue branch for approximately three years, and was terminated from employment on

March 12, 2007. NFB is not aware of her claimed educational background or her

claimed work experience for twenty-five years in the finance industry. Complainant is a

female.

17.    Based upon the forgoing, the Complaint should be denied.

**WHEREFORE**, it is respectfully requested that the Complaint be dismissed.

Dated:  Melville, New York
         September 19, 2007

                          Yours, etc.,

                          WICKHAM, BRESSLER, GORDON & GEASA, P.C.

                          By:_____
                                Eric J. Bressler
                          Attorneys for Respondent
                          275 Broad Hollow Road – Suite 111
                          Melville, New York 11747
                          (631) 249-9480

TO:     John Douglass
        U.S. Equal Employment Opportunity Commission
        New York District Office
        33 Whitehall Street, 5th Floor
        New York, New York 10004-2112
        (212) 336-3620

**EXHIBIT 3**

# NYS Department of State

## Division of Corporations

### Entity Information

---

Selected Entity Name: NORTH FORK BANCORPORATION, INC.

Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | NORTH FORK BANCORPORATION, INC. |
| **Initial DOS Filing Date:** | JUNE 23, 1981 |
| **County:** | SUFFOLK |
| **Jurisdiction:** | DELAWARE |
| **Entity Type:** | FOREIGN BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
JEFFREY STARR
C/O NORTH FORK BANK
275 BROADHOLLOW RD
MELVILLE, NEW YORK, 11747

**Chairman or Chief Executive Officer**
JOHN ADAM KANAS
C/O NORTH FORK BANK
275 BROADHOLLOW RD
MELVILLE, NEW YORK, 11747

**Principal Executive Office**
JOHN ADAM KANAS
C/O NORTH FORK BANK
275 BROADHOLLOW RD
MELVILLE, NEW YORK, 11747

**Registered Agent**
NONE

NOTE: New York State does not issue organizational identification numbers.

Search Results          New Search

<u>Division of Corporations, State Records and UCC Home Page</u>    <u>NYS Department of State Home Page</u>

## Eric J. Bressler

| | |
|---|---|
| **From:** | "Maia Goodell" <mgoodell@Vladeck.com> |
| **To:** | <CrottyNYSDChambers@nysd.uscourts.gov> |
| **Cc:** | "Eric J. Bressler" <ebressler@wbgglaw.com>; "Karen Cacace" <kcacace@Vladeck.com> |
| **Sent:** | Monday, March 31, 2008 12:59 PM |
| **Attach:** | imanage_250905_1.PDF |
| **Subject:** | RE: Evelyn A. Jankousky v. North Fork Bancorporation Inc. et al. - 08-Civ.-1858(PAC) - Defendant's Request For Pre-Motion Conference |

Maia Goodell
Vladeck, Waldman, Elias & Engelhard, P.C.
1501 Broadway, Suite 800
New York, New York 10036-5560
Telephone: (212) 403-7357
Fax: (212) 221-3172
E-mail: mgoodell@vladeck.com

------------------------------------

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender at 212-403-7300. You will be reimbursed for reasonable costs incurred in notifying us.

Jankousky v. NFB et al
Index No.: 08-CV-1858(PAC)

AFFIRMATION

# EXHIBIT C
# AMENDED COMPLAINT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

EVELYN A. JANKOUSKY,

     Plaintiff,

  - against -

NORTH FORK BANCORPORATION INC.,
CAPITAL ONE, FINANCIAL CORP.,
CAPITAL ONE, NATIONAL ASSOCIATION,
and NORTH FORK BANK,

     Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ATTORNEY GENERAL
MANAGING ATTNY'S OFC
RECEIVED

2008 MAY -5  AM 11: 52

ECF CASE

Case No. 08 Civ. 01858 (PAC)

AMENDED COMPLAINT

PLAINTIFF DEMANDS
TRIAL BY JURY

RECEIVED
MAY 0 2 2008
U.S.D.C. S.D. N.Y.
CASHIERS



    Plaintiff Evelyn A. Jankousky ("plaintiff" or "Jankousky"), by her attorneys,

Vladeck, Waldman, Elias & Engelhard, P.C., complains of defendants North Fork

Bancorporation Inc., Capital One Financial Corp., Capital One, National Association, and North

Fork Bank (collectively "North Fork," "defendants," or "Bank") as follows:

NATURE OF THIS ACTION

  1.  Plaintiff brings this action to remedy sex discrimination and retaliation for

her opposition to unlawful employment actions in violation of Title VII of the Civil Rights Act

1964, as amended, 42 U.S.C. § 2000e et seq. ("Title VII"); the New York State Human Rights

Law, Human Rights Law § 296 et seq. (the "Human Rights Law"); and the Administrative Code

of the City of New York § 8-101 et seq. (the "City Law").

  2.  Plaintiff also brings this action to remedy unlawful reduction of her wages

and retaliation for her opposition to unlawful employment actions, in violation of New York

Labor Law § 190 et seq. ("Labor Law").

3.      Plaintiff also asserts claims for breach of contract, promissory estoppel, unjust enrichment, and quantum meruit.

4.      Plaintiff seeks injunctive and declaratory relief, compensatory and punitive damages, and other appropriate legal and equitable relief.

JURISDICTION AND VENUE

5.      This Court has jurisdiction over plaintiff's Title VII claims pursuant to 28 U.S.C. §§ 1331 and § 706(f)(3) of Title VII, 42 U.S.C. § 2000e § 5(f)(3).  Pursuant to 28 U.S.C. § 1367, the Court has supplemental jurisdiction over plaintiff's Human Rights Law, City Law, Labor Law, contract, promissory estoppel, and quantum meruit claims.

6.      Plaintiff filed a charge of discrimination with the United States Equal Employment Opportunity Commission (the "EEOC") on or about May 22, 2007, complaining of the acts of sex discrimination and retaliation for opposition to sex discrimination alleged herein.  On or about December 5, 2007, the EEOC issued plaintiff a notice informing her of her right to sue defendant in federal court.  Plaintiff has complied fully with all prerequisites required by Title VII.

7.      Pursuant to § 8-502(c) of the City Law, prior to filing this Amended Complaint, plaintiff served a copy of this complaint on the City of New York Commission on Human Rights and the Corporation Counsel of the City of New York.

8.      Pursuant to § 215 of the Labor Law, prior to filing this Amended Complaint, plaintiff served this complaint on the Attorney General for the State of New York.

9.      Venue is proper in this District pursuant to 28 U.S.C. § 1391 because the unlawful practices complained of occurred within the Southern District of New York, defendants regularly do business within the Southern District of New York, and plaintiff is a resident of the Southern District of New York.

## PARTIES

10.     On information and belief, North Fork Bancorporation Inc. is a Delaware corporation with its principal executive office at 275 Broadhallow Road, Melville, New York 11747.  On information and belief, North Fork Bank was a principal, wholly owned subsidiary of North Fork Bancorporation Inc.

11.     On information and belief, Capital One, Financial Corp. is a Delaware corporation with its principal place of business at 1680 Capital One Drive, Suite 1400, Mclean, VA 22102.

12.     On information and belief, Capital One, National Association is a Louisiana association with its principal place of business at 313 Carondelet Street, New Orleans, LA 70130.  On information and belief, Capital One, National Association is a principal, wholly owned subsidiary of Capital One, Financial Corp.

13.     On information and belief, North Fork Bancorporation Inc., Capital One, Financial Corp., Capital One, National Association and North Fork Bank are employers within the meaning of Title VII, the Human Rights Law and the City Law.

14.     Jankousky is a woman who was employed as a branch manager at the entity doing business as North Fork Bank from 2001 until she was fired on March 12, 2007.

15.     On information and belief, Capital One Financial Corp. and/or Capital One, National Association acquired North Fork Bancorporation, Inc., including North Fork Bank, in December 2006.

<u>FACTS</u>

<u>Jankousky's 25-Year Unblemished Career</u>

16.    Jankousky holds a Masters Degree in Business Administration in finance and international business from New York University, received in 1991.  She has worked in the finance industry for twenty-five years.

17.    Jankousky began working at North Fork in 2001.  She was Branch Manager of the Fifth Avenue Branch for about three years, until her employment was terminated on March 12, 2007.

18.    While at North Fork, Jankousky achieved results that demonstrably exceeded those of many of her male peers.  In two and a half years, she increased the deposits of the branch from approximately 250 to 400 million dollars.  In 2006, she had less than $11,000 in losses and earned several million dollars in net income for the bank.  Her branch received a 98% approval rating from the bank's "mystery shopper" rating program.

19.    As branch manager, Jankousky's job was primarily to bring in business and to expand and build relationships with customers in order to retain and increase the branch's profitable deposits; she also oversaw branch operations through two assistant managers.

20.    Jankousky had authority to approve wire transfer request forms filled out by her subordinates.  Jankousky's branch processed approximately 400 such forms each month, among the highest volume within the branch system.  There was never a loss that resulted from any wire transfer that she approved.

21.    Prior to 2006, Jankousky had received uniformly positive evaluations throughout her employment at the Bank, and had never been given an oral or written performance warning.

### New Supervisor Paul Santamaria

22.    In early 2006, Jankousky's supervisor, who was a woman, was transferred. A man, Paul Santamaria ("Santamaria"), replaced the supervisor.  Jankousky was one of three women out of thirteen branch managers reporting to Santamaria.

23.    Santamaria was in turn supervised by Joe Roberto ("Roberto").  Jankousky was one of 7 women out of 44 branch managers who reported indirectly to Roberto.

24.    The Fifth Avenue branch was one of North Fork's largest branches, in the top 10-15 of 350 branches.  Jankousky was the only woman to manage a branch of comparable size.

25.    From early in his supervision of Jankousky, Santamaria spoke to her in a derogatory and unprofessional tone, and other women told Jankousky that he spoke to them similarly.  Jankousky has never observed him speak with a man in the same manner.

26.    In May 2006, Roberto and Santamaria met with Jankousky.  Santamaria stated that he wanted to "go over some things," and Jankousky understood that he was reviewing procedures as a routine part of his taking over as her supervisor.  Roberto stated that he was sitting in because he was in the city for other meetings.  At the time, neither Roberto nor Santamaria claimed that this discussion was performance counseling of any kind, nor did they state that Jankousky's job was in jeopardy.  Jankousky was not shown anything in writing.

27.    At that meeting, Santamaria raised questions about the way in which forms that the Fifth Avenue branch had submitted were filled out.  For example, he criticized Jankousky for a minor error in the way one wire transfer form that she approved was completed, which did not affect the substance of the information on it and did not result in any loss.

28.    The errors that Santamaria criticized Jankousky for did not place the bank at risk of loss. Moreover, on information and belief, they were less significant than errors made by male branch managers who were not criticized or disciplined.

29.    On several subsequent occasions, Santamaria admonished Jankousky for approving forms that contained minor errors. For example, he berated her for signing an internal quarterly review form on which an assistant manager had printed, but not signed, her name next to various line items. In Jankousky's banking experience, no other supervisor has ever suggested that such matters indicate a problem with her performance as a manager.

30.    In addition, Santamaria questioned Jankousky's business judgment in refunding fees to certain clients and admonished her for issuing such refunds. She had issued these refunds to retain accounts against competitors who offered accounts without such fees. She always issued such refunds in accordance with the bank's written policy.

31.    In the five years prior to Santamaria's assignment as Jankousky's supervisor, no other supervisor had questioned the refunds that Jankousky issued.

32.    Jankousky nevertheless complied with Santamaria's criticism and she curtailed issuing such refunds.

33.    Similarly, on subsequent occasions Santamaria denied Jankousky's requests to pay competitive interest rates to important clients.

34.    As a result of the higher fees and lower interest, the branch lost several important clients.

<u>November 2006 Illegal Reduction of Jankousky's Compensation</u>

35.     Jankousky's compensation at North Fork consisted of a base salary and a bonus.  The bonus was governed by North Fork's 2006 Retail Bank Incentive Programs ("Contract"), dated January 31, 2006, attached as Exhibit A.

36.     Under the Contract, Jankousky and the Bank agreed that, in consideration for her work at the Bank, Jankousky would receive bonus pay calculated based on the dollar growth of the accounts at her branch.

37.     The Contract provided: "<u>As of December 31, 2006</u>, the results will be calculated and the appropriate incentive <u>will be earned</u>." (Ex. A at 9, ¶ 2; emphasis added)

38.     Although the Contract contained provisions concerning deposits transferred to other Bank branches (Ex. A at 10 ¶ 8), it contained no provision excluding deposit growth that resulted from money market accounts from the bonus calculation.

39.     Jankousky received statements each month detailing this growth and the resulting bonus pool ("Monthly Statements").  She received such a statement in November 2006 reflecting a bonus pool for her branch of $238,974.  (Ex. B)

40.     Jankousky relied on the promises in the Contract and in the Monthly Statements by refraining from pursuing other job opportunities and by performing all of her job duties.

41.     For example, another bank expressed an interest in hiring Jankousky, but she did not pursue the opportunity because the compensation would be less than the promised compensation at North Fork.

42.    In late November 2006, however, Santamaria informed Jankousky that the bank was cutting her bonus by over 65%. He gave her a revised November 2006 statement reflecting a bonus pool of $82,399. (Ex. C)

43.    On information and belief, no adjustments were made to the bonus pool of any other branch in 2006.

44.    Jankousky asked Roberto for a meeting to appeal Santamaria's action. On approximately December 4, 2006, Jankousky met with Roberto. To her surprise, Santamaria was also present.

45.    Santamaria and Roberto told Jankousky that it was "not in the spirit of incentive compensation" for her to receive the full promised compensation. They said that they believed the growth was because of a client's compliance with banking regulations and not because of Jankousky's work. They invoked no provision of the Contract to justify this alleged "banking regulations" exception.

46.    Jankousky complained about the reduction of her bonus, and stated that she had earned the money.

47.    Nevertheless, in an attempt to resolve the problem without resort to litigation, Jankousky also explained that she had a good relationship with the client, that the client had increased its deposits because of her work, and that the client had kept its business at North Fork even though it had been pursued by other banks.

48.    Santamaria said that Jankousky had "no credibility" with him and that he had "no way of knowing" whether her explanation was true. He refused to take any steps to verify her statements independently, though she gave him several suggestions for doing so.

49.     On information and belief, neither Santamaria nor Roberto has ever cut the bonus of any male branch manager.

<u>Santamaria Retaliates for Jankousky's Assertion of Her Labor Law Rights and Makes a Bad Faith Attempt to Deprive Jankousky of Her Bonus</u>

50.     About two weeks after Jankousky's assertion that the Bank was illegally reducing her wages in violation of the Labor Law, on December 18, 2006, Santamaria gave her an "annual" performance review.

51.     Jankousky had completed a self-evaluation of number ratings. Santamaria agreed with her numbers and asked her to sign, which she did.

52.     Santamaria then showed Jankousky a narrative portion of the "evaluation" which he had previously kept hidden from her view, which was highly critical of her performance. He stated that she was a "total failure" as a branch manager.

53.     Santamaria did not let Jankousky fully read or have a copy of the evaluation. When she told him that she had always received positive reviews and pointed out the measurable success of her branch, he said, "You got lucky; I'm watching you now."

54.     Santamaria's criticisms increased in late December 2006 and early January 2007, sometimes reaching several times a day. Most of the alleged issues for which he criticized her resulted in no loss to the bank, and any losses were far smaller than losses suffered by other branch managers.

55.     In early January 2007, Santamaria informed Jankousky that he was placing her on "final warning." Though he dubbed it "final," this was the first time Jankousky had been told she was being given a performance warning.

56.    Santamaria showed Jankousky a list of false or minor quibbles with Jankousky's performance which he asked her to sign, but refused to give her a copy.

57.    Santamaria expressly stated that Jankousky would be paid no bonus during a probation period that he said would run through April 9, 2007.

58.    On information and belief, Santamaria created the unfounded "final warning" in response to Jankousky's assertion of her rights, because she was a woman, and in bad faith to deprive Jankousky of the benefits of the Contract.

59.    On February 8, 2007, Jankousky's lawyers wrote to the bank in an attempt to resolve these issues.  (Ex. D)  The letter stated that the bank had violated the New York Labor Law and had discriminated against Jankousky on the basis of sex.

60.    On March 12, 2007, less than five weeks after the letter from Jankousky's lawyers and before the alleged probation period had run, the bank fired Jankousky.

61.    North Fork replaced Jankousky with a man.

62.    Although Jankousky had earned the promised bonus as of December 31, 2006, and was employed on the date bonuses were paid, the bank failed to pay Jankousky any bonus compensation for 2006.

63.    The Bank's discretion under the Contract, if any, was exercised in bad faith for the purpose of depriving Jankousky of the benefits of the Contract, namely the bonus compensation she had earned for her work.

64.    The fair market value of Jankousky's work for the bank in 2006 was commensurate with the pay she would have received if she had been given her full bonus.

65.    On information and belief, no other branch manager who reported indirectly to Roberto complained of violations of the New York Labor Law or of sex

discrimination between January 2006 and March 2007. On information and belief, no other branch manager had his or her 2006 bonus cut or withheld.

66.     On information and belief, the Bank did not fire, cut or eliminate the bonus of, or substantially discipline any of several of Jankousky's peers who committed errors that were similar to or more serious than those alleged for Jankousky, and resulted in losses to the Bank.

## FIRST CAUSE OF ACTION
### Sex Discrimination Under Title VII

67.     Plaintiff repeats and realleges ¶¶ 1-66 above.

68.     Defendants have discriminated against Jankousky in the terms and conditions of her employment on the basis of her sex in violation of Title VII.

69.     Defendants knew that their actions constituted unlawful discrimination on the basis of sex and/or acted with reckless indifference to Jankousky's statutorily protected rights.

70.     As a result of defendants' discriminatory acts, Jankousky has suffered, is suffering, and will continue to suffer irreparable injury, monetary damage, mental anguish, emotional distress, humiliation and other compensable damage unless and until this Court grants relief.

## SECOND CAUSE OF ACTION
### Retaliation Under Title VII

71.     Plaintiff repeats and realleges ¶¶ 1-70 above.

72.     By the acts and practices described above, defendants have retaliated against plaintiff for her opposition to unlawful employment practices in violation of Title VII.

73.     Defendants knew that their actions constituted unlawful retaliation and/or acted with reckless indifference to plaintiff's statutorily protected rights.

74.     As a result of defendants' retaliatory acts, plaintiff has suffered, is suffering, and will continue to suffer irreparable injury, monetary damage, mental anguish, emotional distress, humiliation and other compensable damage unless and until this Court grants relief.

### THIRD CAUSE OF ACTION
Sex Discrimination Under the Human Rights Law

75.     Plaintiff repeats and realleges ¶¶ 1-74 above.

76.     By the acts and practices described above, defendants have discriminated against Jankousky in the terms and conditions of her employment based on her sex in violation of the Human Rights Law.

77.     As a result of defendants' discriminatory acts, Jankousky has suffered and will continue to suffer irreparable injury, monetary damage, mental anguish, emotional distress, humiliation and other compensable damages.

### FOURTH CAUSE OF ACTION
Retaliation Under the Human Rights Law

78.     Plaintiff repeats and realleges ¶¶ 1-77 above.

79.     By the acts and practices described above, defendants haves retaliated against plaintiff in violation of the Human Rights Law.

80.     As a result of defendants' retaliatory acts, plaintiff has suffered and will continue to suffer irreparable injury, monetary damage, mental anguish, emotional distress, humiliation and other compensable damages.

## FIFTH CAUSE OF ACTION
### Sex Discrimination Under the City Law

81.    Plaintiff repeats and realleges ¶¶ 1-80 above.

82.    By the acts and practices described above, defendants have discriminated against plaintiff in the terms and conditions of her employment on the basis of sex in violation of the City Law.

83.    Defendants knew that their actions constituted unlawful discrimination on the basis of sex and/or showed reckless disregard for plaintiff's statutorily protected rights.

84.    Plaintiff is now suffering irreparable injury and monetary damages as a result of defendants' discriminatory conduct, and will continue to do so unless and until the Court grants relief.

## SIXTH CAUSE OF ACTION
### Retaliation Under the City Law

85.    Plaintiff repeats and realleges ¶¶ 1-84 above.

86.    By the acts and practices described above, defendants have retaliated against plaintiff for her opposition to unlawful employment practices in violation of the City Law.

87.    Defendants knew that their actions constituted unlawful retaliation and/or showed reckless disregard for plaintiff's statutorily protected rights.

88.    Plaintiff is now suffering irreparable injury and monetary damages as a result of defendants' discriminatory conduct, and will continue to do so unless and until the Court grants relief.

## SEVENTH CAUSE OF ACTION
### Breach Of Contract

89.     Plaintiff repeats and realleges ¶¶ 1-88 above.

90.     The Bank violated the Contract, and/or its implied covenant of good faith and fair dealing, as set forth above, by failing to pay Jankousky her full 2006 bonus.

91.     Plaintiff has suffered damages and injury as a result of the Bank's breach.

## EIGHTH CAUSE OF ACTION
### (in the alternative)
### Promissory Estoppel

92.     Plaintiff repeats and realleges ¶¶ 1-91 above.

93.     Defendants made a clear and definite promise to pay plaintiff a 2006 bonus as alleged above.

94.     Plaintiff reasonably relied on defendants' promise to pay her a bonus as alleged above.

95.     Plaintiff was not paid the 2006 bonus.

96.     Defendants' failure to fulfill their promise has damaged plaintiff as described above.

## NINTH CAUSE OF ACTION
### (in the alternative)
### Quantum Meruit

97.     Plaintiff repeats and realleges ¶¶ 1-96 above.

98.     For 2006, claimant rendered work, services, and labor to defendants by performing her duties as described above.

99.     Defendants accepted, profited, and benefited from claimant's work, services, and labor as described above.

100.    Plaintiff had the reasonable expectation that she would be compensated for the work, services, and labor she rendered to defendants during the period described above.

101.    Plaintiff was paid substantially less than the reasonable value of her work, services, and labor rendered to defendants as described above.

102.    Because of defendants' failure to pay plaintiff for her work, services, and labor rendered as described above, plaintiff has been injured in an amount to be determined.

### TENTH CAUSE OF ACTION
(in the alternative)
Unjust Enrichment

103.    Plaintiff repeats and realleges ¶¶ 1-102 above.

104.    Plaintiff rendered work, services, and labor to defendants in 2006 as alleged above.

105.    Defendants accepted, benefited, and profited from plaintiff's work, services, and labor rendered in 2006.

106.    By defendants' failure to pay plaintiff her full bonus for her work, services, and labor rendered in 2006, defendants have been unjustly enriched in an amount to be determined.

### ELEVENTH CAUSE OF ACTION
Labor Law

107.    Plaintiff repeats and realleges ¶¶ 1-106 above.

108.    By failing to pay Jankousky her 2006 bonus, the Bank has reduced Jankousky's wages in violation of Labor Law § 193(1).

109.    Defendants' failure to pay Jankousky her full wages was "willful" within the meaning of Labor Law § 198(1-a).

TWELFTH CAUSE OF ACTION
Retaliation under the Labor Law

110.    Plaintiff repeats and realleges ¶¶ 1-109 above.

111.    By the conduct described above, defendants unlawfully retaliated against plaintiff for engaging in statutorily protected activity, in violation of the Labor Law.

112.    Defendants knew that their actions constituted unlawful retaliation and/or showed reckless disregard for plaintiff's statutorily protected rights.

113.    As a consequence of defendants' retaliatory actions in violation of the Labor Law, plaintiff is now suffering irreparable injury, emotional distress, and monetary damages and will continue to do so unless and until the Court grants relief.

114.    As a consequence of defendants' retaliatory actions, plaintiff is entitled to recover from defendants, jointly and severally, lost pay, compensatory damages, punitive damages, costs, reasonable attorneys' fees, and other appropriate relief pursuant to N.Y. Labor Law § 215.

PRAYER FOR RELIEF

WHEREFORE, plaintiff respectfully requests that this Court:

(a)    declare that the acts and practices herein violate Title VII, the Human Rights Law, the City Law, the Labor Law, and New York common law;

(b)    enjoin and permanently restrain these violations;

(c)    direct defendants to take such affirmative steps as are necessary to ensure that the effects of these unlawful practices are eliminated and do not continue to affect plaintiff's employment opportunities;

(d)    direct defendants to reinstate plaintiff to the position she would have occupied but for defendants' discriminatory and unlawful conduct and make her whole for all the earnings and other benefits she would have received but for defendants' unlawful acts and discriminatory treatment, including but not limited to lost wages and other lost benefits;

(e)    enter judgment against defendant for damages for breach of the Contract in an amount to be determined;

(f)    declare defendant in breach of the Contract;

(g)    in the alternative, enter judgment against defendants for damages suffered as a result of plaintiff's reasonable reliance on the promise of the 2006 bonus;

(h)    in the alternative, award plaintiff damages in quantum meruit to reasonably compensate her for the work, services, and labor rendered to defendants;

(i)    in the alternative, enter judgment against defendants and order them to discharge profits they have accrued as a result of plaintiff's work, services, and labor rendered to them in 2006.

(j)    direct defendants to pay plaintiff lost wages as a result of defendants' unlawful wage reduction;

(k)    direct defendants to pay plaintiff an additional amount as liquidated damages as provided by the Labor Law;

(l)    direct defendants to pay plaintiff compensatory damages, including damages for emotional distress, humiliation, and pain and suffering, pursuant to Title VII, the Human Rights Law, the City Law;

(m)    direct defendants to pay an additional amount as punitive damages pursuant to Title VII and the City Law;

(n)    award plaintiff such interest as is allowed by law;

(o)    award plaintiff compensation to adjust for any adverse tax consequences of the award;

(p)    award plaintiff her reasonable attorneys' fees and costs pursuant to the Title VII, the Labor Law, and the City Law;

(q)    grant such other and further relief as this Court deems necessary and proper.

## DEMAND FOR TRIAL BY JURY

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, plaintiff demands a trial by jury in this action.

Dated: New York, New York
      May 2, 2008

VLADECK, WALDMAN, ELIAS
& ENGELHARD, P.C.

By: _____
Karen Cacace (KC 3184)
Maia Goodell (MG 8905)
Attorneys for Plaintiff
1501 Broadway, Suite 800
New York, NY 10036
(212) 403-7300

Jankousky v. NFB et al
Index No.: 08-CV-1858(PAC)


AFFIRMATION

**EXHIBIT D**
**5/19/08 DEMAND LETTER**

LAW OFFICES

## WICKHAM, BRESSLER, GORDON & GEASA, P.C.

13015 MAIN ROAD, P.O. BOX 1424
MATTITUCK, LONG ISLAND
NEW YORK 11952

ERIC J. BRESSLER
ABIGAIL A. WICKHAM
LYNNE M. GORDON
JANET GEASA

631-298-8353
TELEFAX NO. 631-298-8565
wwblaw@aol.com

WILLIAM WICKHAM (06-02)

MELVILLE OFFICE
275 BROAD HOLLOW ROAD
SUITE III
MELVILLE, NEW YORK 11747

631-249-9480
TELEFAX NO. 631-249-9484

May 19, 2008

*VIA FACSIMILE (212) 221-3172*
*AND REGULAR MAIL*

Karen Cacace
Maia Beth Goodell
Vladeck, Waldman, Elias & Engelhard, P.C.
1501 Broadway
New York, N.Y. 10036

      Re:    Evelyn Jankousky v. North Fork Bancorporation Inc.
            Capital One Financial Corp., Capital One, N.A. and
            North Fork Bank
            <u>Case No. 08 CV 01858</u>

Dear Ms. Cacace and Ms. Goodell:

      We write pursuant to our earlier discussion concerning the propriety of the continuance of the action against Capital One Financial Corporation and North Fork Bancorporation, Inc.  In light of the pre-motion conference and the information which should have been and which, in any event, now is known, we believe that such continuance through the amended complaint is in violation of the provisions of the Federal Rules of Civil Procedure 11(b)(2).  Prior to completing the motion to dismiss, which we believe as to those two parties to be without reasonable objection, we offer the opportunity and ask that you voluntarily discontinue as to such parties and litigate the issues as to the only party which you know to be arguably liable.

Very truly yours,

ERIC J. BRESSLER
EJB/rc

Jankousky v. NFB et al
Index No.: 08-CV-1858(PAC)

AFFIRMATION

# EXHIBIT E
# 5/20/08 ATTORNEY LETTER

VLADECK, WALDMAN, ELIAS & ENGELHARD, P.C.

COUNSELORS AT LAW

1501 BROADWAY

NEW YORK, N.Y. 10036

TEL 212/403-7300

FAX 212/221-3172

KAREN CACACE



WRITER'S DIRECT DIAL

212/403-7386

May 20, 2008

<u>By Facsimile</u>
Eric J. Bressler, Esq.
Wickham, Bressler, Gordon & Geasa, P.C.
275 Broad Hollow Road, Suite 111
Melville, NY 11747

   Re: Jankousky v. North Fork Bancorporation, Inc., et al.,
     <u>No. 08 Civ. 01858 (PAC)</u>

Dear Mr. Bressler:

   We write in response to your letter of yesterday.  You claim that it is improper to continue this action against defendants Capital One Financial Corp. and North Fork Bancorporation, Inc.

   As you know, plaintiff has offered to dismiss these defendants if Capital One, National Association and/or North Fork Bank will agree to substitute themselves as the appropriate defendants.  Because it is not clear from publicly available documents that Capital One Financial Corp. and North Fork Bancorporation, Inc. were not Ms. Jankousky's employers, she can not reasonably agree to dismiss these entities without such an agreement.

   Plaintiff is still willing to dismiss Capital One Financial Corp. and North Fork Bancorporation, Inc. if Capital One, National Association and/or North Fork Bank will represent that they were plaintiff's employers and are willing to proceed immediately to the discovery phase of the litigation.  Alternatively, if defendants wish to provide plaintiff with documents demonstrating that Capital One Financial Corp. and North Fork Bancorporation, Inc. were not her employers, plaintiff will reconsider her position after reviewing such documents.

   Please call me if you would like to discuss this matter further.

     Very truly yours,

     Karen Cacace

252063 v1

Jankousky v. NFB et al
Index No.: 08-CV-1858(PAC)

AFFIRMATION

# EXHIBIT F
# 6/13/07 EEOC COMPLAINT

EEOC FORM 131 (5/01)

## U.S. Equal Employment Opportunity Commission

| | PERSON FILING CHARGE |
|---|---|
| **NORTH FORK BANK**<br>**Director Human Resources**<br>**275 Broadhollow Rd**<br>**Melville, NY 11747** | **Evelyn Jankousky** |
| | THIS PERSON *(check one or both)* |
| | [X] Claims To Be Aggrieved |
| | [ ] Is Filing on Behalf of Other(s) |
| | EEOC CHARGE NO.<br>**520-2007-02866** |

### NOTICE OF CHARGE OF DISCRIMINATION
*(See the enclosed for additional information)*

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act          [ ] The Americans with Disabilities Act

[ ] The Age Discrimination in Employment Act          [ ] The Equal Pay Act

**RECEIVED JUN 1 0 2007**

The boxes checked below apply to our handling of this charge:

1. [ ] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [X] Please provide by **05-JUL-07** a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully by _____ to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [X] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by **05-JUL-07** to **Michael Bertty, ADR Coordinator, at (212) 336-3646**
   If you <u>DO NOT</u> wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

| | |
|---|---|
| **Michael Bertty,**<br>**ADR Coordinator**<br>*EEOC Representative* | **New York District Office**<br>**33 Whitehall Street**<br>**5th Floor**<br>**New York, NY 10004** |
| *Telephone*  **(212) 336-3646** | |

Enclosure(s): [X] Copy of Charge

CIRCUMSTANCES OF ALLEGED DISCRIMINATION

[ ] RACE   [ ] COLOR   [X] SEX   [ ] RELIGION   [ ] NATIONAL ORIGIN   [ ] AGE   [ ] DISABILITY   [X] RETALIATION   [ ] OTHER

## See enclosed copy of charge of discrimination.

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| **June 13, 2007** | **Spencer H. Lewis, Jr.,**<br>**Director** | |


with EEOC
(5/01)

# INFORMATION ON CHARGES OF DISCRIMINATION

## EEOC RULES AND REGULATIONS

Section 1601.15 of EEOC's regulations provides that persons or organizations charged with employment discrimination may submit a statement of position or evidence regarding the issues covered by this charge.

EEOC's recordkeeping and reporting requirements are found at Title 29, Code of Federal Regulations (29 CFR): 29 CFR Part 1602 (see particularly Sec. 1602.14 below) for Title VII and the ADA; 29 CFR Part 1620 for the EPA; and 29 CFR Part 1627, for the ADEA. These regulations generally require respondents to preserve payroll and personnel records relevant to a charge of discrimination until disposition of the charge or litigation relating to the charge. (For ADEA charges, this notice is the written requirement described in Part 1627, Sec. 1627.3(b)(3), .4(a)(2) or .5(c), for respondents to preserve records relevant to the charge – the records to be retained, and for how long, are as described in Sec. 1602.14, as set out below). Parts 1602, 1620 and 1627 also prescribe record retention periods – generally, three years for basic payroll records and one year for personnel records. Questions about retention periods and the types of records to be retained should be resolved by referring to the regulations.

**Section 1602.14  Preservation of records made or kept.** . . . . Where a charge ... has been filed, or an action brought by the Commission or the Attorney General, against an employer under Title VII or the ADA, the respondent ... shall preserve all personnel records relevant to the charge or the action until final disposition of the charge or action. The term *personnel records relevant to the charge*, for example, would include personnel or employment records relating to the aggrieved person and to all other aggrieved employees holding positions similar to that held or sought by the aggrieved person and application forms or test papers completed by an unsuccessful applicant and by all other candidates or the same position as that for which the aggrieved person applied and was rejected. The date of *final disposition of the charge or the action* means the date of expiration of the statutory period within which the aggrieved person may bring [a lawsuit] or, where an action is brought against an employer either by the aggrieved person, the Commission, or the Attorney General, the date on which such litigation is terminated.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Section 704(a) of Title VII, Section 4(d) of the ADEA, and Section 503(a) of the ADA provide that it is an unlawful employment practice for an employer to discriminate against present or former employees or job applicants, for an employment agency to discriminate against any individual, or for a union to discriminate against its members or applicants for membership, because they have opposed any practice made an unlawful employment practice by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the statutes. The Equal Pay Act contains similar provisions. Additionally, Section 503(b) of the ADA prohibits coercion, intimidation, threats, or interference with anyone because they have exercised or enjoyed, or aided or encouraged others in their exercise or enjoyment, of rights under the Act.

Persons filing charges of discrimination are advised of these Non-Retaliation Requirements and are instructed to notify EEOC if any attempt at retaliation is made. Please note that the Civil Rights Act of 1991 provides substantial additional monetary provisions to remedy instances of retaliation or other discrimination, including, for example, to remedy the emotional harm caused by on-the-job harassment.

## NOTICE REGARDING REPRESENTATION BY ATTORNEYS

Although you do not have to be represented by an attorney while we handle this charge, you have a right, and may wish to retain an attorney to represent you. If you do retain an attorney, please give us your attorney's name, address and phone number, and ask your attorney to write us confirming such representation.

# CHARGE OF DISCRIMINATION

| | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☐ FEPA<br>☒ EEOC | 520-2007-02886 |

**New York State Division of Human Rights** _____ and EEOC

*State or local Agency, if any*

| NAME *(Indicate Mr., Ms., Mrs.)*<br>Ms. Evelyn Jankousky | HOME TELEPHONE *(Include Area Code)*<br>(212) 923-4446 | |
|---|---|---|
| STREET ADDRESS     CITY, STATE AND ZIP CODE<br>900 West 190th Street, Apt. #7C, New York, New York 10040 | | DATE OF BIRTH<br>1/23/50 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME<br>North Fork Bank | NUMBER OF EMPLOYEES, MEMBERS<br>More than 15 | TELEPHONE *(Include Area Code)*<br>631-844-1000 |
|---|---|---|
| STREET ADDRESS     CITY, STATE AND ZIP CODE<br>275 Broadhallow Road, Melville, New York 11747 | | COUNTY<br>NEW YORK |
| NAME | TELEPHONE NUMBER *(Include Area Code)* | |
| STREET ADDRESS     CITY, STATE AND ZIP CODE | | COUNTY |

| CAUSE OF DISCRIMINATION *(Check appropriate box(es))* | DATE DISCRIMINATION TOOK PLACE<br>EARLIEST (ADEA/EPA)     LATEST (ALL) |
|---|---|
| ☐ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ AGE<br>☒ RETALIATION   ☐ NATIONAL ORIGIN   ☐ DISABILITY   ☐ OTHER *(Specify)* | March 12, 2007<br><br>☐ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**Please see attached affidavit.**

```
R E C E I V E D
MAY 23 2007
EEOC-NYDO-CRTIU
```

| want this charge filed with both the EEOC and the State or local Agency, any. I will advise the agencies if I change my address or telephone umber and will cooperate fully with them in the processing of my harge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| 5/22/07     *Evelyn Jankousky*<br>ate     Charging Party (Signature) | MAIA BETH GOODELL<br>NOTARY PUBLIC. State of New York<br>No. 02GO6157311<br>Qualified in New York County<br>Commission Expires December 7, 20__<br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(Day, month, and year) |

OC FORM 5 (Test 10/94)

400 v1

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
-------------------------------------------------X

EVELYN JANKOUSKY,

                    Complainant,          Charge No.

          - and -

NORTH FORK BANK,

                    Respondent.

-------------------------------------------------X

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK  )

MAY 23 2007

EEOC-NYDO-CRTIU

EVELYN JANKOUSKY, being duly sworn, deposes and says:

1.     I am the Complainant in this matter, and I submit this Affidavit in support of my Charge of discrimination and retaliation.  I believe that North Fork Bank discriminated against me on the basis of sex and retaliated against me after I complained of discrimination, as set forth in this Affidavit.

2.     I am a woman.

3.     I was employed at North Fork for about 5 ½ years.  I was Branch Manager of the Fifth Avenue Branch for about three years, until I was fired on March 12, 2007.

4.     I received a Masters Degree in Business Administration in finance and international business from New York University in 1991.  I have worked in the finance industry for twenty five years.

5.     I began working at North Fork Bank in 2001.  I achieved results that demonstrably exceeded those of many of my male peers.  In two and a half years, I grew the

branch from approximately 250 to 400 million dollars in deposits. In 2006, I had less than $11,000 in losses and earned several million dollars in net income for the bank. My branch received a 98% approval rating from the bank's "mystery shopper" rating program.

6. In early 2006, my supervisor, who was a woman, was transferred. A man, Paul Santamaria, replaced her. I was one of three women out of thirteen branch managers reporting to Mr. Santamaria.

7. Mr. Santamaria was in turn supervised by Joe Roberto. I was one of 7 women out of 44 branch managers who reported indirectly to Mr. Roberto.

8. The Fifth Avenue branch was one of North Fork's largest branches, in the top 10-15 of 350 branches. I was the only woman to manage a branch of comparable size.

9. From early in his supervision of me, Mr. Santamaria spoke to me and other women branch managers and assistant managers in a derogatory and unprofessional tone. I have never observed him speak with a man in the same manner.

10. In May 2006, Mr. Roberto and Mr. Santamaria met with me and raised questions about the way in which forms that my branch had submitted were filled out. For example, they criticized me for a minor error in the way one wire transfer form that I approved was completed, which did not affect the substance of the information on it.

11. I approve approximately 400 wire transfer forms each month, among the highest volume of the branch system. There was never a loss that resulted from any wire transfer that I approved in five years.

12. The errors that Mr. Roberto and Mr. Santamaria criticized me for were less significant than errors made by male branch managers who they did not criticize, and did not

place the bank at risk of loss. For example, one male branch manager had $45,000 in losses in 2006. Another male branch manager had $60,000 in losses in 2005 and failed an audit. To my knowledge, they did not receive any significant discipline.

13.     On several subsequent occasions, Mr. Santamaria admonished me for approving forms that contained minor errors.

14.     In addition, Mr. Santamaria questioned my business judgment in refunding fees to certain clients and admonished me for issuing such refunds. I had issued these refunds to retain accounts against competitors who offered accounts without such fees. I always issued such refunds in accordance with the bank's written policy. I complied with the requirement that I curtail issuing such refunds.

15.     Similarly, on subsequent occasions Mr. Santamaria denied requests to pay competitive interest rates to important clients. As a result of the higher fees and lower interest, the branch lost several important clients.

16.     To my knowledge, my male peers were admonished less about incorrect forms, nor did Mr. Santamaria question their business judgment in fees and interest rates.

17.     My compensation at North Fork consisted of a base salary and a bonus that was calculated based on the dollar growth of the accounts at my branch. I received statements each month detailing this growth and the resulting bonus pool. In late November 2006, however, Mr. Santamaria informed me that he was cutting my bonus by over 65%.

18.     I was shocked and asked Mr. Roberto for a meeting. On approximately December 4, 2006, I met with Mr. Roberto to tell him that I did not believe this reduction was fair. To my surprise, Mr. Santamaria was also present.

19.     They told me that it was "not in the spirit of incentive compensation" for me to receive my full compensation.  They said that they believed the growth was because of a client's compliance with banking regulations and not because of my work.  The formula in my bonus contract contains no such exception, but I nevertheless attempted to explain that I had a good relationship with the client and that the client had grown its deposits because of my work.

20.     Mr. Santamaria said that I had "no credibility" with him and that he had "no way of knowing" whether my explanation was true, refusing to verify my statements independently, though I gave him several suggestions for doing so.  Mr. Santamaria interrupted me throughout the meeting; eventually, I asked him to allow me to finish my sentences.

21.     To my knowledge, no male branch manager had his bonus cut.

22.     On December 18, 2006, Mr. Santamaria gave me an annual performance review.  He told me I was a "total failure" as a branch manager.  When I told him that I had always received positive reviews and pointed out the measurable success of my branch, he said "you got lucky; I'm watching you now."

23.     Mr. Santamaria's criticisms increased in late December 2006 and early January 2007, sometimes reaching several times a day.  Most of the alleged issues for which he criticized me resulted in no loss to the bank, and any losses were far smaller than losses suffered by other branch managers.  To my knowledge, my male peers were not so criticized.

24.     In early January 2007, Mr. Santamaria informed me that he was placing me on "final warning" and that, as a result, I would be paid no bonus compensation at all, unless my performance improved by April 9, 2007.

25.     In late 2006, I consulted with and later retained a lawyer to assist me in asserting my rights against the bank.  On February 8, 2007, my lawyers wrote to the bank in an attempt to resolve these issues.  The letter stated that the bank had discriminated against me on the basis of sex.

26.     On March 12, 2007, less than five weeks after the letter from my lawyer and before the warning period had even run, the bank fired me.  I received no bonus compensation at all.

27.     The branch manager who replaced me was a man.

28.     The bank did not fire several of my male peers who committed errors that were significantly more serious and resulted in losses to the bank, including the male branch managers discussed above.

29.     I believe that the bank discriminated against me and fired me because I am a woman and in retaliation for my complaining about discrimination.

Evelyn Jankousky

Sworn to before me this
22nd day of May, 2007

Notary Public

MAIA BETH GOODELL
NOTARY PUBLIC, State of New York
No. 02GO6157311
Qualified in New York County
Commission Expires December 4, 2010

244989 v3

5

**Document Retention Notice Pursuant to Charge Of Discrimination**

YOU ARE HEREBY GIVEN NOTICE NOT TO DESTROY, CONCEAL OR ALTER ANY
PAPER DOCUMENTS OR ELECTRONIC DATA INCLUDING DATA GENERATED BY
OR STORE ON ANY COMPUTER OR COMPUTER STORAGE MEDIA (E.G., HARD
DISKS, FLOPPY DISKS, BACKUP TAPES), THAT RELATE TO THE CLAIMS AND
DEFENSES IN THE ACCOMPANYING CHARGE OF DISCRIMINATION.
FAILURE TO COMPLY WITH THIS NOTICE, EITHER THROUGH INTENTIONAL ACTS
OR NEGLIGENCE, CAN RESULT IN SANCTIONS FOR SPOLIATION OF EVIDENCE.
SANCTIONS COULD INCLUDE MONETARY PENALTIES AND OTHER COURT-
IMPOSED ACTION.

A.  **Paper Documents to be Preserved**: Hard-copy information which should be preserved
    includes, but in not limited to:

    1.  Personnel files;
    2.  Employee data;
    3.  Payroll information;
    4.  Personnel policies, procedures, and regulations;
    5.  Letters, memoranda and notes;
    6.  All complaints of discrimination or unfair treatment;
    7.  All documents related to internal investigations; and
    8.  All other documents containing information relevant to the subject matter of the charge
        of discrimination.

B.  **Electronic Data to be Preserved**: Electronic information which should be preserved
    includes, but is not limited to:

    1.  Electronic mail (e-mail) and information about e-mail (including message contents,
        header information and logs of e-mail system usage) sent or received which is relevant to
        the subject matter of the charge of discrimination;
    2.  Databases (including all records and fields and structural information in such databases),
        containing any reference to or information about the human resources or personnel
        information of your employees;
    3.  Word processing files, including prior drafts, "deleted" files and file fragments
        containing information about or relevant to the subject matter of the charge of
        discrimination:
    4.  Electronic data files and file fragments created or used by electronic spreadsheet
        programs, where such data files contain information relevant to the subject matter of the
        charge of discrimination; and
    5.  All other electronic data containing information relevant to the subject matter if the
        charge of discrimination.

C. **Additional Procedures**: the following procedures should be observed or undertaken to further maintain potentially relevant electronic data:

1. **Online Data Storage on Mainframes and Minicomputers**: With regard to online storage or direct access storage devices attached to your mainframe computers or minicomputers: you should not modify or delete any electronic data files, "deleted" files, or file fragments existing at the time of the filing of this charge, unless a true and correct copy of each such electronic data file has been made and steps have been taken to assure that such a copy will be preserved and accessible.

2. **Offline Data Storage, Backups and Archives, Floppy Diskettes, Tapes and Other Removable Electronic Media**: With regard to all electronic media used for offline storage, including magnetic tapes and cartridges and other media that, at the time of the filing of the charge, contained any electronic data meeting the criteria listed in paragraph 1 above. You should stop any activity that may result in the loss of such electronic data including rotation, destruction, overwriting or erasure of such media in whole or in part. This request is intended to cover all removable electronic media used for data storage in connection with your computer systems, including magnetic tapes and cartridges, magneto-optical disks, floppy diskettes and all other media, whether used with personal computers, minicomputers or mainframes or other computers, and whether containing backup or archive data sets and other electronic data, for al of your computer systems.

3. **Retention of Data Storage Devices**: You should not to dispose of any electronic data storage devices or media that may contain electronic data meeting the criteria listed in paragraph 1 above.

4. **Fixed Drives on Stand-Alone Personal Computers and Network Workstations**: With regard to electronic data meeting the criteria listed in paragraph 1 above, which existed on fixed drives attached to stand –alone microcomputers or network workstations at the time of the filing of the charge. You should nit alter or erase such electronic data, and should not perform other procedures (such as data compression and disk de-fragmentation or optimization routines) that may impact such data, unless a true and correct copy has been made of such active files and of completely restored versions of such deleted electronic files and file fragments, copies have been made of all directory listings (including hidden files) for all directories and subdirectories containing such files, and arrangements have been made to preserve copies.

5. **Programs and Utilities**: You should preserve copies of all application programs and utilities, which may be used to process electronic data described herein.

6. **Evidence Created Subsequent to This Notice**: With regard to electronic data created subsequent to the date of delivery of this letter, relevant evidence in not be destroyed and you should take whatever steps are appropriate to avoid destruction of evidence.

## Guidelines for an Effective Position Statement

### How the EEOC uses employer position statements

EEOC is an objective fact finding agency. We have heard what the Charging Party has to say about **what** happened and **why** Charging Party believes it happened. Now we encourage you to provide a detailed response to these allegations. A well drafted and supported position statement can help us to accelerate the investigation and may limit requests for further information.

### Is a brief statement drafted by a representative without supporting evidence sufficient?

**No;** an effective position statement should be accompanied by supporting evidence which authenticates the truthfulness and accuracy of the response and should be sworn to by a company official. You should provide any evidence which supports your position. Our investigators are trained to review and analyze evidence, and they recognize that a lawyer's or company official's conclusions about the motives, intentions, or events do not constitute the evidence needed to resolve most cases. While we encourage you to provide us with any legal defenses you may have, we also need to have you present your evidence of the facts relating to the merit of the charge.

### What should a position statement include?

At a minimum, it should include **specific, factual** responses to every allegation of the charge. The position statements should clearly explain the respondent's version of the facts and identify the specific documents and witnesses supporting the position. Keep the following points in mind as you prepare the response to the charge:

- ✓ Address each alleged discriminatory act and your position regarding it. Indicate which of the Charging Party's allegations are disputed.

- ✓ Provide a description of the company; include legal name and address, name, address, title and phone number of the person responsible for responding to the charge, primary function of the business, and the number of employees. A staffing or organizational chart is also useful in helping to focus the investigation.

- ✓ Provide copies or descriptions of any applicable practices policies or procedures.

- ✓ Identify any other individuals who have been similarly affected by these practices, policies, or procedures; describe the circumstances in which the practices, policies, or procedures have been applied.

- ✓ Explain why individuals who were in a similar situation to the Charging Party were not similarly affected.

- ✓ Identify official(s) who made decisions or took action relating to the matter(s) raised in the charge.

- ✓ Be specific about date(s), action(s) and location(s) applicable to this case.

- ✓ Provide copies of internal investigations of the alleged incidents or grievance hearing reports.

- ✓ Inform EEOC if the matter has been resolved or can be easily resolved; if it can be resolved, please indicate your proposal for resolution.

An effective position statement is clear, concise, complete, responsive and is sworn to by a company official.

### How much time is normally allowed for preparation of a position statement?

Two weeks is normally allowed for responding to the charge. A brief extension of time may be allowed in particular cases where extensive interviews need to be conducted or documents reviewed, but only when it is clear that the employer is working in good faith to supply all of the necessary information.

 U.S. E\    AL EMPLOYMENT OPPORTUNITY CC    1ISSION
**New York District Office**

33 Whitehall Street, 5th Floor
New York, NY  10004-2112

## MEDIATION INVITATION RESPONSE FORM

### Complete and fax/mail this form on or before the Position Statement due date.

Your charge has been selected for EEOC's Mediation Program. The Commission is making available this effective, neutral and confidential process to Charging Parties and Respondents as an efficient alternative to investigation and possible litigation of employment disputes. If either side prefers investigation to mediation, please let us know immediately, so that we may return your charge back to investigation.

If both parties agree to mediation, we will attempt to schedule an agreeable date. Please be advised that this process takes approximately 2-3 weeks.  Once Respondent agrees to participate in mediation, the due date for the Position Statement is suspended.  If Respondent chooses not to take advantage of the mediation process, then a Position Statement is due.

**Please return this form to:**

*ADR Unit - Mediation*
*New York District Office*
*Equal Employment Opportunity Commission*
*33 Whitehall Street,  5th Floor*
*New York, NY  10004-2112*

**Or fax your invitation to:**

*Fax: (212) 336-3633*

(    )    **I/ We agree to mediation:**

Provide 3 proposed dates (within 21 calendar days):

_____

(    )    **I/ We decline to participate in the mediation program:**

If you decline to participate in the mediation program, please state the reason for declining.
This information will be used for evaluative purposes only.

Comments: _____

Indicate:  [ ] Charging Party / Representative    [ ] Respondent / Representative  \        (Please print clearly)

Charge Number/ Party Names:  *520-2007-02866* _____

Name    _____    Title: _____

Street Address: _____

City, State & Zip: _____

Telephone: _____    Fax: _____

E-mail: _____

Jankousky v. NFB et al
Index No.: 08-CV-1858(PAC)

AFFIRMATION

# EXHIBIT G
# 9/19/07 ANSWER AND POSITION STATEMENT

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
------------------------------------------------------------X
In the Matter of the Complaint of

EVELYN JANKOUSKY,                                    *EEOC Charge No. 520-2007-02866*

                                    Complainant,

                                                        ***ANSWER AND***
       - against -                              ***POSITION STATEMENT***

NORTH FORK BANK,

                                    Respondent.
------------------------------------------------------------X

       NORTH FORK BANK, a division of Capital One, N.A. ("NFB"), by its

attorneys, Wickham, Bressler, Gordon & Geasa, P.C., as and for its Answer and Position

Statement with respect to the Complaint, respectfully alleges:

       1.       At the outset, NFB denies any and all allegations of discrimination and

retaliation based upon gender or any other prohibited basis.  As will be seen below, it was

solely as a result of Complainant's non-performance that she was first disciplined and

later terminated from employment.

       2.       One of the few areas of the Complaint, which is factual, concerns

Complainant's initial employment with NFB.  Complainant was, in fact, employed at

NFB for approximately 5½ years since 2001, was the Branch Manager of NFB's Fifth

Avenue branch for approximately three years, and was terminated from employment on

March 12, 2007.  NFB is not aware of her claimed educational background or her

claimed work experience for twenty-five years in the finance industry.  Complainant is a

female.

3.      The branch that Complainant managed was not unique in its performance figures. For example, seven other branches were larger in deposit-volume and several managed by females, e.g., Bayside Main and Melville. It should be noted that Complainant's branch owed its size primarily to one customer, whose deposits made up more than ¾ of total deposits in 2006. Other deposits actually declined from 2005 to 2006. In the specific region in which Complainant's branch was located, one-third of the twelve branch managers were female and all reported to Paul Santamaria. In 2006, the Manhattan Division of NFB was reorganized into regions with differing boundaries and management changes made. As a result, Complainant reported to Paul Santamaria, rather than her prior manager, who was transferred to another region. System wide, there were 301 branch managers, 159 of whom are female. In Joseph Roberto's area, there were 36 branch managers, 11 of which where females. The head of branch banking is also a female. More than 90 branches had a better mystery shop score than Complainant's branch.

4.      Paul Santamaria managed his region in a fair and non-discriminatory manner. He required competent performance from all of his managers, whether male or female, and disciplined both male and female managers who did not meet reasonable expectations. Complainant would have no way of knowing whether or not Paul Santamaria's treatment of other branch managers was similar or dissimilar -- in fact, everyone was treated similarly. The fact that Complainant did not like Mr. Santamaria's management style is of no moment.

5.      Complainant's work was unsatisfactory and as a result a counseling occurred in May, 2006 between Complaint, Joseph Roberto, and Paul Santamaria. At

that counseling meeting, Complainant was counseled as to the following deficiencies: Client relationship management, approval authority, quality control, credibility, and support of bank management. The circumstances were far from minor, as characterized by Complainant. Indeed, they went to the heart of the branch manager's functions. For example, Complainant approved excessive overdrafts, excessive refunds of service charges, placed stop payments late, paid overdrafts against senior management instruction, approved a wire transfer against insufficient funds, and ignored proper budgeting procedure. The fact that the Bank did not suffer a loss as a result of Complainant's approval of a wire transfer against insufficient funds does not excuse the gross deviation from proper procedure.

6.     Complainant was properly criticized for significant procedural and substantive lapses, as were all branch managers. Since Complainant fails to cite the identity of any branch manager not similarly treated, no other specific response can be made, except to note similar treatment.

7.     Complainant's performance was not satisfactory, as conceded by her own Complaint. For example, in paragraph 13 thereof, Complainant admits to errors, but argues only as to their severity. Similarly, in paragraph 14, Complainant concedes that she was counseled to stop making service fee refunds to certain customers. These refunds were plainly not in accordance with policy or they would have been permitted. The Bank lost no important clients as a result of enforcement of its policies.

8.     The Bank determination of appropriate interest rates to pay on accounts was made by senior management. It was not the place of Complainant to fail to adhere to these polices. Any branch manager so failing to adhere was subject to discipline.

9.    Complainant was paid her proper bonus based upon the performance of her branch. In November, 2006 an adjustment had to be made to the calculation due to the fact that Complainant had opened and maintained an account for a customer in violation of federal regulations. This is the same customer whose deposits constituted more than three-quarters of total deposits. Specifically, Complainant permitted an interest bearing account to be utilized as an unlimited checking account. Complainant is under the false impression that she should get credit for the involuntary conversion of a portion of the account to non-interest bearing deposits, when it was her error which created the exception. She is simply wrong. No incentive was due since there was no net deposit growth. Both Mr. Santamaria and Mr. Roberto were present at the meeting and fully explained the situation. Mr. Santamaria did not make the statements attributed to him at that time.

10.    Any branch manager who fails to meet the reasonable expectations of senior management is subject to elimination of incentive pay, whether male or female. Complainant has no knowledge of such matters as to other managers.

11.    In December, 2006, Complainant received a negative performance review. Copy attached as **EXHIBIT A**. This performance review cites the specifics of Complainant's shortcomings. The review accurately reflects the feelings of Mr. Santamaria regarding Complainant's performance. Complainant's statements in the Complaint to the extent inconsistent with the comments in the review are in error.

12.    Complainant's work continued to be unsatisfactory and on January 9, 2007, Complainant was counseled in writing. Copy attached as **EXHIBIT B**. Complainant signed the counseling. A file memo documenting the meeting is annexed as

a part of **EXHIBIT B**. Complainant was entitled to no bonus incentive if her performance did not improve. Male managers were handled similarly.

13.    Complainant did, through her attorneys, in February, 2007, complain about her incentive pay. However, this complaint came long after Complainant's performance shortcomings began to be documented. Thus, there is no logical connection between this Complaint concerning money and Complainant's failure to perform and its consequences thereof.

14.    By March, 2007, Complaint's performance continued to deteriorate and on March 12, 2007, her employment was terminated. Copy of memo annexed as **EXHIBIT C**. Complainant, of course, did not agree with content. The reasons for termination are explained in detail in the memorandum.

15.    Complainant's performance, as documented, warranted termination of employment. Any employee similar situated and similarly performing was treated similarly.

16.    Complainant's gender had nothing to do with her lack of performance or termination. Complainant's complaint about money had nothing to do with her lack of performance or termination. Complainant's performance was the sole determining factor in her termination.

17.    Based upon the forgoing, the Complaint should be denied.

**WHEREFORE**, it is respectfully requested that the Complaint be dismissed.

Dated:  Melville, New York
           September 19, 2007

Yours, etc.,

WICKHAM, BRESSLER, GORDON & GEASA, P.C.

By:_____
          Eric J. Bressler
Attorneys for Respondent
275 Broad Hollow Road – Suite 111
Melville, New York 11747
(631) 249-9480

TO:    John Douglass
         U.S. Equal Employment Opportunity Commission
         New York District Office
         33 Whitehall Street, 5th Floor
         New York, New York 10004-2112
         (212) 336-3620

**Exhibit A**

Evelyn Jankousky – 2006 Performance Review

In January of 2006 the Division in Manhattan was reorganized to better group branches into Regions using established boundaries of Eastside, Westside and Downtown so that other areas of the Bank could readily identify a Branch location to a Region. Branch 270 under the management of Evelyn Jankousky was placed into Region 19 representing the Westside of Manhattan. As the Regional Branch Administrator of Region 19 I have had the opportunity to observe and compare Evelyn's performance at Branch 270 with the performance of other managers in a Region comprised of 15 Branch locations.

After just a brief period of time I started to notice the requests submitted by Evelyn for my review and approval were not consistent with work submitted by other managers. As time went on the inconsistencies in work she submitted continued.

In addition to my ongoing discussions with Evelyn regarding her performance, she and I had a meeting on May 18th at the Regional Office. Joseph Roberto the Divisional SVP was also in attendance. The sole purpose of this meeting was to discuss with Evelyn many of the key performance areas she needs to improve on. The most significant areas discussed were failing to follow direction, exceeding approval authority, the need to adhere to established procedures, and justification of decisions made and associated risk. Since that meeting any improvement in performance has not been sustained.

Key areas where Evelyn's performance is not on par with her peers are as follows:
- Judgment & Decision Making
- Following Procedures
- Approval Authority
- Relationship Management & Pricing
- Delegation of Work
- Supervision of Staff
- Management Review of Work
- Accepting Responsibility
- Risk Tolerance
- Excessive errors
- Incomplete work
- Credibility
- Taking Direction / Insubordination

A file is maintained in the Regional office with support documentation to illustrate Evelyn's difficulty in all of the key performance areas listed above. A copy of this documentation is all in her file with Human Resources.

As I complete this performance review it very apparent that Evelyn has difficulty in performing her duties as Branch Manager. She will need to be under closer supervision to better monitor her actions and the ongoing activity of the branch staff. A performance counseling will be prepared to highlight these key areas and to place Evelyn on notice that immediate and sustained improved in her performance is needed or she will face further disciplinary action which can result in the termination of her employment.

**Migliorisi, Maria Linda**

| | |
|---|---|
| **From:** | Santamaria, Paul A |
| **Sent:** | Monday, December 18, 2006 6:55 PM |
| **To:** | Migliorisi, Maria Linda |
| **Cc:** | Roberto, Joseph R |
| **Subject:** | EJ Review |

Linda,

I discussed with Evelyn my evaluation of her performance in the year 2006. I expressed to her my disappointment in her overall performance as Branch Manager. I told her that she needs to demonstrate immediate and sustained improvement in aspects of her job performance as Branch Manager. She has been informed that I have a file containing support documentation regarding her poor performance. She is also aware that a copy of this documentation is on file with HR. I continued to explain to her that while the performance evaluation is complete I have engaged conversations with both HR and Joseph Roberto to discuss further disciplinary actions. I informed Evelyn that as a result of her poor performance she will be under closer supervision to better monitor her performance.

Evelyn informed me that she is fully capable of doing this job a job that she loves. My response to her was that I welcome improvement in her performance, and that it is up to her to do so.

After I was finished with the evaluation she continued to keep the conversation going by touching on key performance areas. In every case I had more than sufficient documentation and thorough recollection of events to further illustrate to her where she lacks in performance. Some of these examples were simply using current events as there are many. To name a few, there was the flawed written counseling on Fatima where by Evelyn signed off on an incomplete document that misrepresented the facts regarding the employee's performance. I explain to Evelyn that by misrepresenting facts actions might have been taken to terminate an employee's employment and also subject branch management to a similar decision pertaining to their employment.
  While the Fatima situation was in process Evelyn was directly involved in a mishandled request to return a check that was being paid on the account for Brotherhood of Essential Workers. In this situation she was deceptive in acknowledging her involving with the transaction so much that she twice responded to my specific and different questions as I tried to determine which employees were involved in the unique aspects of the transaction only by saying she didn't know, when in actuality she was the employee in question both times. I reminded her that she lacks credibility with me and that alone can be her own demise. Then I finally touched on a recent cash shortage for $1000 with a new teller only on the window for two days after returning from teller training. She didn't she any risk in placing this extremely inexperienced teller on the window without direct supervision. I explained to her that this is why she now has a $1000 shortage to deal with. I eventually turned the conversation back to a close by reminding Evelyn that she needs to take a more direct role in the overall management of her branch. That she will need to pay closer attention to the performance of her staff and the work they process and even the requests that passes across her desk for her approval by making sure that all of the work is being handled properly. The meeting ended with Evelyn expressing her commitment to getting her job done right.

Paul Santamaria
Region 19
212 818 1218
212 818 1196 fax

**Exhibit B**

**Exhibit C**




RECEIVED
MAR 1 5 2007

**North Fork** Bank

# MEMORANDUM
## REGION 19 – FIFTH AVENUE BRANCH

March 12, 2007

On March 12, 2007, Paul Santamaria, Regional Administrator, and Joseph Roberto, Division Senior Vice President, met with Evelyn Jankousky, Branch Manager at Region 19 Headquarters office located at 420 Lexington Avenue to discuss Evelyn's work performance.

Evelyn was hired by North Fork Bank on August 27, 2001. Evelyn was previously counseled on January 9, 2007 by Paul Santamaria and Joseph Roberto. Details of the counseling meeting are contained in the signed memorandum which is on file, a copy of which is attached for reference.

### Branch Violations of Customer Service Representative Incentive Program

At the close of the January 9, 2007 counseling meeting, Paul reviewed an issue of great concern with Evelyn. Paul had recently learned that the Customer Service Representatives at the Fifth Avenue branch were in violation of the Bank's CSR Incentive Program by referring new account sales to each other. When Paul presented the reports to Evelyn which documented the falsified referrals Evelyn responded to Paul that she was already aware of the situation. In further discussion on this subject Evelyn advised Paul that D'Chivon Gooding, Sales Coach, had informed Evelyn a month earlier. Paul again questioned Evelyn on the time frame and she replied that she knew of this situation for a month. When Paul asked Evelyn what action she took, she told Paul that she met with the staff involved and told them not to do it again.

Paul then presented Evelyn with the rules for the CSR Incentive Program which state "Anyone found falsifying referrals or sales will be expelled from the incentive program indefinitely. Persons who defraud this program may be documented which could lead to termination". Evelyn's comment to this information was that she had not read this before. She also stated that her Assistant Manager handles the incentive program. Paul responded to Evelyn that her response supports his earlier statement that as Branch Manager, Evelyn was not taking responsibility for managing the branch. In doing so, she needs to be knowledgeable in all of the provisions of the incentive programs. Evelyn needs to make sure reports provided on a monthly basis are reviewed for discrepancies. Paul then asked Evelyn to review the detailed report he provided to her as it itemizes the accounts referral details. Evelyn was given time by Paul to review the report. Evelyn then spotted an account opened for Danielle Greczi, a family member of Jean-Paul Greczi, one of Evelyn's Customer Service Representatives. Evelyn then commented that it was inappropriate to have an account for an employee or relatives in the same branch were the employee works. Paul agreed with her and then pointed out to Evelyn that it is also a violation for this employee to have personally opened the account for their relative. Paul asked Evelyn if she would allow her tellers to process their own transactions or transactions for their relatives. She then agreed that it would not be allowed.

On January 23, 2007, Paul was reviewing overdraft decisions made by Branch Management. He came across a branch level decision to pay checks presented against insufficient funds on Brotherhood of Essential Union Workers. Paul recalled that there was a previous performance issue on November 22, 2006, regarding Evelyn's judgment and decisions making on this relationship. At that time, Evelyn commented to Paul that the relationship wasn't worth it and hadn't been maintained as she had expected. Based on this discussion, Paul believed Evelyn would take the necessary steps to terminate the account relationship.

As Paul reviewed the current activity in the account he noticed that check deposits were accepted at Evelyn's branch for next day availability, an exception practice only made by management for certain check deposits like bank checks, treasury checks, and postal money orders as provided for by Regulation CC. After further research into this matter, Paul determined that the check deposits in question were for low dollar amount personal checks or business checks and not the type of check deposit that would warrant next day funds availability as dictated by Regulation CC. A review of this account's history from January 1, 2006 to January 31, 2007 indicated that thirty-two (32) deposits were accepted at Evelyn's branch using this next day availability deposit ticket. When Paul asked Evelyn about this practice she stated to him that she was unaware that deposits were being processed in this manner. Paul also asked her if she knew why anyone would make this special accommodation this client, Evelyn responded by saying she knew of no reason why this should be done. The majority of the deposits made using the special next day availability ticket were approved by Jean-Paul Greczi, Customer Service Representative. Donna Hutchinson, Assistant Branch Manager told Paul that Jean-Paul was not sure why he would approve these deposit tickets, but he did believe someone told him to do it. Jean-Paul could not specifically name anyone for giving him these instructions. Although Evelyn claims that she has no knowledge of any deposits accepted for special availability or even a justification to do so, Evelyn personally approved two (2) deposits accepted on January 19, 2006 and February 1, 2006 for special availability. There was no other notation made on these deposit tickets other than Evelyn's approval on the deposit ticket or the check specifying the special availability. The account history shows deposits made at Evelyn's branch were processed using the special availability deposit ticket. During this same period checks deposited into this account from the same issuer but deposited at other branches were not processed using the special deposit ticket.

Another observation made while reviewing this account is that the account was originally opened in Hauppauge. It was during the summer of 2006 that Evelyn transferred this account to her branch. After the account was transferred to Evelyn's branch the manner in which it was maintained by the client deteriorated to point that account overdrafts became excessive. In the five month period covering September '06 to January '07 this account was allowed to be overdrawn for 79 days. The average balance was less than $350 in all of 2006. On October 11, 2006, Evelyn entered approval instructions to the Divisional Manager to pay three (3) checks presented against insufficient funds for this account. Her reasoning was that the client made a late deposit the previous day which was accepted for next day posting. In Evelyn's instructions she clearly informed the Divisional Manager that the deposit was a check deposit in the amount of $6,300 issued by Gary A. Podell. This check was accepted for deposit on a special availability deposit ticket, without basis in Regulation CC. This transaction confirms Evelyn's involvement in the handling of this account.

Paul also pointed out that Jennifer Pagliuca had this same account listed as one of her sales referrals, which duplicate listing would indicate the likelihood of a falsified referral. Paul instructed Evelyn to continue to review the detailed report very carefully and asked her to inform him of the actions she would be taking with regard to the performance of her employees. Paul directed Evelyn to report back to him about how this incident began back in August, 2006 and who suggested it. Since that time, it has been learned by management that Evelyn had knowledge of these referrals from D'Chivon Gooding in October, not December, as asserted by Evelyn. Evelyn failed to exercise proper judgment when she failed to resolve this matter in a timely manner and act in accordance with policy. Evelyn's failure to respond to D'Chivon's report of this information in October resulted in thirteen additional fraudulent referrals which were processed. The fraudulent incentives that were paid out in October and continued to occur in November and December could have been avoided had Evelyn acted in a more expeditious manner.

After a careful analysis of the incentive referrals for her branch, it was reported by Evelyn that there were fifty-eight (58) violations committed by three members of her staff. A copy of the analysis is attached for reference. These employees were informed in late January and early February that they would be expelled from the CSR Incentive Program due to their violation of program rules. They were warned in counseling meetings that any further violation of proper Bank policy or procedure would subject them to further disciplinary action, up to and including termination of employment. Copies of the signed counseling memorandums are on file with further details of the meetings. One employee, Jean-Paul Greczi, has since resigned from his employment with North Fork Bank. Another employee, Jennifer Pagliuca, transferred from the branch on November 27, 2006 to a new position, a promotional opportunity as an Assistant Branch Manager. Jennifer was placed on warning by her new Branch Manager, Corinne Newman and Regional Administrator Ellen Weber for violating the guidelines of the program.

In summary, Evelyn failed to respond appropriately and in a timely manner to the information provided to her by D'Chivon Gooding in October 2006. Until this subject was raised by Paul to Evelyn she failed to act in accordance with policy based on the severity of these violations. Evelyn never reported this information to Region Management and additionally did not remove these employees from future incentives as required by the program, a copy of the CSR Incentive program is attached for reference. Evelyn admitted to Paul that she was unaware of the Program rules and the consequence of violating the program. If Evelyn had turned this responsibility over to her Assistant Managers, as she stated she did, then she failed to assure that the Assistant Managers, Donna Hutchinson and Avril Conway, was familiar with and properly applied the rules of the program.

### Brotherhood of Essential Union Workers

This is the same account relationship cited in Evelyn's January 9, 2007 performance counseling regarding events that took place on November 22, 2006 when confronted by Paul with the information Evelyn made false statements concerning the timing of her knowledge. As documented in the January 9, 2007 counseling memorandum, Evelyn had inappropriately instructed Jennifer Pagliuca to place a stop payment on a check that was already presented for payment against this same account, although Evelyn fully knew that the account was already overdrawn. Within minutes of giving Jennifer those instructions Evelyn denied any knowledge of having done so. Evelyn's denial was inconsistent with facts and inadequate to justify the action taken.

**1026 3ʳᵈ LLC; Claude Rolo**
On Tuesday, January 23ʳᵈ, Evelyn discussed with Claude Rolo his denied request for a refund of Cash Management fees on his business account. Evelyn was in the practice of refunding these fees on a monthly basis until December '06 when the procedure for handling cash management refunds changed. The procedural change stated that as of December 5, 2006 all refund requests for cash management fees in excess of $25 must be directed to Mario Caracappa, Divisional Senior Vice President, Retail Administration, for his approval. The refund request submitted by Evelyn to Mario for cash management fees charged to 1026 3ʳᵈ LLC in the amount of $249.37 was denied. Evelyn communicated to Claude Rolo she could no longer process his refunds and went on to state that it is now Mario Caracappa who makes those decisions.

On the evening of Tuesday, January 23ʳᵈ Claude Rolo contacted, by telephone, a family member of Mario Caracappa at their private residence looking to discuss the refund request with Mario. Mr. Rolo engaged in a detailed conversation with this family member concerning the specifics of his request.

Evelyn demonstrated poor relationship management skills in not being able to handle a routine refund request by failing to provide a satisfactory explanation to the customer. Moreover, Evelyn exercised poor judgment in using Mario's name regarding this refund request. Evelyn demonstrated poor pricing skills with respect to the relationship by granting repeated fee refunds on a low balance account.

When counseled on January 9, 2007, Evelyn was warned that she would be expected to demonstrate immediate and sustained improvement in her overall work performance. Evelyn was warned that any further incident whereby Evelyn failed to act responsibly as a member of management, failed to exercise proper judgment or placed the Bank in a position of risk through improper enforcement of policies and or procedures would result in further disciplinary action, up to and including termination of employment.

Due to work performance, Evelyn's employment with North Fork Bank is terminated as of today, March 12, 2007. As a further result of Evelyn's poor work performance and termination, her 2006 Incentive payout is forfeited.

*I do not agree with this. These are unwarranted. Evelyn Jankousky 3/12/07*

_____          _____
Evelyn Jankousky, Branch Manager          Date

_____          _____
Paul Santamaria, Regional Administrator          Date

_____          _____
Joe Roberto, Divisional Administrator          Date

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
------------------------------------------------------------------X
In the Matter of the Complaint of

EVELYN JANKOUSKY,

                             Complainant,

   -   against –

NORTH FORK BANK,

                            Respondent.

------------------------------------------------------------------X

*EEOC Charge No. 520-2007-02866*

***AFFIDAVIT OF SERVICE***

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF SUFFOLK | ) |

      Francine R. Ramsay, being duly sworn, deposes and says:  I am not a party to the action.  I am over 18 years of age and reside in Deer Park, New York.  I am employed by Wickham, Bressler, Gordon & Geasa, P.C., attorneys for the Respondent.

      On September 19, 2007, I served a true copy of the ***ANSWER AND POSITION STATEMENT*** in the above referenced action on the party set forth below, by depositing a true copy thereof, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of Federal Express Delivery within the State of New York to:

                                          FRANCINE R. RAMSAY

Sworn to before me this
19th day of September, 2007

_____
Notary Public

ERIC JONATHAN BRESSLER
Notary Public, State of New York
No. 52-4622371
Qualified in Suffolk County
Commission Expires May 31. 2011

Jankousky v. NFB et al
Index No.: 08-CV-1858(PAC)

AFFIRMATION

# EXHIBIT H
# 12/05/07 NOTICE OF RIGHT TO SUE

EEOC Form 161-B (3/98)

## U.S. Equal Employment Opportunity Commission

### Notice of Right to Sue (Issued on Request)

| | |
|---|---|
| To: **Evelyn Jankousky**<br>**900 West 190 Street**<br>**Apt. 7-C**<br>**New York, NY 10040** | From: **New York District Office**<br>**33 Whitehall Street**<br>**5th Floor**<br>**New York, NY 10004** |

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **520-2007-02866** | **Donna M. Walcott**<br>**Senior Investigator** | **(212) 336-3679** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[X] More than 180 days have passed since the filing of this charge.

☐ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐ The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN 90 DAYS</u>** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*[signature]*                    **DEC 05 2007**

**Spencer H. Lewis, Jr.**
**District Director**                    *(Date Mailed)*

Enclosures(s)

cc:    **NORTH FORK BANK**
<u>**Respondent's Attorney**</u>
Eric J. Bressler, Esq.
WICKHAM BRESSLER GORDON & GEASA, P.C.
13015 Main Road, P.O. Box 1424
Mattituck, Long Island
New York, 11952

<u>**Charging Party Attorney**</u>
Maia Goodell, Esq.
VLADECK WALDMAN ELIAS & ENGELHARD, P.C.
1501 Broadway
New York, NY  10036

Enclosure with EEOC
Form 161-B (3/98)

### INFORMATION RELATED TO FILING SUIT
### UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS    --    Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS    --    Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/00 to 12/1/00, you should file suit before 7/1/02 – *not* 12/1/02 -- in order to recover unpaid wages due for July 2000. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION    --    Title VII and the ADA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request *within 6 months* of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

Jankousky v. NFB et al
Index No.: 08-CV-1858(PAC)

AFFIRMATION

# EXHIBIT I
# 8/1/07 NYS BANKING DEPARTMENT WEBPAGE

# NEW YORK STATE BANKING DEPARTMENT

# WEEKLY BULLETIN

August 3, 2007

### SECTION I

This section records the receipt of applications and notices to the Banking Department. Applications and notices received by the Foreign and Wholesale Banks, Community and Regional Banks and Licensed Financial Services Divisions are listed in order of date of receipt; applications and notices received by the Mortgage Banking Division are listed at the end of Section I by type of application or notice. **THE WEEKLY BULLETIN CONSTITUTES THE ONLY WRITTEN NOTIFICATION OF THESE SUBMISSIONS THAT WILL BE ISSUED BY THE BANKING DEPARTMENT.** Any comment on, or objection to, any item contained in this Weekly Bulletin should be presented to the Banking Department within 10 calendar days of the date of this bulletin, unless a different time period is specified in the item. More specifically, such comments or objections, including any that concern CRA-related applications, should be either (a) delivered by mail or in person to The Secretary of the New York State Banking Board, One State Street, New York, New York 10004-1417 before the stated deadline or (b) transmitted by e-mail to BBSecretary@banking.state.ny.us This Weekly Bulletin may also be viewed online at the Banking Department's Web site at: **http://www.banking.state.ny.us**

### SECTION II

This section records actions taken by the Superintendent of Banks and/or the Banking Board, and other information concerning the activities of the Banking Department. Actions relating to institutions supervised by the Foreign and Wholesale Banks, Community and Regional Banks and Licensed Financial Services Divisions are listed in order of date of action; actions relating to institutions supervised by the Mortgage Banking Division are listed at the end of Section II by type of action taken.

### SECTION III

This section provides notification of the filing by federally-chartered institutions of applications for new branches to be located in New York received from **Mr. Toney Bland, Deputy Comptroller, Office of the Comptroller of the Currency, 340 Madison Avenue, 5th Floor, New York, NY 10017** and **Mr. Brian Steffey, Office of Thrift Supervision, Harborside Financial Center Plaza Five, Suite 1600, Jersey City, NJ 07311.** Any comment or objection in relation to any application in Section III should be communicated immediately to the supervisor of the institution involved, with a copy furnished to this office. This section is provided as a courtesy to New York State-regulated banking institutions; additional information relating to federally-chartered institutions is available in the Office of the Comptroller of the Currency's Weekly Bulletin or its Web site: **http://www.occ.treas.gov** and via the Office of Thrift Supervision's Web site at: **http://www.ots.treas.gov.**

### GENERAL INFORMATION

Each item in the Weekly Bulletin is identified by a two-letter code indicating the type of institution and a three-letter code indicating the Banking Department Division which has supervisory responsibility for the institution. The following is a list of the codes and their meanings:

1

August 2, 2007 (TR-CRB)
**NORTH FORK BANK**
245 Love Lane, Mattituck, NY 11952

North Fork Bank merged with, into and under the Charter of Capital One, N.A., New Orleans, Louisiana effective as of August 1, 2007.

---

**Certificate issued to engage in the business as a Mortgage Broker under Article 12-D of the New York State Banking Law:**

August 01, 2007 (BR-MBD)
Keystone of New York Mortgage, Inc.
80 Eighth Avenue, Suite 1402, Office 3, New York, NY 10011- 7159

---

**Certificate issued to engage in the business as a Mortgage Broker Branch under Article 12-D of the New York State Banking Law:**

August 01, 2007 (BR-MBD)
Full Service Branch
Citizens Financial Mortgage, Inc.
271 Route 46 West, Suite 103F, Fairfield, NJ 07004

August 01, 2007 (BR-MBD)
Full Service Branch
A-M-S Mortgage Services, Inc.
890 Easton Road, Horsham, PA 19044

August 01, 2007 (BR-MBD)
Full Service Branch
Paramount Equities Group, Inc.
161 Route 59, Suite 7, Top Floor, Suffern, NY 10901

August 01, 2007 (BR-MBD)
Full Service Branch
Viscard L.L.C. D/B/A The Best Mortgage Specialists
82-11 37th Avenue, Suite 404, Jackson Heights, NY 11371

---

**License issued to engage in the business as a Mortgage Banker Branch under Article 12-D of the New York State Banking Law:**

August 01, 2007 (MB-MBD)
Full Service Branch
Option One Mortgage Corporation
2700 Research Forest Drive, Suite 120, The Woodlands, TX 77381

Jankousky v. NFB et al
Index No.: 08-CV-1858(PAC)

AFFIRMATION

# EXHIBIT J
# NYS BANKING DEPARTMENT WEBSITE INFO
# REFLECTING MERGER

| Home | Search | Site Map |

**State of New York Banking Department**

2008 Weekly Bulletins
2007 Weekly Bulletins
2006 Weekly Bulletins
2005 Weekly Bulletins
2004 Weekly Bulletins
2003 Weekly Bulletins

## SECTION I

This section records the receipt of applications and notices to the Banking Department. Applications and notices received by the Foreign and Wholesale Banks, Community and Regional Banks and Licensed Financial Services Divisions are listed in order of date of receipt; applications and notices received by the Mortgage Banking Division are listed at the end of Section I by type of application or notice. **THE WEEKLY BULLETIN CONSTITUTES THE ONLY WRITTEN NOTIFICATION OF THESE SUBMISSIONS THAT WILL BE ISSUED BY THE BANKING DEPARTMENT.** Any comment on, or objection to, any item contained in this Weekly Bulletin should be presented to the Banking Department within 10 calendar days of the date of this bulletin, unless a different time period is specified in the item. More specifically, such comments or objections, including any that concern CRA-related applications, should be either (a) delivered by mail or in person to The Secretary of the New York State Banking Board, One State Street, New York, New York 10004-1417 before the stated deadline or (b) transmitted by e-mail to BBSecretary@banking.state.ny.us. To view only those current and pending Section I applications and notices which are CRA-related, please click here.

## SECTION II

This section records actions taken by the Superintendent of Banks and/or the Banking Board, and other information concerning the activities of the Banking Department. Actions relating to institutions supervised by the Foreign and Wholesale Banks, Community and Regional Banks and Licensed Financial Services Divisions are listed in order of date of action; actions relating to institutions supervised by the Mortgage Banking Division are listed at the end of Section II by type of action taken.

## SECTION III

This section provides notification of the filing by federally-chartered institutions of applications for new branches to be located in New York received from **Mr. Fred D. Finke, Deputy Comptroller, Northeastern District, 1114 Avenue of the Americas, Suite 3900, New York, NY 10036** and **Ms. Karen M. Cervera, Corporate Activities, Office of Thrift Supervision, 10 Exchange Place, 18th Floor, Jersey City, NJ 07302**. Any comment or objection in relation to any application in Section III should be communicated immediately to the supervisor of the institution involved, with a copy furnished to this office. This section is provided as a courtesy to New York State-regulated banking institutions; additional information relating to federally-chartered institutions is available in the Office of the Comptroller of the Currency's Weekly Bulletin or its Web site: **http://www.occ.treas.gov** and via the Office of Thrift Supervision's Web site at: **http://www.ots.treas.gov**.

## GENERAL INFORMATION

Each item in the Weekly Bulletin is identified by a two-letter code indicating the type of institution and a three-letter code indicating the Banking Department Division which has supervisory responsibility for the institution. The following is a list of the codes and their meanings:

**Institution Codes**

**NORTH FORK BANCORPORATION, INC.**
275 Broadhollow Road, Melville, New York 11747

North Fork Bancorporation, Inc. merged with and into Capital One Financial Corporation, effective as of December 1, 2006.

---

April 20, 2007 (MS-CRB)
**WILBER NATIONAL BANK**
245 Main Street, Oneonta, NY 13820

Notification received, in accordance with Supervisory Policy G 8, of the establishment of a representative office to be located at 20 Solar Drive, Clifton Park, Saratoga County, NY 12065.

---

April 22, 2007 (CC-LFS)
**ARMAT, LTD**
203 West 28th Street, New York, NY 10001

Temporary license to conduct business as a commercial check casher under Article IX-A of the New York State Banking Law, extended. The temporary license is good for 30 days only, unless otherwise extended by the Superintendent of Banks.

---

April 22, 2007 (CC-LFS)
**BUSH CAPITAL, LLC**
889 4th Avenue, Brooklyn, NY 11232

Temporary license to conduct business as a commercial check casher under Article IX-A of the New York State Banking Law, extended. The temporary license is good for 30 days only, unless otherwise extended by the Superintendent of Banks.

---

April 22, 2007 (CC-LFS)
**CONEY ISLAND PAYROLL SERVICES INC.**
1122 Coney Island Avenue, Brooklyn, NY 11230

Temporary license to conduct business as a commercial check casher under Article IX-A of the New York State Banking Law, extended. The temporary license is good for 30 days only, unless otherwise extended by the Superintendent of Banks.

---

April 22, 2007 (CC-LFS)
**MD CORPORATE SERVICES, INC.**
470 Seventh Avenue, Suite 406, New York, NY 10018

Temporary license to conduct business as a commercial check casher under Article IX-A of the New York State Banking Law, extended. The temporary license is good for 30 days only, unless otherwise extended by the Superintendent of Banks.

---

April 22, 2007 (CC-LFS)
**UNITED FACTORING, LLC**
2972 Nostrand Avenue, Brooklyn, NY 11229

Temporary license to conduct business as a commercial check casher under Article IX-A of the New York State Banking Law, extended. The temporary license

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EVELYN A. JANKOUSKY,

                       Plaintiff,

    -  against &ndash;

NORTH FORK BANCORPORATION INC.
CAPITAL ONE, FINANCIAL CORP., CAPITAL
ONE, NATIONAL ASSOCIATION, and
NORTH FORK BANK,

                       Defendants.
-----------------------------------------------------------------X

*08 Civ. 1858 (PAC)*

***AFFIDAVIT IN SUPPORT
OF MOTION TO DISMISS
FRCP 12(b)(6)***

STATE OF NEW YORK    )
                         ) ss:
COUNTY OF SUFFOLK   )

     Nancy Elia being duly sworn, deposes and says:

     1.   I am a Vice President and Assistant General Counsel of Capital One, N.A. and make this affidavit in support of the motion to dismiss the complaint. I have knowledge of the facts set forth herein.

     2.   North Fork Bank was a state chartered, federally insured bank organized and existing under the laws of the State of New York. In August, 2007 North Fork Bank was merged into Capital One, N.A., a national banking association. A certificate of merger is annexed hereto and incorporated herein as Exhibit A. Capital One, N.A. is the successor to North Fork Bank. Capital One, N.A. is a wholly owned subsidiary of Capital One Financial Corporation.

     3.   Capital One Financial Corporation is a Delaware Corporation and is not and was not in the business of banking. North Fork Bancorporation, Inc. was a Delaware Corporation and was not in the business of banking. North Fork Bank was a wholly owned subsidiary of North Fork Bancorporation, Inc. In December, 2006 North Fork Bancorporation was merged into

Capital One Financial Corporation. A certificate of merger is annexed hereto and incorporated herein as Exhibit B.

4. North Fork Bancorporation, Inc. is not a proper party defendant herein in that it no longer exists. Capital One Financial Corporation is not a proper party defendant herein in that the plaintiff had no relationship with North Fork Bancorporation, Inc. and therefore, no relationship with Capital One Financial Corporation, its successor by merger. Plaintiff's only relationship was that of an employee with North Fork Bank.

**WHEREFORE**, it is respectfully requested that the motion to dismiss be granted

Nancy Elia

Sworn to before me this
27th day of May, 2008.

Notary Public

INDIRA T. EDWARDS
Notary Public - State of New York
No. 02ED6132895
Qualified in Nassau County
My Comm. Expires Aug. 29, 2009

Jankousky v. NFB et al
Index No.: 08-CV-1858(PAC)


AFFIDAVIT

# EXHIBIT A
8/07 Certificate of Merger



Comptroller of the Currency
Administrator of National Banks

Washington, DC 20219

# CERTIFICATE

I, John C. Dugan, Comptroller of the Currency, do hereby certify that the document hereto attached is a true and complete copy of the certificate recorded in this Office, evidencing the Merger of "North Fork Bank," Mattituck, New York, into "Capital One, National Association," McLean, Virginia, (Charter No. 13688), effective as of August 1, 2007. The resulting bank title is "Capital One, National Association," McLean, Virginia, (Charter No. 13688).

IN TESTIMONY WHERE OF, I have hereunto subscribed my name and caused my seal of office to be affixed to these presents at the Treasury Department, in the City of Washington and District of Columbia, this 15th day of August, 2007.



_____
Comptroller of the Currency



Comptroller of the Currency
Administrator of National Banks

Northeastern District Office
340 Madison Avenue, 5th Floor
New York, New York 10017-4613

Licensing Division
Telephone No.: (212)790-4055
Fax No.: (301)333-7015

July 30, 2007

Andres L. Navarrete
Managing VP and Chief Counsel – Regulatory
Capital One Financial Corporation
1680 Capital One Drive
McLean, VA 22102

Re: Application to merger North Fork Bank, Mattituck, New York into Capital One,
    National Association, McLean, Virginia, under the charter and title of the latter.
    Application Control Numbers: 2006-NE-02-014

Dear Mr. Navarrete:

This letter is also the official certification of the OCC to merge North Fork Bank into
Capital One, National Association, effective as of August 1, 2007. The resulting bank
title is Capital One, National Association, charter number 13688.

This is also the official authorization given to Capital One, National Association to
operate the branches of the target institution and the main office of the target institution
as a branch. A listing of each newly authorized branch and its assigned OCC branch
number is attached.

This letter is also the official OCC certification for Capital One, National Association to
increase its surplus from $7,111,102,507 to $21,311,088,850, as of August 1, 2007.

If the combination does not occur as represented in your letter of June 18, 2007, this
certification must be returned to the OCC.

Sincerely,                                                      --Seal--

Sandya Reddy
Acting Director for District Licensing

```
COQPD207                      COMPTROLLER OF THE CURRENCY              08/13/2007 15:29
                               EXISTING CORPORATE FILING                      PAGE: 4

CONTROL #: 2006 NE 02 0014    FILING TYPE: MERGER
TRANS TYPE: CORP REORG (AFFIL MERGER) FORM: MERGER
RESULTING BANK SHORT NAME: CAPITAL ONE NA

                              *** BRANCHES ***

BRANCH COUNT:   340

MERGING CHARTER #: 013688     FDIC CERT #:
TITLE: CAPITAL ONE, NATIONAL ASSOCIATION

   BRANCH: 140163A  WITHDRAWN DATE:              CONSUMMATION DATE:
    TITLE: CARONDELET STREET
LOC STREET: 313 CARONDELET STREET
  LOC CITY: NEW ORLEANS                          STATE: LA   ZIP: 70130-0000
   COUNTY: 71 ORLEANS PARISH                     LOCATION CLOSED (Y/N): N

MERGING CHARTER #:            FDIC CERT #: 15985
TITLE: North Fork Bank

   BRANCH: 136452A  WITHDRAWN DATE:              CONSUMMATION DATE:
    TITLE: 145TH STREET
LOC STREET: 700 ST. NICHOLAS AVENUE
  LOC CITY: NEW YORK                             STATE: NY   ZIP: 10031-0000
   COUNTY: 61 NEW YORK COUNTY                    LOCATION CLOSED (Y/N): N

   BRANCH: 136453A  WITHDRAWN DATE:              CONSUMMATION DATE:
    TITLE: BROADWAY
LOC STREET: 176 BROADWAY
  LOC CITY: NEW YORK                             STATE: NY   ZIP: 10038-0000
   COUNTY: 5 BRONX COUNTY                        LOCATION CLOSED (Y/N): N

   BRANCH: 136454A  WITHDRAWN DATE:              CONSUMMATION DATE:
    TITLE: 231ST STREET - BRONX
LOC STREET: 185 WEST 231ST STREET
  LOC CITY: BRONX                                STATE: NY   ZIP: 10463-0000
   COUNTY: 5 BRONX COUNTY                        LOCATION CLOSED (Y/N): N

   BRANCH: 136455A  WITHDRAWN DATE:              CONSUMMATION DATE:
    TITLE: 23D STREET
LOC STREET: 120 WEST 23RD STREET
  LOC CITY: NEW YORK                             STATE: NY   ZIP: 10011-0000
   COUNTY: 61 NEW YORK COUNTY                    LOCATION CLOSED (Y/N): N

   BRANCH: 136456A  WITHDRAWN DATE:              CONSUMMATION DATE:
    TITLE: 26TH & 6TH
LOC STREET: 100 WEST 26TH STREET
  LOC CITY: NEW YORK                             STATE: NY   ZIP: 10001-0000
   COUNTY: 61 NEW YORK COUNTY                    LOCATION CLOSED (Y/N): N

   BRANCH: 136457A  WITHDRAWN DATE:              CONSUMMATION DATE:
    TITLE: 2ND & 10TH
LOC STREET: 159 2ND AVENUE
  LOC CITY: NEW YORK                             STATE: NY   ZIP: 10003-0000
   COUNTY: 61 NEW YORK COUNTY                    LOCATION CLOSED (Y/N): N
```

```
COQFD207              COMPTROLLER OF THE CURRENCY              08/13/2007 15:29
                      EXISTING CORPORATE FILING                      PAGE:  5

CONTROL #: 2206 NE 02 0014    FILING TYPE: MERGER
TRANS TYPE: CORP REORG (AFFIL MERGER) FORM: MERGER
RESULTING BANK SHORT NAME: CAPITAL ONE NA


    BRANCH:  136458A  WITHDRAWN DATE:         CONSUMMATION DATE:
     TITLE:  370 & 7TH
LOC STREET:  370 SEVENTH AVENUE
  LOC CITY:  NEW YORK                         STATE: NY   ZIP: 10001-0000
    COUNTY:  61  NEW YORK COUNTY              LOCATION CLOSED (Y/N): N

    BRANCH:  136459A  WITHDRAWN DATE:         CONSUMMATION DATE:
     TITLE:  PARK & 58TH
LOC STREET:  470 PARK AVENUE SOUTH
  LOC CITY:  NEW YORK                         STATE: NY   ZIP: 10016-0000
    COUNTY:  61  NEW YORK COUNTY              LOCATION CLOSED (Y/N): N

    BRANCH:  136460A  WITHDRAWN DATE:         CONSUMMATION DATE:
     TITLE:  34TH & 2ND
LOC STREET:  245 EAST 34TH STREET
  LOC CITY:  NEW YORK                         STATE: NY   ZIP: 10016-0000
    COUNTY:  61  NEW YORK COUNTY              LOCATION CLOSED (Y/N): N

    BRANCH:  136461A  WITHDRAWN DATE:         CONSUMMATION DATE:
     TITLE:  34TH & 5TH
LOC STREET:  10 EAST 34TH STREET
  LOC CITY:  NEW YORK                         STATE: NY   ZIP: 10016-0000
    COUNTY:  61  NEW YORK COUNTY              LOCATION CLOSED (Y/N): N

    BRANCH:  136462A  WITHDRAWN DATE:         CONSUMMATION DATE:
     TITLE:  36TH & 8TH
LOC STREET:  520 8TH AVENUE
  LOC CITY:  NEW YORK                         STATE: NY   ZIP: 10018-0000
    COUNTY:  61  NEW YORK COUNTY              LOCATION CLOSED (Y/N): N

    BRANCH:  136463A  WITHDRAWN DATE:         CONSUMMATION DATE:
     TITLE:  37TH STREET
LOC STREET:  1001 AVENUE OF THE AMERICAS
  LOC CITY:  NEW YORK                         STATE: NY   ZIP: 10018-0000
    COUNTY:  61  NEW YORK COUNTY              LOCATION CLOSED (Y/N): N

    BRANCH:  136464A  WITHDRAWN DATE:         CONSUMMATION DATE:
     TITLE:  39TH STREET
LOC STREET:  1407 BROADWAY (39TH STREET)
  LOC CITY:  NEW YORK                         STATE: NY   ZIP: 10018-0000
    COUNTY:  61  NEW YORK COUNTY              LOCATION CLOSED (Y/N): N

    BRANCH:  136465A  WITHDRAWN DATE:         CONSUMMATION DATE:
     TITLE:  420 LEXINGTON
LOC STREET:  420 LEXINGTON AVENUE
  LOC CITY:  NEW YORK                         STATE: NY   ZIP: 10170-0000
    COUNTY:  61  NEW YORK COUNTY              LOCATION CLOSED (Y/N): N

    BRANCH:  136466A  WITHDRAWN DATE:         CONSUMMATION DATE:
     TITLE:  45TH & 6TH
LOC STREET:  1166 AVENUE OF THE AMERICAS
  LOC CITY:  NEW YORK                         STATE: NY   ZIP: 10018-0000
    COUNTY:  61  NEW YORK COUNTY              LOCATION CLOSED (Y/N): N
```

```
COQFD207                    COMPTROLLER OF THE CURRENCY                08/13/2007 15:29
                           EXISTING CORPORATE FILING                          PAGE:  6

CONTROL #: 2006 NE 02 0014    FILING TYPE: MERGER
TRANS TYPE: CORP REORG (AFFIL MERGER) FORM: MERGER
RESULTING BANK SHORT NAME: CAPITAL ONE NA

  BRANCH: 136467A   WITHDRAWN DATE:           CONSUMMATION DATE:
   TITLE: 46TH STREET
LOC STREET: 750 THIRD AVENUE (46TH STREET)
 LOC CITY: NEW YORK                           STATE: NY   ZIP: 10017-0000
   COUNTY: 61 NEW YORK COUNTY                 LOCATION CLOSED (Y/N): N

  BRANCH: 136468A   WITHDRAWN DATE:           CONSUMMATION DATE:
   TITLE: 48TH & 3RD
LOC STREET: 770 THIRD AVENUE
 LOC CITY: NEW YORK                           STATE: NY   ZIP: 10017-0000
   COUNTY: 61 NEW YORK COUNTY                 LOCATION CLOSED (Y/N): N

  BRANCH: 136469A   WITHDRAWN DATE:           CONSUMMATION DATE:
   TITLE: 49TH & MADISON
LOC STREET: 424 MADISON AVENUE
 LOC CITY: NEW YORK                           STATE: NY   ZIP: 10017-0000
   COUNTY: 61 NEW YORK COUNTY                 LOCATION CLOSED (Y/N): N

  BRANCH: 136470A   WITHDRAWN DATE:           CONSUMMATION DATE:
   TITLE: 4TH & 6TH
LOC STREET: 347 SIXTH AVENUE
 LOC CITY: NEW YORK                           STATE: NY   ZIP: 10014-0000
   COUNTY: 61 NEW YORK COUNTY                 LOCATION CLOSED (Y/N): N

  BRANCH: 136471A   WITHDRAWN DATE:           CONSUMMATION DATE:
   TITLE: 50 COURT STREET - BROOKLYN
LOC STREET: 50 COURT STREET
 LOC CITY: BROOKLYN                           STATE: NY   ZIP: 11201-0000
   COUNTY: 47 KINGS COUNTY                    LOCATION CLOSED (Y/N): N

  BRANCH: 136472A   WITHDRAWN DATE:           CONSUMMATION DATE:
   TITLE: 52ND STREET
LOC STREET: 845 3RD AVENUE
 LOC CITY: NEW YORK                           STATE: NY   ZIP: 10022-0000
   COUNTY: 61 NEW YORK COUNTY                 LOCATION CLOSED (Y/N): N

  BRANCH: 136473A   WITHDRAWN DATE:           CONSUMMATION DATE:
   TITLE: 54TH & LEXINGTON
LOC STREET: 643 LEXINGTON AVENUE
 LOC CITY: NEW YORK                           STATE: NY   ZIP: 10022-0000
   COUNTY: 61 NEW YORK COUNTY                 LOCATION CLOSED (Y/N): N

  BRANCH: 136474A   WITHDRAWN DATE:           CONSUMMATION DATE:
   TITLE: 55TH & 2ND
LOC STREET: 1034 SECOND AVENUE
 LOC CITY: NEW YORK                           STATE: NY   ZIP: 10021-0000
   COUNTY: 61 NEW YORK COUNTY                 LOCATION CLOSED (Y/N): N

  BRANCH: 136475A   WITHDRAWN DATE:           CONSUMMATION DATE:
   TITLE: 56TH & BROADWAY
LOC STREET: 1745 BROADWAY
 LOC CITY: NEW YORK                           STATE: NY   ZIP: 10019-0000
   COUNTY: 61 NEW YORK COUNTY                 LOCATION CLOSED (Y/N): N
```

```
COQFD207                 COMPTROLLER OF THE CURRENCY                08/13/2007 15:29
                          EXISTING CORPORATE FILING                          PAGE:   7

CONTROL #: 2006 NE 02 0014    FILING TYPE: MERGER
TRANS TYPE: CORP REORG (AFFIL MERGER) FORM: MERGER
RESULTING BANK SHORT NAME: CAPITAL ONE NA


   BRANCH:  136476A  WITHDRAWN DATE:              CONSUMMATION DATE:
    TITLE:  57 WEST 57TH ST.
LOC STREET:  57 W. 57TH STREET
  LOC CITY:  NEW YORK                             STATE: NY    ZIP: 10019-0000
    COUNTY:  61  NEW YORK COUNTY                  LOCATION CLOSED (Y/N): N

   BRANCH:  136478A  WITHDRAWN DATE:              CONSUMMATION DATE:
    TITLE:  60TH STREET
LOC STREET:  1011 THIRD AVENUE
  LOC CITY:  NEW YORK                             STATE: NY    ZIP: 10021-0000
    COUNTY:  61  NEW YORK COUNTY                  LOCATION CLOSED (Y/N): N

   BRANCH:  136479A  WITHDRAWN DATE:              CONSUMMATION DATE:
    TITLE:  65TH STREET - BROOKLYN
LOC STREET:  65-01 11TH AVENUE
  LOC CITY:  BROOKLYN                             STATE: NY    ZIP: 11219-0000
    COUNTY:  47  KINGS COUNTY                     LOCATION CLOSED (Y/N): N

   BRANCH:  136480A  WITHDRAWN DATE:              CONSUMMATION DATE:
    TITLE:  68TH & 2ND (FORMERLY 66TH STREET)
LOC STREET:  1295 SECOND AVENUE
  LOC CITY:  NEW YORK                             STATE: NY    ZIP: 10021-0000
    COUNTY:  61  NEW YORK COUNTY                  LOCATION CLOSED (Y/N): N

   BRANCH:  136481A  WITHDRAWN DATE:              CONSUMMATION DATE:
    TITLE:  69TH STREET
LOC STREET:  2025 BROADWAY (WEST 69TH STREET)
  LOC CITY:  NEW YORK                             STATE: NY    ZIP: 10023-0000
    COUNTY:  61  NEW YORK COUNTY                  LOCATION CLOSED (Y/N): N

   BRANCH:  136482A  WITHDRAWN DATE:              CONSUMMATION DATE:
    TITLE:  72ND STREET
LOC STREET:  175 WEST 72ND STREET
  LOC CITY:  NEW YORK                             STATE: NY    ZIP: 10023-0000
    COUNTY:  61  NEW YORK COUNTY                  LOCATION CLOSED (Y/N): N

   BRANCH:  136483A  WITHDRAWN DATE:              CONSUMMATION DATE:
    TITLE:  74TH & 2ND
LOC STREET:  1432 2ND AVENUE
  LOC CITY:  NEW YORK                             STATE: NY    ZIP: 10021-0000
    COUNTY:  61  NEW YORK COUNTY                  LOCATION CLOSED (Y/N): N

   BRANCH:  136484A  WITHDRAWN DATE:              CONSUMMATION DATE:
    TITLE:  74TH STREET - BROOKLYN
LOC STREET:  74-01 13TH AVENUE
  LOC CITY:  BROOKLYN                             STATE: NY    ZIP: 11228-0000
    COUNTY:  47  KINGS COUNTY                     LOCATION CLOSED (Y/N): N

   BRANCH:  136485A  WITHDRAWN DATE:              CONSUMMATION DATE:
    TITLE:  77TH STREET
LOC STREET:  1345 THIRD AVENUE (200 EAST 77TH STREET)
  LOC CITY:  NEW YORK                             STATE: NY    ZIP: 10021-0000
    COUNTY:  61  NEW YORK COUNTY                  LOCATION CLOSED (Y/N): N
```

COQFD207

COMPTROLLER OF THE CURRENCY
EXISTING CORPORATE FILING

06/13/2007 15:29
PAGE: 8

CONTROL. #: 2006 NE 02 0014    FILING TYPE: MERGER
TRANS TYPE: CORP REORG (AFFIL MERGER)   FORM: MERGER
RESULTING BANK SHORT NAME: CAPITAL ONE NA

BRANCH: 136486A    WITHDRAWN DATE:           CONSUMMATION DATE:
  TITLE: 86TH & 3RD
LOC STREET: 1536 THIRD AVENUE                STATE: NY    ZIP: 10028-0000
LOC CITY: NEW YORK                           LOCATION CLOSED (Y/N): N
  COUNTY: 61  NEW YORK COUNTY

BRANCH: 136487A    WITHDRAWN DATE:           CONSUMMATION DATE:
  TITLE: 86TH STREET - BROOKLYN
LOC STREET: 413 86TH STREET                  STATE: NY    ZIP: 11209-0000
LOC CITY: BROOKLYN                           LOCATION CLOSED (Y/N): N
  COUNTY: 47  KINGS COUNTY

BRANCH: 136488A    WITHDRAWN DATE:           CONSUMMATION DATE:
  TITLE: 91ST & BROADWAY
LOC STREET: 2460 BROADWAY                    STATE: NY    ZIP: 10025-0000
LOC CITY: NEW YORK                           LOCATION CLOSED (Y/N): N
  COUNTY: 61  NEW YORK COUNTY

BRANCH: 136489A    WITHDRAWN DATE:           CONSUMMATION DATE:
  TITLE: 95TH STREET - BROOKLYN
LOC STREET: 95-02 3RD AVENUE                 STATE: NY    ZIP: 11209-0000
LOC CITY: BROOKLYN                           LOCATION CLOSED (Y/N): N
  COUNTY: 47  KINGS COUNTY

BRANCH: 136490A    WITHDRAWN DATE:           CONSUMMATION DATE:
  TITLE: ALBERTSON
LOC STREET: 983 WILLIS AVENUE                STATE: NY    ZIP: 11507-0000
LOC CITY: ALBERTSON                          LOCATION CLOSED (Y/N): N
  COUNTY: 59  NASSAU COUNTY

BRANCH: 136491A    WITHDRAWN DATE:           CONSUMMATION DATE:
  TITLE: AMAGANSETT
LOC STREET: 100 MONTAUK HIGHWAY              STATE: NY    ZIP: 11930-0000
LOC CITY: AMAGANSETT                         LOCATION CLOSED (Y/N): N
  COUNTY: 103  SUFFOLK COUNTY

BRANCH: 136492A    WITHDRAWN DATE:           CONSUMMATION DATE:
  TITLE: ASTORIA
LOC STREET: 30-98 STEINWAY STREET            STATE: NY    ZIP: 11103-0000
LOC CITY: ASTORIA                            LOCATION CLOSED (Y/N): N
  COUNTY: 81  QUEENS COUNTY

BRANCH: 136493A    WITHDRAWN DATE:           CONSUMMATION DATE:
  TITLE: ASTORIA BROADWAY
LOC STREET: 31-17 BROADWAY                   STATE: NY    ZIP: 11106-0000
LOC CITY: ASTORIA                            LOCATION CLOSED (Y/N): N
  COUNTY: 81  QUEENS COUNTY

BRANCH: 136494A    WITHDRAWN DATE:           CONSUMMATION DATE:
  TITLE: ATLANTIC BEACH
LOC STREET: 2025 PARK STREET                 STATE: NY    ZIP: 11509-0000
LOC CITY: ATLANTIC BEACH                     LOCATION CLOSED (Y/N): N
  COUNTY: 81  QUEENS COUNTY

```
CCQPD207                COMPTROLLER OF THE CURRENCY            08/13/2007 15:29
                        EXISTING CORPORATE FILING                      PAGE:  9

CONTROL #: 2006 NE 02 0014    FILING TYPE: MERGER
TRANS TYPE: CORP REORG (AFFIL MERGER) FORM: MERGER
RESULTING BANK SHORT NAME: CAPITAL ONE NA


BRANCH:  136495A  WITHDRAWN DATE:              CONSUMMATION DATE:
  TITLE: AUBURNDALE
LOC STREET: 22-02 FRANCIS LEWIS BOULEVARD
LOC CITY: FLUSHING                            STATE: NY   ZIP: 11358-0000
  COUNTY:  81  QUEENS COUNTY                  LOCATION CLOSED (Y/N): N


BRANCH:  136496A  WITHDRAWN DATE:              CONSUMMATION DATE:
  TITLE: AVENUE U - BROOKLYN
LOC STREET: 179 AVENUE U
LOC CITY: BROOKLYN                            STATE: NY   ZIP: 11223-0000
  COUNTY:  47  KINGS COUNTY                   LOCATION CLOSED (Y/N): N


BRANCH:  136497A  WITHDRAWN DATE:              CONSUMMATION DATE:
  TITLE: AVENUE U 16TH STREET
LOC STREET: 1620 AVENUE U
LOC CITY: BROOKLYN                            STATE: NY   ZIP: 11229-0000
  COUNTY:  47  KINGS COUNTY                   LOCATION CLOSED (Y/N): N


BRANCH:  136498A  WITHDRAWN DATE:              CONSUMMATION DATE:
  TITLE: BABYLON
LOC STREET: 124 WEST MAIN STREET
LOC CITY: BABYLON                             STATE: NY   ZIP: 11702-0000
  COUNTY: 103  SUFFOLK COUNTY                 LOCATION CLOSED (Y/N): N


BRANCH:  136499A  WITHDRAWN DATE:              CONSUMMATION DATE:
  TITLE: BAINBRIDGE
LOC STREET: 3159 BAINBRIDGE AVENUE
LOC CITY: BRONX                               STATE: NY   ZIP: 10467-0000
  COUNTY:   5  BRONX COUNTY                   LOCATION CLOSED (Y/N): N


BRANCH:  136500A  WITHDRAWN DATE:              CONSUMMATION DATE:
  TITLE: BALDWIN NORTH
LOC STREET: 1800 GRAND AVENUE
LOC CITY: BALDWIN                             STATE: NY   ZIP: 11510-0000
  COUNTY:  59  NASSAU COUNTY                  LOCATION CLOSED (Y/N): N


BRANCH:  136501A  WITHDRAWN DATE:              CONSUMMATION DATE:
  TITLE: BAR HARBOUR
LOC STREET: 4966 MERRICK ROAD
LOC CITY: MASSAPEQUA PARK                     STATE: NY   ZIP: 11762-0000
  COUNTY:  59  NASSAU COUNTY                  LOCATION CLOSED (Y/N): N


BRANCH:  136502A  WITHDRAWN DATE:              CONSUMMATION DATE:
  TITLE: BAY RIDGE
LOC STREET: 7110 FIFTH AVENUE
LOC CITY: BROOKLYN                            STATE: NY   ZIP: 11209-0000
  COUNTY:  47  KINGS COUNTY                   LOCATION CLOSED (Y/N): N


BRANCH:  136503A  WITHDRAWN DATE:              CONSUMMATION DATE:
  TITLE: BAY TERRACE
LOC STREET: 211-47 26TH AVENUE
LOC CITY: BAYSIDE                             STATE: NY   ZIP: 11360-0000
  COUNTY:  81  QUEENS COUNTY                  LOCATION CLOSED (Y/N): N
```

```
COQFD207              COMPTROLLER OF THE CURRENCY                    08/13/2007 15:29
                      EXISTING CORPORATE FILING                            PAGE:  10

CONTROL #: 2006 NE 02 0014   FILING TYPE: MERGER
TRANS TYPE: CORP REORG (AFFIL MERGER) FORM: MERGER
RESULTING BANK SHORT NAME: CAPITAL ONE NA

        BRANCH: 136504A   WITHDRAWN DATE:              CONSUMMATION DATE:
         TITLE: BAYONNE SMKT
    LOC STREET: 175 AVENUE A
      LOC CITY: BAYONNE                                STATE: NJ   ZIP: 07702-0000
        COUNTY: 3  BERGEN COUNTY                       LOCATION CLOSED (Y/N): N

        BRANCH: 136505A   WITHDRAWN DATE:              CONSUMMATION DATE:
         TITLE: BAYSIDE MAIN
    LOC STREET: 214-01 NORTHERN BOULEVARD
      LOC CITY: BAYSIDE                                STATE: NY   ZIP: 11361-0000
        COUNTY: 81  QUEENS COUNTY                      LOCATION CLOSED (Y/N): N

        BRANCH: 136506A   WITHDRAWN DATE:              CONSUMMATION DATE:
         TITLE: BAYSIDE STATION
    LOC STREET: 41-11 BELL BOULEVARD
      LOC CITY: BAYSIDE                                STATE: NY   ZIP: 11361-0000
        COUNTY: 81  QUEENS COUNTY                      LOCATION CLOSED (Y/N): N

        BRANCH: 136507A   WITHDRAWN DATE:              CONSUMMATION DATE:
         TITLE: BELLEVILLE
    LOC STREET: 402 MAIN STREET
      LOC CITY: BELLEVILLE                             STATE: NJ   ZIP: 07109-0000
        COUNTY: 13  ESSEX COUNTY                       LOCATION CLOSED (Y/N): N

        BRANCH: 136508A   WITHDRAWN DATE:              CONSUMMATION DATE:
         TITLE: BENSONHURST
    LOC STREET: 7120 NEW UTRECHT AVENUE
      LOC CITY: BROOKLYN                               STATE: NY   ZIP: 11228-0000
        COUNTY: 47  KINGS COUNTY                       LOCATION CLOSED (Y/N): N

        BRANCH: 136509A   WITHDRAWN DATE:              CONSUMMATION DATE:
         TITLE: BENSONHURST 86TH STREET
    LOC STREET: 2150-54 86TH STREET
      LOC CITY: BROOKLYN                               STATE: NY   ZIP: 11214-0000
        COUNTY: 47  KINGS COUNTY                       LOCATION CLOSED (Y/N): N

        BRANCH: 136510A   WITHDRAWN DATE:              CONSUMMATION DATE:
         TITLE: BERGEN & LAFAYETTE
    LOC STREET: 106 MONTICELLO AVENUE
      LOC CITY: JERSEY CITY                            STATE: NJ   ZIP: 07304-0000
        COUNTY: 17  HUDSON COUNTY                      LOCATION CLOSED (Y/N): N

        BRANCH: 136511A   WITHDRAWN DATE:              CONSUMMATION DATE:
         TITLE: BETHPAGE
    LOC STREET: 570 STEWART AVENUE
      LOC CITY: BETHPAGE                               STATE: NY   ZIP: 11714-0000
        COUNTY: 59  NASSAU COUNTY                      LOCATION CLOSED (Y/N): N

        BRANCH: 136512A   WITHDRAWN DATE:              CONSUMMATION DATE:
         TITLE: BLUE POINT
    LOC STREET: 60 MONTAUK HIGHWAY
      LOC CITY: BLUE POINT                             STATE: NY   ZIP: 11715-0000
        COUNTY: 103  SUFFOLK COUNTY                    LOCATION CLOSED (Y/N): N
```

```
COQPD207                    COMPTROLLER OF THE CURRENCY                    08/13/2007 15:29
                            EXISTING CORPORATE FILING                                PAGE: 11

CONTROL #: 2006 NE 02 0014    FILING TYPE: MERGER
TRANS TYPE: CORP REORG (AFFIL MERGER) FORM: MERGER
RESULTING BANK SHORT NAME: CAPITAL ONE NA

     BRANCH: 136513A    WITHDRAWN DATE:              CONSUMMATION DATE:
      TITLE: BOHEMIA
 LOC STREET: 4525 SUNRISE HIGHWAY                    STATE: NY   ZIP: 11716-0000
   LOC CITY: BOHEMIA                                 LOCATION CLOSED (Y/N): N
     COUNTY: 103 SUFFOLK COUNTY

     BRANCH: 136514A    WITHDRAWN DATE:              CONSUMMATION DATE:
      TITLE: BOHEMIA AIRPORT
 LOC STREET: 4110 VETERANS MEMORIAL HIGHWAY          STATE: NY   ZIP: 11716-0000
   LOC CITY: BOHEMIA                                 LOCATION CLOSED (Y/N): N
     COUNTY: 103 SUFFOLK COUNTY

     BRANCH: 136515A    WITHDRAWN DATE:              CONSUMMATION DATE:
      TITLE: BOONTON SMKT
 LOC STREET: 550 MYRTLE AVENUE                       STATE: NJ   ZIP: 07005-0000
   LOC CITY: BOONTON                                 LOCATION CLOSED (Y/N): N
     COUNTY: 27 MORRIS COUNTY

     BRANCH: 136516A    WITHDRAWN DATE:              CONSUMMATION DATE:
      TITLE: BOROUGH PARK
 LOC STREET: 4612 13TH AVENUE                        STATE: NY   ZIP: 11219-0000
   LOC CITY: BROOKLYN                                LOCATION CLOSED (Y/N): N
     COUNTY: 47 KINGS COUNTY

     BRANCH: 136517A    WITHDRAWN DATE:              CONSUMMATION DATE:
      TITLE: BOUND BROOK SMKT
 LOC STREET: 611 WEST UNION AVENUE                   STATE: NJ   ZIP: 08805-0000
   LOC CITY: BOUND BROOK                             LOCATION CLOSED (Y/N): N
     COUNTY: 35 SOMERSET COUNTY

     BRANCH: 136518A    WITHDRAWN DATE:              CONSUMMATION DATE:
      TITLE: BOWERY
 LOC STREET: 116 BOWERY                              STATE: NY   ZIP: 10013-0000
   LOC CITY: NEW YORK                                LOCATION CLOSED (Y/N): N
     COUNTY: 61 NEW YORK COUNTY

     BRANCH: 136519A    WITHDRAWN DATE:              CONSUMMATION DATE:
      TITLE: BRANCHBURG SMKT
 LOC STREET: 3166 ROUTE 22                           STATE: NJ   ZIP: 08876-0000
   LOC CITY: SOMERVILLE                              LOCATION CLOSED (Y/N): N
     COUNTY: 35 SOMERSET COUNTY

     BRANCH: 136520A    WITHDRAWN DATE:              CONSUMMATION DATE:
      TITLE: BRENTWOOD
 LOC STREET: 340 WASHINGTON AVENUE                   STATE: NY   ZIP: 11717-0000
   LOC CITY: BRENTWOOD                               LOCATION CLOSED (Y/N): N
     COUNTY: 103 SUFFOLK COUNTY

     BRANCH: 136521A    WITHDRAWN DATE:              CONSUMMATION DATE:
      TITLE: BROADWAY & 87TH
 LOC STREET: 2379 BROADWAY                           STATE: NY   ZIP: 10024-0000
   LOC CITY: NEW YORK                                LOCATION CLOSED (Y/N): N
     COUNTY: 61 NEW YORK COUNTY
```

COQFD207                    COMPTROLLER OF THE CURRENCY              08/13/2007 15:29
                            EXISTING CORPORATE FILING                      PAGE: 12

CONTROL #: 2006 NE 02 0014    FILING TYPE: MERGER
TRANS TYPE: CORP REORG (AFFIL MERGER) FORM: MERGER
RESULTING BANK SHORT NAME: CAPITAL ONE NA

BRANCH: 136522A   WITHDRAWN DATE:              CONSUMMATION DATE:
   TITLE: BRONXVILLE
LOC STREET: 151 PARKWAY ROAD                   STATE: NY   ZIP: 10708-0000
LOC CITY: BRONXVILLE                           LOCATION CLOSED (Y/N): N
   COUNTY:   5  BRONX COUNTY

BRANCH: 136523A   WITHDRAWN DATE:              CONSUMMATION DATE:
   TITLE: BUHRE AVENUE
LOC STREET: 3049 BUHRE AVENUE                  STATE: NY   ZIP: 10461-0000
LOC CITY: BRONX                                LOCATION CLOSED (Y/N): N
   COUNTY:   5  BRONX COUNTY

BRANCH: 136524A   WITHDRAWN DATE:              CONSUMMATION DATE:
   TITLE: CAMBRIDGE SQUARE
LOC STREET: 280 ROUTE 9 NORTH & UNION HILL ROAD  STATE: NJ   ZIP: 07751-0000
LOC CITY: MORGANVILLE                          LOCATION CLOSED (Y/N): N
   COUNTY:  25  MONMOUTH COUNTY

BRANCH: 136525A   WITHDRAWN DATE:              CONSUMMATION DATE:
   TITLE: CANARSIE
LOC STREET: 1425 ROCKAWAY PARKWAY              STATE: NY   ZIP: 11236-0000
LOC CITY: BROOKLYN                             LOCATION CLOSED (Y/N): N
   COUNTY:  47  KINGS COUNTY

BRANCH: 136526A   WITHDRAWN DATE:              CONSUMMATION DATE:
   TITLE: CARLE PLACE
LOC STREET: 225 GLEN COVE ROAD                 STATE: NY   ZIP: 11514-0000
LOC CITY: CARLE PLACE                          LOCATION CLOSED (Y/N): N
   COUNTY:  59  NASSAU COUNTY

BRANCH: 136527A   WITHDRAWN DATE:              CONSUMMATION DATE:
   TITLE: CATERET
LOC STREET: 785 ROOSEVELT AVENUE               STATE: NJ   ZIP: 07008-0000
LOC CITY: CARTERET                             LOCATION CLOSED (Y/N): N
   COUNTY:  23  MIDDLESEX COUNTY

BRANCH: 136528A   WITHDRAWN DATE:              CONSUMMATION DATE:
   TITLE: CENTER MORICHES
LOC STREET: 500 MAIN STREET                    STATE: NY   ZIP: 11934-0000
LOC CITY: MORICHES                             LOCATION CLOSED (Y/N): N
   COUNTY: 103  SUFFOLK COUNTY

BRANCH: 136529A   WITHDRAWN DATE:              CONSUMMATION DATE:
   TITLE: CENTEREACH
LOC STREET: 2100 MIDDLE COUNTRY ROAD           STATE: NY   ZIP: 11720-0000
LOC CITY: CENTEREACH                           LOCATION CLOSED (Y/N): N
   COUNTY: 103  SUFFOLK COUNTY

BRANCH: 136530A   WITHDRAWN DATE:              CONSUMMATION DATE:
   TITLE: CENTRAL AVENUE
LOC STREET: 357 CENTRAL AVENUE                 STATE: NJ   ZIP: 07307-0000
LOC CITY: JERSEY CITY                          LOCATION CLOSED (Y/N): N
   COUNTY:  17  HUDSON COUNTY

COQFD207                      COMPTROLLER OF THE CURRENCY                    08/13/2007 15:29
                              EXISTING CORPORATE FILING                            PAGE: 13

CONTROL #: 2006 NE 02 0014    FILING TYPE: MERGER
TRANS TYPE: CORP REORG (AFFIL MERGER) FORM: MERGER
RESULTING BANK SHORT NAME: CAPITAL ONE NA

BRANCH:  13653IA   WITHDRAWN DATE:                    CONSUMMATION DATE:
TITLE:   CLEARVIEW
LOC STREET: 20-02 FRANCIS LEWIS BOULEVARD             STATE: NY   ZIP: 11357-0000
LOC CITY:   WHITESTONE                                LOCATION CLOSED (Y/N): N
COUNTY:     81  QUEENS COUNTY

BRANCH:  136532A   WITHDRAWN DATE:                    CONSUMMATION DATE:
TITLE:   CLIFTON
LOC STREET: 11 ACKERMAN AVENUE                        STATE: NJ   ZIP: 07011-0000
LOC CITY:   CLIFTON                                   LOCATION CLOSED (Y/N): N
COUNTY:     31  PASSAIC COUNTY

BRANCH:  136533A   WITHDRAWN DATE:                    CONSUMMATION DATE:
TITLE:   CLOSTER SHKT
LOC STREET: 400 DEMAREST AVENUE                       STATE: NJ   ZIP: 07624-0000
LOC CITY:   CLOSTER                                   LOCATION CLOSED (Y/N): N
COUNTY:     3   BERGEN COUNTY

BRANCH:  136534A   WITHDRAWN DATE:                    CONSUMMATION DATE:
TITLE:   CO-OP CITY
LOC STREET: 725 CO-OP CITY BOULEVARD                  STATE: NY   ZIP: 10475-0000
LOC CITY:   BRONX                                     LOCATION CLOSED (Y/N): N
COUNTY:     5   BRONX COUNTY

BRANCH:  136535A   WITHDRAWN DATE:                    CONSUMMATION DATE:
TITLE:   COLLEGE POINT
LOC STREET: 122-03 14TH AVENUE                        STATE: NY   ZIP: 11356-0000
LOC CITY:   COLLEGE POINT                             LOCATION CLOSED (Y/N): N
COUNTY:     81  QUEENS COUNTY

BRANCH:  136536A   WITHDRAWN DATE:                    CONSUMMATION DATE:
TITLE:   COMMACK
LOC STREET: 2050 JERICHO TURNPIKE                     STATE: NY   ZIP: 11725-0000
LOC CITY:   COMMACK                                   LOCATION CLOSED (Y/N): N
COUNTY:     103 SUFFOLK COUNTY

BRANCH:  136537A   WITHDRAWN DATE:                    CONSUMMATION DATE:
TITLE:   COMMACK EAST
LOC STREET: 1174 JERICHO TURNPIKE                     STATE: NY   ZIP: 11725-0000
LOC CITY:   COMMACK                                   LOCATION CLOSED (Y/N): N
COUNTY:     103 SUFFOLK COUNTY

BRANCH:  136538A   WITHDRAWN DATE:                    CONSUMMATION DATE:
TITLE:   COMMACK WEST
LOC STREET: 6080 JERICHO TURNPIKE                     STATE: NY   ZIP: 11725-0000
LOC CITY:   COMMACK                                   LOCATION CLOSED (Y/N): N
COUNTY:     103 SUFFOLK COUNTY

BRANCH:  136539A   WITHDRAWN DATE:                    CONSUMMATION DATE:
TITLE:   CORAM
LOC STREET: 356 MIDDLE COUNTRY ROAD                   STATE: NY   ZIP: 11727-0000
LOC CITY:   CORAM                                     LOCATION CLOSED (Y/N): N
COUNTY:     103 SUFFOLK COUNTY

```
COQFD207                    COMPTROLLER OF THE CURRENCY                08/13/2007 15:29
                            EXISTING CORPORATE FILING                       PAGE:   14

CONTROL #: 2006 NE 02 0014    FILING TYPE: MERGER
TRANS TYPE: CORP REORG (AFFIL MERGER) FORM: MERGER
RESULTING BANK SHORT NAME: CAPITAL ONE NA

        BRANCH: 136540A  WITHDRAWN DATE:                    CONSUMMATION DATE:
         TITLE: COURT STREET BROOKLYN
    LOC STREET: 120 COURT STREET
      LOC CITY: BROOKLYN                                    STATE: NY  ZIP: 11231-0000
        COUNTY: 47 KINGS COUNTY                             LOCATION CLOSED (Y/N): N

        BRANCH: 136541A  WITHDRAWN DATE:                    CONSUMMATION DATE:
         TITLE: CUTCHOGUE
    LOC STREET: 2800 MAIN ROAD
      LOC CITY: CUTCHOGUE                                   STATE: NY  ZIP: 11935-0000
        COUNTY: 103 SUFFOLK COUNTY                          LOCATION CLOSED (Y/N): N

        BRANCH: 136542A  WITHDRAWN DATE:                    CONSUMMATION DATE:
         TITLE: CYPRESS HILLS
    LOC STREET: 345 FULTON STREET
      LOC CITY: BROOKLYN                                    STATE: NY  ZIP: 10208-0000
        COUNTY: 47 KINGS COUNTY                             LOCATION CLOSED (Y/N): N

        BRANCH: 136543A  WITHDRAWN DATE:                    CONSUMMATION DATE:
         TITLE: DEER PARK NFB PLAZA
    LOC STREET: 75 COMMACK ROAD
      LOC CITY: DEER PARK                                   STATE: NY  ZIP: 11729-0000
        COUNTY: 103 SUFFOLK COUNTY                          LOCATION CLOSED (Y/N): N

        BRANCH: 136544A  WITHDRAWN DATE:                    CONSUMMATION DATE:
         TITLE: DEER PARK NORTH REMOTE DRIVE UP
    LOC STREET: 2080 DEER PARK AVENUE
      LOC CITY: NEW YORK                                    STATE: NY  ZIP: 11729-0000
        COUNTY: 103 SUFFOLK COUNTY                          LOCATION CLOSED (Y/N): N

        BRANCH: 136545A  WITHDRAWN DATE:                    CONSUMMATION DATE:
         TITLE: DEER PARK NORTH
    LOC STREET: 2087 DEER PARK AVENUE
      LOC CITY: DEER PARK                                   STATE: NY  ZIP: 11729-0000
        COUNTY: 103 SUFFOLK COUNTY                          LOCATION CLOSED (Y/N): N

        BRANCH: 136546A  WITHDRAWN DATE:                    CONSUMMATION DATE:
         TITLE: DEER PARK SOUTH
    LOC STREET: 1831 DEER PARK AVENUE
      LOC CITY: DEER PARK                                   STATE: NY  ZIP: 11729-0000
        COUNTY: 103 SUFFOLK COUNTY                          LOCATION CLOSED (Y/N): N

        BRANCH: 136547A  WITHDRAWN DATE:                    CONSUMMATION DATE:
         TITLE: DITMARS BOULEVARD
    LOC STREET: 22-04 31ST STREET
      LOC CITY: ASTORIA                                     STATE: NY  ZIP: 11105-0000
        COUNTY: 81 QUEENS COUNTY                            LOCATION CLOSED (Y/N): N

        BRANCH: 136548A  WITHDRAWN DATE:                    CONSUMMATION DATE:
         TITLE: DUMONT SMKT
    LOC STREET: 20 WASHINGTON AVENUE
      LOC CITY: DUMONT                                      STATE: NJ  ZIP: 07628-0000
        COUNTY: 3 BERGEN COUNTY                             LOCATION CLOSED (Y/N): N
```

```
COQFD207                      COMPTROLLER OF THE CURRENCY              08/13/2007 15:29
                              EXISTING CORPORATE FILING                          PAGE: 15

CONTROL #: 2006 NE 02 0014      FILING TYPE: MERGER
TRANS TYPE: CORP REORG (AFFIL MERGER)  FORM: MERGER
RESULTING BANK SHORT NAME: CAPITAL ONE NA

BRANCH:  136549A       WITHDRAWN DATE:            CONSUMMATION DATE:
  TITLE: EAST BRUNSWICK SMKT
LOC STREET: 647 ROUTE 18
  LOC CITY: BRUNSWICK                             STATE: NJ   ZIP: 08816-0000
   COUNTY:  23  MIDDLESEX COUNTY                  LOCATION CLOSED (Y/N): N

BRANCH:  136550A       WITHDRAWN DATE:            CONSUMMATION DATE:
  TITLE: EAST HAMPTON
LOC STREET: 40 NEWTON LANE
  LOC CITY: EAST HAMPTON                          STATE: NY   ZIP: 11937-0000
   COUNTY: 103  SUFFOLK COUNTY                    LOCATION CLOSED (Y/N): N

BRANCH:  136551A       WITHDRAWN DATE:            CONSUMMATION DATE:
  TITLE: EAST HANOVER
LOC STREET: 366 ROUTE 10 W
  LOC CITY: EAST HANOVER                          STATE: NJ   ZIP: 07936-0000
   COUNTY:  27  MORRIS COUNTY                     LOCATION CLOSED (Y/N): N

BRANCH:  136552A       WITHDRAWN DATE:            CONSUMMATION DATE:
  TITLE: EAST MEADOW
LOC STREET: 369 MERRICK AVENUE
  LOC CITY: EAST MEADOW                           STATE: NY   ZIP: 11554-0000
   COUNTY:  59  NASSAU COUNTY                     LOCATION CLOSED (Y/N): N

BRANCH:  136553A       WITHDRAWN DATE:            CONSUMMATION DATE:
  TITLE: EAST MORICHES
LOC STREET: 481 MONTAUK HIGHWAY
  LOC CITY: EAST MORICHES                         STATE: NY   ZIP: 11940-0000
   COUNTY: 103  SUFFOLK COUNTY                    LOCATION CLOSED (Y/N): N

BRANCH:  136554A       WITHDRAWN DATE:            CONSUMMATION DATE:
  TITLE: EAST NORTHPORT
LOC STREET: 291B CLAY PITTS ROAD
  LOC CITY: EAST NORTHPORT                        STATE: NY   ZIP: 11731-0000
   COUNTY: 103  SUFFOLK COUNTY                    LOCATION CLOSED (Y/N): N

BRANCH:  136555A       WITHDRAWN DATE:            CONSUMMATION DATE:
  TITLE: EAST QUOGUE
LOC STREET: 528 MONTAUK HIGHWAY
  LOC CITY: EAST QUOGUE                           STATE: NY   ZIP: 11942-0000
   COUNTY: 103  SUFFOLK COUNTY                    LOCATION CLOSED (Y/N): N

BRANCH:  136556A       WITHDRAWN DATE:            CONSUMMATION DATE:
  TITLE: EAST ROCKAWAY
LOC STREET: 115 MAIN STREET
  LOC CITY: EAST ROCKAWAY                         STATE: NY   ZIP: 11518-0000
   COUNTY:  59  NASSAU COUNTY                     LOCATION CLOSED (Y/N): N

BRANCH:  136557A       WITHDRAWN DATE:            CONSUMMATION DATE:
  TITLE: EAST SETAUKET
LOC STREET: 61 ROUTE 25A
  LOC CITY: EAST SETAUKET                         STATE: NY   ZIP: 11733-0000
   COUNTY: 103  SUFFOLK COUNTY                    LOCATION CLOSED (Y/N): N
```

COQFD207

COMPTROLLER OF THE CURRENCY
EXISTING CORPORATE FILING

08/13/2007 15:29
PAGE: 16

CONTROL #: 2006 NE 02 0014    FILING TYPE: MERGER
TRANS TYPE: CORP REORG (AFFIL MERGER) FORM: MERGER
RESULTING BANK SHORT NAME: CAPITAL ONE NA

BRANCH: 135558A    WITHDRAWN DATE:                     CONSUMMATION DATE:
  TITLE: EAST WINDSOR
LOC STREET: 319 ROUTE 130 NORTH                    STATE: NJ   ZIP: 08520-0000
LOC CITY: EAST WINDSOR                          LOCATION CLOSED (Y/N): N
  COUNTY: 21 MERCER COUNTY

BRANCH: 135559A    WITHDRAWN DATE:                     CONSUMMATION DATE:
  TITLE: EASTCHESTER
LOC STREET: 726 WHITE PLAINS ROAD                  STATE: NY   ZIP: 10583-0000
LOC CITY: SCARSDALE                             LOCATION CLOSED (Y/N): N
  COUNTY: 119 WESTCHESTER COUNTY

BRANCH: 135560A    WITHDRAWN DATE:                     CONSUMMATION DATE:
  TITLE: EDGEWATER
LOC STREET: 453 RIVER ROAD                         STATE: NJ   ZIP: 07020-0000
LOC CITY: EDGEWATER                             LOCATION CLOSED (Y/N): N
  COUNTY: 3 BERGEN COUNTY

BRANCH: 135561A    WITHDRAWN DATE:                     CONSUMMATION DATE:
  TITLE: EDISON
LOC STREET: 775 ROUTE 1                            STATE: NJ   ZIP: 08817-0000
LOC CITY: EDISON                                LOCATION CLOSED (Y/N): N
  COUNTY: 23 MIDDLESEX COUNTY

BRANCH: 135562A    WITHDRAWN DATE:                     CONSUMMATION DATE:
  TITLE: ELMHURST
LOC STREET: 86-10 ROOSEVELT AVENUE                 STATE: NY   ZIP: 11373-0000
LOC CITY: ELMHURST                              LOCATION CLOSED (Y/N): N
  COUNTY: 81 QUEENS COUNTY

BRANCH: 135563A    WITHDRAWN DATE:                     CONSUMMATION DATE:
  TITLE: ELMONT
LOC STREET: 620 HEMPSTEAD TURNPIKE                 STATE: NY   ZIP: 11003-0000
LOC CITY: ELMONT                                LOCATION CLOSED (Y/N): N
  COUNTY: 59 NASSAU COUNTY

BRANCH: 135564A    WITHDRAWN DATE:                     CONSUMMATION DATE:
  TITLE: ENGLEWOOD PALISADES COURT
LOC STREET: 44 NATHANIEL PLACE                     STATE: NJ   ZIP: 07631-0000
LOC CITY: ENGLEWOOD                             LOCATION CLOSED (Y/N): N
  COUNTY: 3 BERGEN COUNTY

BRANCH: 135565A    WITHDRAWN DATE:                     CONSUMMATION DATE:
  TITLE: EVERGREEN
LOC STREET: 1508 GREAVES LANE                      STATE: NY   ZIP: 10308-0000
LOC CITY: STATEN ISLAND                         LOCATION CLOSED (Y/N): N
  COUNTY: 85 RICHMOND COUNTY

BRANCH: 135566A    WITHDRAWN DATE:                     CONSUMMATION DATE:
  TITLE: FAIR LAWN
LOC STREET: 24-02A FAIR LAWN AVENUE                STATE: NJ   ZIP: 07410-0000
LOC CITY: FAIR LAWN                             LOCATION CLOSED (Y/N): N
  COUNTY: 3 BERGEN COUNTY

```
COQFD207                    COMPTROLLER OF THE CURRENCY                08/13/2007 15:29
                            EXISTING CORPORATE FILING                           PAGE: 17

CONTROL #: 2006 NE 02 0014    FILING TYPE: MERGER
TRANS TYPE: CORP REORG (AFFIL MERGER) FORM: MERGER
RESULTING BANK SHORT NAME: CAPITAL ONE NA


    BRANCH: 135667A  WITHDRAWN DATE:                    CONSUMMATION DATE:
     TITLE: FAIRFIELD
 LOC STREET: 710 ROUTE 46                              STATE: NJ   ZIP: 07004-0000
     COUNTY: 13  ESSEX COUNTY                          LOCATION CLOSED (Y/N): N

    BRANCH: 135668A  WITHDRAWN DATE:                    CONSUMMATION DATE:
     TITLE: FAR ROCKAWAY
 LOC STREET: 20-10 MOTT AVENUE                         STATE: NY   ZIP: 11691-0000
   LOC CITY: FAR ROCKAWAY                              LOCATION CLOSED (Y/N): N
     COUNTY: 81  QUEENS COUNTY

    BRANCH: 135669A  WITHDRAWN DATE:                    CONSUMMATION DATE:
     TITLE: FAR ROCKAWAY GFT
 LOC STREET: 17-39 SEAGIRT BOULEVARD                   STATE: NY   ZIP: 11691-0000
   LOC CITY: FAR ROCKAWAY                              LOCATION CLOSED (Y/N): N
     COUNTY: 81  QUEENS COUNTY

    BRANCH: 135670A  WITHDRAWN DATE:                    CONSUMMATION DATE:
     TITLE: FARMINGDALE
 LOC STREET: 312 CONKLIN STREET                        STATE: NY   ZIP: 11735-0000
   LOC CITY: FARMINGDALE                               LOCATION CLOSED (Y/N): N
     COUNTY: 59  NASSAU COUNTY

    BRANCH: 135671A  WITHDRAWN DATE:                    CONSUMMATION DATE:
     TITLE: FIFTH AVENUE
 LOC STREET: 404 5TH AVENUE (37TH STREET)              STATE: NY   ZIP: 10018-0000
   LOC CITY: NEW YORK                                  LOCATION CLOSED (Y/N): N
     COUNTY: 61  NEW YORK COUNTY

    BRANCH: 135672A  WITHDRAWN DATE:                    CONSUMMATION DATE:
     TITLE: FLATBUSH
 LOC STREET: 5102 CHURCH AVENUE                        STATE: NY   ZIP: 11203-0000
   LOC CITY: BROOKLYN                                  LOCATION CLOSED (Y/N): N
     COUNTY: 47  KINGS COUNTY

    BRANCH: 135673A  WITHDRAWN DATE:                    CONSUMMATION DATE:
     TITLE: FLATBUSH WEST
 LOC STREET: 927 FLATBUSH AVENUE (BETWEEN CHURCH & SNYDER)
   LOC CITY: BROOKLYN                                  STATE: NY   ZIP: 11226-0000
     COUNTY: 47  KINGS COUNTY                          LOCATION CLOSED (Y/N): N

    BRANCH: 135674A  WITHDRAWN DATE:                    CONSUMMATION DATE:
     TITLE: FLEETWOOD
 LOC STREET: 510 GRAMATAN AVENUE                       STATE: NY   ZIP: 10552-0000
   LOC CITY: MT. VERNON                                LOCATION CLOSED (Y/N): N
     COUNTY: 119  WESTCHESTER COUNTY

    BRANCH: 135675A  WITHDRAWN DATE:                    CONSUMMATION DATE:
     TITLE: FLUSHING
 LOC STREET: 69-09 164TH STREET                        STATE: NY   ZIP: 11365-0000
   LOC CITY: FLUSHING                                  LOCATION CLOSED (Y/N): N
     COUNTY: 81  QUEENS COUNTY
```

```
COQFD207                    COMPTROLLER OF THE CURRENCY                08/13/2007 15:29
                            EXISTING CORPORATE FILING                       PAGE:  18

CONTROL #: 2006 NE 02 0014    FILING TYPE: MERGER
TRANS TYPE: CORP REORG (AFFIL MERGER) FORM: MERGER
RESULTING BANK SHORT NAME: CAPITAL ONE NA

     BRANCH:  136576A    WITHDRAWN DATE:            CONSUMMATION DATE:
      TITLE:  FLUSHING-MAIN
 LOC STREET:  41-60 MAIN STREET
   LOC CITY:  FLUSHING                              STATE: NY   ZIP: 11355-0000
     COUNTY:  81  QUEENS COUNTY                     LOCATION CLOSED (Y/N): N

     BRANCH:  136577A    WITHDRAWN DATE:            CONSUMMATION DATE:
      TITLE:  FLUSHING-PARSONS
 LOC STREET:  70-09 PARSONS BOULEVARD
   LOC CITY:  FLUSHING                              STATE: NY   ZIP: 11365-0000
     COUNTY:  81  QUEENS COUNTY                     LOCATION CLOSED (Y/N): N

     BRANCH:  136578A    WITHDRAWN DATE:            CONSUMMATION DATE:
      TITLE:  FLUSHING-ROOSEVELT
 LOC STREET:  136-21 ROOSEVELT AVENUE
   LOC CITY:  FLUSHING                              STATE: NY   ZIP: 11354-0000
     COUNTY:  81  QUEENS COUNTY                     LOCATION CLOSED (Y/N): N

     BRANCH:  136579A    WITHDRAWN DATE:            CONSUMMATION DATE:
      TITLE:  FLUSHING-UNION
 LOC STREET:  29-40 UNION STREET
   LOC CITY:  FLUSHING                              STATE: NY   ZIP: 11354-0000
     COUNTY:  81  QUEENS COUNTY                     LOCATION CLOSED (Y/N): N

     BRANCH:  136580A    WITHDRAWN DATE:            CONSUMMATION DATE:
      TITLE:  FORDHAM ROAD
 LOC STREET:  151 EAST FORDHAM ROAD
   LOC CITY:  BRONX                                 STATE: NY   ZIP: 10468-0000
     COUNTY:  5   BRONX COUNTY                      LOCATION CLOSED (Y/N): N

     BRANCH:  136581A    WITHDRAWN DATE:            CONSUMMATION DATE:
      TITLE:  FOREST HILLS
 LOC STREET:  107-18 CONTINENTAL AVENUE
   LOC CITY:  FOREST HILLS                          STATE: NY   ZIP: 11375-0000
     COUNTY:  5   BRONX COUNTY                      LOCATION CLOSED (Y/N): N

     BRANCH:  136582A    WITHDRAWN DATE:            CONSUMMATION DATE:
      TITLE:  FORT LEE
 LOC STREET:  201 MAIN STREET
   LOC CITY:  FORT LEE                              STATE: NJ   ZIP: 07024-0000
     COUNTY:  3   BERGEN COUNTY                     LOCATION CLOSED (Y/N): N

     BRANCH:  136583A    WITHDRAWN DATE:            CONSUMMATION DATE:
      TITLE:  PORT SALONGA
 LOC STREET:  9 ROUTE 25A
   LOC CITY:  FORT SALONGA                          STATE: NY   ZIP: 11768-0000
     COUNTY:  103  SUFFOLK COUNTY                   LOCATION CLOSED (Y/N): N

     BRANCH:  136584A    WITHDRAWN DATE:            CONSUMMATION DATE:
      TITLE:  FRANKLIN AVENUE
 LOC STREET:  550 FRANKLIN AVENUE
   LOC CITY:  FRANKLIN SQUARE                       STATE: NY   ZIP: 11010-0000
     COUNTY:  59  NASSAU COUNTY                     LOCATION CLOSED (Y/N): N
```

COQPD207                    COMPTROLLER OF THE CURRENCY                    08/13/2007 15:29
                            EXISTING CORPORATE FILING                              PAGE: 19

CONTROL #: 2006 NE 02 0014    FILING TYPE: MERGER
TRANS TYPE: CORP REORG (AFFIL MERGER)  FORM: MERGER
RESULTING BANK SHORT NAME: CAPITAL ONE NA

BRANCH: 136585A    WITHDRAWN DATE:              CONSUMMATION DATE:
  TITLE: FRANKLIN LAKES
LOC STREET: 840 FRANKLIN AVENUE                 STATE: NJ    ZIP: 07417-0000
LOC CITY: FRANKLIN LAKES                        LOCATION CLOSED (Y/N): N
  COUNTY:  3  BERGEN COUNTY

BRANCH: 136586A    WITHDRAWN DATE:              CONSUMMATION DATE:
  TITLE: FRANKLIN TOWNSHIP
LOC STREET: 3391 ROUTE 27 SOUTH, SUITE 104
LOC CITY: FRANKLIN PARK                         STATE: NJ    ZIP: 08823-0000
  COUNTY: 41  WARREN COUNTY                     LOCATION CLOSED (Y/N): N

BRANCH: 136587A    WITHDRAWN DATE:              CONSUMMATION DATE:
  TITLE: FREEHOLD
LOC STREET: 146 SOUTH STREET (ROUTE 33 & ROUTE 79)
LOC CITY: FREEHOLD                              STATE: NJ    ZIP: 07728-0000
  COUNTY: 25  MONMOUTH COUNTY                   LOCATION CLOSED (Y/N): N

BRANCH: 136588A    WITHDRAWN DATE:              CONSUMMATION DATE:
  TITLE: FRESH MEADOWS
LOC STREET: 61-24 188TH STREET FLUSHING
LOC CITY: FLUSHING                              STATE: NY    ZIP: 11365-0000
  COUNTY: 81  QUEENS COUNTY                     LOCATION CLOSED (Y/N): N

BRANCH: 136589A    WITHDRAWN DATE:              CONSUMMATION DATE:
  TITLE: FRESH POND ROAD
LOC STREET: 67-09 FRESH POND ROAD
LOC CITY: RIDGEWOOD                             STATE: NJ    ZIP: 11385-0000
  COUNTY:  3  BERGEN COUNTY                     LOCATION CLOSED (Y/N): N

BRANCH: 136590A    WITHDRAWN DATE:              CONSUMMATION DATE:
  TITLE: FULTON STREET
LOC STREET: 356 FULTON STREET
LOC CITY: BROOKLYN                              STATE: NY    ZIP: 11201-0000
  COUNTY: 47  KINGS COUNTY                      LOCATION CLOSED (Y/N): N

BRANCH: 136591A    WITHDRAWN DATE:              CONSUMMATION DATE:
  TITLE: GARDEN CITY
LOC STREET: 877 STEWART AVENUE                  STATE: NY    ZIP: 11530-0000
LOC CITY: GARDEN CITY                           LOCATION CLOSED (Y/N): N
  COUNTY: 59  NASSAU COUNTY

BRANCH: 136592A    WITHDRAWN DATE:              CONSUMMATION DATE:
  TITLE: GARDEN CITY 7TH STREET
LOC STREET: 118 7TH STREET
LOC CITY: GARDEN CITY                           STATE: NY    ZIP: 11530-0000
  COUNTY: 59  NASSAU COUNTY                     LOCATION CLOSED (Y/N): N

BRANCH: 136593A    WITHDRAWN DATE:              CONSUMMATION DATE:
  TITLE: GEDNEY WAY
LOC STREET: 70 GEDNEY WAY
LOC CITY: WHITE PLAINS                          STATE: NY    ZIP: 10605-0000
  COUNTY: 119  WESTCHESTER COUNTY               LOCATION CLOSED (Y/N): N

COQFD207                           COMPTROLLER OF THE CURRENCY                    08/13/2007 15:29
                                   EXISTING CORPORATE FILING                                PAGE: 20

CONTROL #: 2006 NE 02 0014    FILING TYPE: MERGER
TRANS TYPE: CORP REORG (AFFIL MERGER) FORM: MERGER
RESULTING BANK SHORT NAME: CAPITAL ONE NA

BRANCH: 136594A    WITHDRAWN DATE:              CONSUMMATION DATE:
  TITLE: GLEN COVE
LOC STREET: 115 FOREST AVENUE                   STATE: NY    ZIP: 11542-0000
LOC CITY: GLEN COVE                             LOCATION CLOSED (Y/N): N
  COUNTY:   59  NASSAU COUNTY

BRANCH: 136595A    WITHDRAWN DATE:              CONSUMMATION DATE:
  TITLE: GLEN OAKS
LOC STREET: 252-25 UNION TURNPIKE               STATE: NY    ZIP: 11426-0000
LOC CITY: BELLEROSE                             LOCATION CLOSED (Y/N): N
  COUNTY:   81  QUEENS COUNTY

BRANCH: 136596A    WITHDRAWN DATE:              CONSUMMATION DATE:
  TITLE: GLENDALE
LOC STREET: 70-24 MYRTLE AVENUE                 STATE: NY    ZIP: 11385-0000
LOC CITY: GLENDALE                              LOCATION CLOSED (Y/N): N
  COUNTY:   81  QUEENS COUNTY

BRANCH: 136597A    WITHDRAWN DATE:              CONSUMMATION DATE:
  TITLE: GRAND CENTRAL
LOC STREET: 109 EAST 42ND STREET                STATE: NY    ZIP: 10017-0000
LOC CITY: NEW YORK                              LOCATION CLOSED (Y/N): N
  COUNTY:   61  NEW YORK COUNTY

BRANCH: 136598A    WITHDRAWN DATE:              CONSUMMATION DATE:
  TITLE: GREAT NECK 1010
LOC STREET: 1010 NORTHERN BOULEVARD             STATE: NY    ZIP: 11021-0000
LOC CITY: GREAT NECK                            LOCATION CLOSED (Y/N): N
  COUNTY:   59  NASSAU COUNTY

BRANCH: 136599A    WITHDRAWN DATE:              CONSUMMATION DATE:
  TITLE: GREAT NECK CUTTER MILL
LOC STREET: 60 CUTTER MILL ROAD                 STATE: NY    ZIP: 11021-0000
LOC CITY: GREAT NECK                            LOCATION CLOSED (Y/N): N
  COUNTY:   59  NASSAU COUNTY

BRANCH: 136600A    WITHDRAWN DATE:              CONSUMMATION DATE:
  TITLE: GREAT NECK OLD TOWN
LOC STREET: 540 MIDDLE NECK ROAD                STATE: NY    ZIP: 11023-0000
LOC CITY: GREAT NECK                            LOCATION CLOSED (Y/N): N
  COUNTY:   59  NASSAU COUNTY

BRANCH: 136601A    WITHDRAWN DATE:              CONSUMMATION DATE:
  TITLE: GREAT NECK VILLAGE
LOC STREET: 121 MIDDLE NECK ROAD                STATE: NY    ZIP: 11021-0000
LOC CITY: GREAT NECK                            LOCATION CLOSED (Y/N): N
  COUNTY:   59  NASSAU COUNTY

BRANCH: 136602A    WITHDRAWN DATE:              CONSUMMATION DATE:
  TITLE: GREENLAWN
LOC STREET: 739 PULASKI ROAD                    STATE: NY    ZIP: 11740-0000
LOC CITY: GREENLAWN                             LOCATION CLOSED (Y/N): N
  COUNTY:   103  SUFFOLK COUNTY

```
COQFD207                   COMPTROLLER OF THE CURRENCY              08/13/2007 15:29
                             EXISTING CORPORATE FILING                      PAGE: 21

CONTROL #: 2006 NE 02 0014   FILING TYPE: MERGER
TRANS TYPE: CORP REORG (AFFIL MERGER) FORM: MERGER
RESULTING BANK SHORT NAME: CAPITAL ONE NA

    BRANCH: 136603A   WITHDRAWN DATE:              CONSUMMATION DATE:
     TITLE: GREENPOINT
LOC STREET: 807 MANHATTAN AVENUE               STATE: NY   ZIP: 11222-0000
  LOC CITY: BROOKLYN                           LOCATION CLOSED (Y/N): N
    COUNTY: 47  KINGS COUNTY

    BRANCH: 136604A   WITHDRAWN DATE:              CONSUMMATION DATE:
     TITLE: GREENPORT
LOC STREET: 230 MAIN STREET                    STATE: NY   ZIP: 11944-0000
  LOC CITY: GREENPORT                          LOCATION CLOSED (Y/N): N
    COUNTY: 103  SUFFOLK COUNTY

    BRANCH: 136605A   WITHDRAWN DATE:              CONSUMMATION DATE:
     TITLE: GREENVILLE
LOC STREET: 165 OCEAN AVENUE                   STATE: NJ   ZIP: 07305-0000
  LOC CITY: JERSEY CITY                        LOCATION CLOSED (Y/N): N
    COUNTY: 17  HUDSON COUNTY

    BRANCH: 136606A   WITHDRAWN DATE:              CONSUMMATION DATE:
     TITLE: HACKENSACK
LOC STREET: 450 HACKENSACK AVENUE              STATE: NJ   ZIP: 07601-0000
  LOC CITY: HACKENSACK                         LOCATION CLOSED (Y/N): N
    COUNTY: 3  BERGEN COUNTY

    BRANCH: 136607A   WITHDRAWN DATE:              CONSUMMATION DATE:
     TITLE: HACKENSACK SMKT
LOC STREET: 500 SOUTH RIVER ROAD               STATE: NJ   ZIP: 07601-0000
  LOC CITY: HACKENSACK                         LOCATION CLOSED (Y/N): N
    COUNTY: 3  BERGEN COUNTY

    BRANCH: 136608A   WITHDRAWN DATE:              CONSUMMATION DATE:
     TITLE: HAMPTON BAYS
LOC STREET: 95 EAST MONTAUK HIGHWAY            STATE: NY   ZIP: 11946-0000
  LOC CITY: HAMPTON BAYS                       LOCATION CLOSED (Y/N): N
    COUNTY: 103  SUFFOLK COUNTY

    BRANCH: 136609A   WITHDRAWN DATE:              CONSUMMATION DATE:
     TITLE: HARLEM
LOC STREET: 2310 FREDERICK DOUGLAS BOULEVARD   STATE: NY   ZIP: 10027-0000
  LOC CITY: NEW YORK                           LOCATION CLOSED (Y/N): N
    COUNTY: 61  NEW YORK COUNTY

    BRANCH: 136610A   WITHDRAWN DATE:              CONSUMMATION DATE:
     TITLE: HASBROUCK HEIGHTS
LOC STREET: 459D ROUTE 17 SOUTH                STATE: NJ   ZIP: 07604-0000
  LOC CITY: HASBROUCK HEIGHTS                  LOCATION CLOSED (Y/N): N
    COUNTY: 3  BERGEN COUNTY

    BRANCH: 136611A   WITHDRAWN DATE:              CONSUMMATION DATE:
     TITLE: HAUPPAUGE 347
LOC STREET: 99 SMITHTOWN BYPASS                STATE: NY   ZIP: 11788-0000
  LOC CITY: HAUPPAUGE                          LOCATION CLOSED (Y/N): N
    COUNTY: 103  SUFFOLK COUNTY
```

COQFD207

COMPTROLLER OF THE CURRENCY
EXISTING CORPORATE FILING

08/13/2007 15:29
PAGE: 22

CONTROL #: 2006 NE 02 0014    FILING TYPE: MERGER
TRANS TYPE: CORP REORG (AFFIL MERGER) FORM: MERGER
RESULTING BANK SHORT NAME: CAPITAL ONE NA

BRANCH: 136612A    WITHDRAWN DATE:                    CONSUMMATION DATE:
  TITLE: HAUPPAUGE INDUSTRIAL PARK
LOC STREET: 120 COMMERCE DRIVE
LOC CITY: HAUPPAUGE                    STATE: NY    ZIP: 11788-0000
  COUNTY: 103  SUFFOLK COUNTY          LOCATION CLOSED (Y/N): N

BRANCH: 136613A    WITHDRAWN DATE:                    CONSUMMATION DATE:
  TITLE: HEMPSTEAD AVENUE
LOC STREET: 255 HEMPSTEAD AVENUE
LOC CITY: WEST HEMPSTEAD               STATE: NY    ZIP: 11552-0000
  COUNTY: 59  NASSAU COUNTY            LOCATION CLOSED (Y/N): N

BRANCH: 136614A    WITHDRAWN DATE:                    CONSUMMATION DATE:
  TITLE: HEWLETT
LOC STREET: 1295 BROADWAY
LOC CITY: HEWLETT                      STATE: NY    ZIP: 11557-0000
  COUNTY: 59  NASSAU COUNTY            LOCATION CLOSED (Y/N): N

BRANCH: 136615A    WITHDRAWN DATE:                    CONSUMMATION DATE:
  TITLE: HICKSVILLE BROADWAY
LOC STREET: 190 BROADWAY
LOC CITY: HICKSVILLE                   STATE: NY    ZIP: 11801-0000
  COUNTY: 59  NASSAU COUNTY            LOCATION CLOSED (Y/N): N

BRANCH: 136616A    WITHDRAWN DATE:                    CONSUMMATION DATE:
  TITLE: HILLSDALE SMKT
LOC STREET: 380 BROADWAY
LOC CITY: HILLSDALE                    STATE: NJ    ZIP: 07642-0000
  COUNTY: 3  BERGEN COUNTY             LOCATION CLOSED (Y/N): N

BRANCH: 136617A    WITHDRAWN DATE:                    CONSUMMATION DATE:
  TITLE: HILLSIDE AVENUE
LOC STREET: 257-03 HILLSIDE AVENUE
LOC CITY: FLORAL PARK                  STATE: NY    ZIP: 11004-0000
  COUNTY: 81  QUEENS COUNTY            LOCATION CLOSED (Y/N): N

BRANCH: 136618A    WITHDRAWN DATE:                    CONSUMMATION DATE:
  TITLE: HOBOKEN
LOC STREET: 220 WASHINGTON STREET
LOC CITY: HOBOKEN                      STATE: NJ    ZIP: 07030-0000
  COUNTY: 17  HUDSON COUNTY            LOCATION CLOSED (Y/N): N

BRANCH: 136619A    WITHDRAWN DATE:                    CONSUMMATION DATE:
  TITLE: HOBOKEN 414
LOC STREET: 301 WASHINGTON STREET
LOC CITY: HOBOKEN                      STATE: NJ    ZIP: 07030-0000
  COUNTY: 17  HUDSON COUNTY            LOCATION CLOSED (Y/N): N

BRANCH: 136620A    WITHDRAWN DATE:                    CONSUMMATION DATE:
  TITLE: HOBOKEN SMKT
LOC STREET: 940 MADISON STREET
LOC CITY: HOBOKEN                      STATE: NJ    ZIP: 07030-0000
  COUNTY: 17  HUDSON COUNTY            LOCATION CLOSED (Y/N): N

```
COQFD207                    COMPTROLLER OF THE CURRENCY                 08/13/2007 15:29
                            EXISTING CORPORATE FILING                             PAGE: 23

CONTROL #: 2006 NE 02 0014    FILING TYPE: MERGER
TRANS TYPE: CORP REORG (AFFIL MERGER) FORM: MERGER
RESULTING BANK SHORT NAME: CAPITAL ONE NA


  BRANCH: 136622A   WITHDRAWN DATE:              CONSUMMATION DATE:
   TITLE: HOLLIS
LOC STREET: 204-12 HILLSIDE AVENUE              STATE: NY   ZIP: 11423-0000
  LOC CITY: HOLLIS                              LOCATION CLOSED (Y/N): N
    COUNTY: 81  QUEENS COUNTY

  BRANCH: 136622A   WITHDRAWN DATE:              CONSUMMATION DATE:
   TITLE: HORACE HARDING
LOC STREET: 198-29 HORACE HARDING EXPRESSWAY
  LOC CITY: FLUSHING                            STATE: NY   ZIP: 11365-0000
    COUNTY: 81  QUEENS COUNTY                   LOCATION CLOSED (Y/N): N

  BRANCH: 136623A   WITHDRAWN DATE:              CONSUMMATION DATE:
   TITLE: HOWARD BEACH
LOC STREET: 155-14 CROSS BAY BOULEVARD          STATE: NY   ZIP: 11414-0000
  LOC CITY: HOWARD BEACH                        LOCATION CLOSED (Y/N): N
    COUNTY: 81  QUEENS COUNTY

  BRANCH: 136624A   WITHDRAWN DATE:              CONSUMMATION DATE:
   TITLE: HUNTINGTON EAST
LOC STREET: 155 EAST MAIN STREET                STATE: NY   ZIP: 11743-0000
  LOC CITY: HUNTINGTON                          LOCATION CLOSED (Y/N): N
    COUNTY: 103  SUFFOLK COUNTY

  BRANCH: 136625A   WITHDRAWN DATE:              CONSUMMATION DATE:
   TITLE: HUNTINGTON STATION
LOC STREET: 1572 NEW YORK AVENUE                STATE: NY   ZIP: 11746-0000
  LOC CITY: HUNTINGTON STATION                  LOCATION CLOSED (Y/N): N
    COUNTY: 103  SUFFOLK COUNTY

  BRANCH: 136626A   WITHDRAWN DATE:              CONSUMMATION DATE:
   TITLE: HUNTINGTON VILLAGE
LOC STREET: 250 NEW YORK AVENUE                 STATE: NY   ZIP: 11743-0000
  LOC CITY: HUNTINGTON                          LOCATION CLOSED (Y/N): N
    COUNTY: 103  SUFFOLK COUNTY

  BRANCH: 136627A   WITHDRAWN DATE:              CONSUMMATION DATE:
   TITLE: HUNTS POINT
LOC STREET: 800 FOOD CENTER DRIVE UNIT 35A      STATE: NY   ZIP: 10378-0000
  LOC CITY: BRONX                               LOCATION CLOSED (Y/N): N
    COUNTY: 5  BRONX COUNTY

  BRANCH: 136628A   WITHDRAWN DATE:              CONSUMMATION DATE:
   TITLE: HYLAND BOULEVARD
LOC STREET: 2083 HYLAND BOULEVARD               STATE: NY   ZIP: 10306-0000
  LOC CITY: STATEN ISLAND                       LOCATION CLOSED (Y/N): N
    COUNTY: 85  RICHMOND COUNTY

  BRANCH: 136629A   WITHDRAWN DATE:              CONSUMMATION DATE:
   TITLE: ISLIP
LOC STREET: 290 MAIN STREET                     STATE: NY   ZIP: 11751-0000
  LOC CITY: ISLIP                               LOCATION CLOSED (Y/N): N
    COUNTY: 103  SUFFOLK COUNTY
```

```
COQFD207                COMPTROLLER OF THE CURRENCY              08/13/2007 15:29
                         EXISTING CORPORATE FILING                     PAGE: 24

CONTROL #: 2006 NE 02 0014    FILING TYPE: MERGER
TRANS TYPE: CORP REORG (AFFIL MERGER) FORM: MERGER
RESULTING BANK SHORT NAME: CAPITAL ONE NA


BRANCH: 136630A   WITHDRAWN DATE:              CONSUMMATION DATE:
 TITLE: JACKSON HEIGHTS 37TH AVENUE
LOC STREET: 82-18 37TH AVENUE                  STATE: NY   ZIP: 11372-0000
LOC CITY: JACKSON HEIGHTS                      LOCATION CLOSED (Y/N): N
 COUNTY:  81 QUEENS COUNTY

BRANCH: 136631A   WITHDRAWN DATE:              CONSUMMATION DATE:
 TITLE: JAMAICA
LOC STREET: 161-01 JAMAICA AVENUE              STATE: NY   ZIP: 11432-0000
LOC CITY: JAMAICA                              LOCATION CLOSED (Y/N): N
 COUNTY:  81 QUEENS COUNTY

BRANCH: 136632A   WITHDRAWN DATE:              CONSUMMATION DATE:
 TITLE: JAMESPORT
LOC STREET: MAIN ROAD JAMESPORT                STATE: NY   ZIP: 11947-0000
LOC CITY: JAMESPORT                            LOCATION CLOSED (Y/N): N
 COUNTY: 103 SUFFOLK COUNTY

BRANCH: 136633A   WITHDRAWN DATE:              CONSUMMATION DATE:
 TITLE: JERICHO
LOC STREET: 2 JERICHO PLAZA                    STATE: NY   ZIP: 11753-0000
LOC CITY: JERICHO                              LOCATION CLOSED (Y/N): N
 COUNTY:  59 NASSAU COUNTY

BRANCH: 136634A   WITHDRAWN DATE:              CONSUMMATION DATE:
 TITLE: JERSEY AVENUE
LOC STREET: 201 NEWARK AVENUE                  STATE: NJ   ZIP: 07302-0000
LOC CITY: JERSEY CITY                          LOCATION CLOSED (Y/N): N
 COUNTY:  17 HUDSON COUNTY

BRANCH: 136635A   WITHDRAWN DATE:              CONSUMMATION DATE:
 TITLE: JOURNAL SQUARE
LOC STREET: 35 JOURNAL SQUARE                  STATE: NJ   ZIP: 07306-0000
LOC CITY: JERSEY CITY                          LOCATION CLOSED (Y/N): N
 COUNTY:  17 HUDSON COUNTY

BRANCH: 136636A   WITHDRAWN DATE:              CONSUMMATION DATE:
 TITLE: KEW GARDEN HILLS
LOC STREET: 75-21 MAIN STREET                  STATE: NY   ZIP: 11367-0000
LOC CITY: KEW GARDENS HILLS                    LOCATION CLOSED (Y/N): N
 COUNTY:  81 QUEENS COUNTY

BRANCH: 136637A   WITHDRAWN DATE:              CONSUMMATION DATE:
 TITLE: KEW GARDENS
LOC STREET: 119-01 METROPOLITAN AVENUE         STATE: NY   ZIP: 11414-0000
LOC CITY: KEW GARDENS HILLS                    LOCATION CLOSED (Y/N): N
 COUNTY:  81 QUEENS COUNTY

BRANCH: 136638A   WITHDRAWN DATE:              CONSUMMATION DATE:
 TITLE: KEW GARDENS WEST
LOC STREET: 120-32 QUEENS BOULEVARD            STATE: NY   ZIP: 11415-0000
LOC CITY: KEW GARDENS HILLS                    LOCATION CLOSED (Y/N): N
 COUNTY:  81 QUEENS COUNTY
```

COQFD207

COMPTROLLER OF THE CURRENCY
EXISTING CORPORATE FILING

08/13/2007 15:29
PAGE: 25

CONTROL #: 2006 NE 02 0014    FILING TYPE: MERGER
TRANS TYPE: CORP REORG (AFFIL MERGER) FORM: MERGER
RESULTING BANK SHORT NAME: CAPITAL ONE NA

BRANCH: 136639A    WITHDRAWN DATE:                    CONSUMMATION DATE:
  TITLE: KINGS HIGHWAY
LOC STREET: 1226 KINGS HIGHWAY
LOC CITY: BROOKLYN                          STATE: NY    ZIP: 11229-0000
  COUNTY: 47 KINGS COUNTY                   LOCATION CLOSED (Y/N): N

BRANCH: 136640A    WITHDRAWN DATE:                    CONSUMMATION DATE:
  TITLE: KINGS PARK
LOC STREET: 72 ROUTE 25A
LOC CITY: KINGS PARK                        STATE: NY    ZIP: 11754-0000
  COUNTY: 103 SUFFOLK COUNTY                LOCATION CLOSED (Y/N): N

BRANCH: 136641A    WITHDRAWN DATE:                    CONSUMMATION DATE:
  TITLE: KINGS PLAZA
LOC STREET: 2520 FLATBUSH AVENUE
LOC CITY: BROOKLYN                          STATE: NY    ZIP: 11234-0000
  COUNTY: 47 KINGS COUNTY                   LOCATION CLOSED (Y/N): N

BRANCH: 136642A    WITHDRAWN DATE:                    CONSUMMATION DATE:
  TITLE: LAKE GROVE
LOC STREET: 143 ALEXANDER AVENUE
LOC CITY: LAKE GROVE                        STATE: NY    ZIP: 11755-0000
  COUNTY: 103 SUFFOLK COUNTY                LOCATION CLOSED (Y/N): N

BRANCH: 136643A    WITHDRAWN DATE:                    CONSUMMATION DATE:
  TITLE: LAKE SUCCESS
LOC STREET: 1999 MARCUS AVENUE
LOC CITY: LAKE SUCCESS                      STATE: NY    ZIP: 11042-0000
  COUNTY: 59 NASSAU COUNTY                  LOCATION CLOSED (Y/N): N

BRANCH: 136644A    WITHDRAWN DATE:                    CONSUMMATION DATE:
  TITLE: LARCHMONT
LOC STREET: 1370 BOSTON ROAD
LOC CITY: MAMARONECK                        STATE: NY    ZIP: 10538-0000
  COUNTY: 119 WESTCHESTER COUNTY            LOCATION CLOSED (Y/N): N

BRANCH: 136645A    WITHDRAWN DATE:                    CONSUMMATION DATE:
  TITLE: LEFFERTS BOULEVARD
LOC STREET: 103-42 LEFFERTS BOULEVARD
LOC CITY: RICHMOND HILL                     STATE: NY    ZIP: 11419-0000
  COUNTY: 81 QUEENS COUNTY                  LOCATION CLOSED (Y/N): N

BRANCH: 136646A    WITHDRAWN DATE:                    CONSUMMATION DATE:
  TITLE: LEVITTOWN
LOC STREET: 3721 HEMPSTEAD TURNPIKE
LOC CITY: LEVITTOWN                         STATE: NY    ZIP: 11756-0000
  COUNTY: 59 NASSAU COUNTY                  LOCATION CLOSED (Y/N): N

BRANCH: 136647A    WITHDRAWN DATE:                    CONSUMMATION DATE:
  TITLE: LI CITY SMKT
LOC STREET: 34-51 48TH STREET
LOC CITY: LONG ISLAND                       STATE: NY    ZIP: 11101-0000
  COUNTY: 81 QUEENS COUNTY                  LOCATION CLOSED (Y/N): N

```
CCQFD207                    COMPTROLLER OF THE CURRENCY              08/13/2007 15:29
                         EXISTING CORPORATE FILING                        PAGE: 26

CONTROL #: 2006 NE 02 0014   FILING TYPE: MERGER
TRANS TYPE: CORP REORG (AFFIL MERGER)  FORM: MERGER
RESULTING BANK SHORT NAME: CAPITAL ONE NA

    BRANCH: 136648A   WITHDRAWN DATE:              CONSUMMATION DATE:
     TITLE: LIBERTY AVENUE
LOC STREET: 114-19 LIBERTY AVENUE
  LOC CITY: RICHMOND HILL                    STATE: NY   ZIP: 11419-0000
   COUNTY: 81 QUEENS COUNTY               LOCATION CLOSED (Y/N): N

    BRANCH: 136649A   WITHDRAWN DATE:              CONSUMMATION DATE:
     TITLE: LINCOLN PARK
LOC STREET: 11 LINCOLN PARK PLAZA
  LOC CITY: LINCOLN PARK                      STATE: NJ   ZIP: 07035-0000
   COUNTY: 27 MORRIS COUNTY               LOCATION CLOSED (Y/N): N

    BRANCH: 136650A   WITHDRAWN DATE:              CONSUMMATION DATE:
     TITLE: LINDEN SMKT
LOC STREET: 631 WEST EDGAR ROAD
  LOC CITY: LINDEN                            STATE: NJ   ZIP: 07036-0000
   COUNTY: 39 UNION COUNTY                LOCATION CLOSED (Y/N): N

    BRANCH: 136651A   WITHDRAWN DATE:              CONSUMMATION DATE:
     TITLE: LINDENHURST
LOC STREET: 300 SOUTH WELLWOOD AVENUE
  LOC CITY: LINDENHURST                       STATE: NY   ZIP: 11757-0000
   COUNTY: 103 SUFFOLK COUNTY            LOCATION CLOSED (Y/N): N

    BRANCH: 136653A   WITHDRAWN DATE:              CONSUMMATION DATE:
     TITLE: LITTLE NECK
LOC STREET: 248-40 NORTHERN BOULEVARD
  LOC CITY: LITTLE NECK                       STATE: NY   ZIP: 11363-0000
   COUNTY: 81 QUEENS COUNTY               LOCATION CLOSED (Y/N): N

    BRANCH: 136654A   WITHDRAWN DATE:              CONSUMMATION DATE:
     TITLE: LIVINGSTON
LOC STREET: 507 SOUTH LIVINGSTON AVENUE
  LOC CITY: LIVINGSTON                        STATE: NJ   ZIP: 07039-0000
   COUNTY: 13 ESSEX COUNTY                LOCATION CLOSED (Y/N): N

    BRANCH: 136655A   WITHDRAWN DATE:              CONSUMMATION DATE:
     TITLE: LIVINGSTON CVS CENTER
LOC STREET: 184 SOUTH LIVINGSTON AVENUE
  LOC CITY: LIVINGSTON                        STATE: NJ   ZIP: 07039-0000
   COUNTY: 13 ESSEX COUNTY                LOCATION CLOSED (Y/N): N

    BRANCH: 136656A   WITHDRAWN DATE:              CONSUMMATION DATE:
     TITLE: LONG ISLAND CITY
LOC STREET: 44-04 21ST STREET
  LOC CITY: LONG ISLAND                       STATE: NY   ZIP: 11101-0000
   COUNTY: 81 QUEENS COUNTY               LOCATION CLOSED (Y/N): N

    BRANCH: 136657A   WITHDRAWN DATE:              CONSUMMATION DATE:
     TITLE: LYNBROOK
LOC STREET: 303 MERRICK ROAD
  LOC CITY: LYNBROOK                          STATE: NY   ZIP: 11563-0000
   COUNTY: 59 NASSAU COUNTY               LOCATION CLOSED (Y/N): N
```

COQFD207                    COMPTROLLER OF THE CURRENCY              08/13/2007 15:29
                             EXISTING CORPORATE FILING                        PAGE: 27

CONTROL #: 2006 NE 02 0014    FILING TYPE: MERGER
TRANS TYPE: CORP REORG (AFFIL MERGER) FORM: MERGER
RESULTING BANK SHORT NAME: CAPITAL ONE NA

BRANCH: 136658A    WITHDRAWN DATE:              CONSUMMATION DATE:
  TITLE: LYNBROOK FRANKLIN AVENUE
LOC STREET: 1 FRANKLIN AVENUE
  LOC CITY: LYNBROOK                            STATE: NY    ZIP: 11563-0000
    COUNTY:  59 NASSAU COUNTY                   LOCATION CLOSED (Y/N): N

BRANCH: 136659A    WITHDRAWN DATE:              CONSUMMATION DATE:
  TITLE: MANHASSET
LOC STREET: 1615 NORTHERN BOULEVARD
  LOC CITY: MANHASSET                           STATE: NY    ZIP: 11030-0000
    COUNTY:  59 NASSAU COUNTY                   LOCATION CLOSED (Y/N): N

BRANCH: 136660A    WITHDRAWN DATE:              CONSUMMATION DATE:
  TITLE: MANORVILLE
LOC STREET: 495 COUNTY ROAD 111
  LOC CITY: MANORVILLE                          STATE: NY    ZIP: 11949-0000
    COUNTY: 103 SUFFOLK COUNTY                  LOCATION CLOSED (Y/N): N

BRANCH: 136661A    WITHDRAWN DATE:              CONSUMMATION DATE:
  TITLE: MANVILLE SMKT
LOC STREET: 120 NORTH MAIN STREET, SUITE 1
  LOC CITY: MANVILLE                            STATE: NJ    ZIP: 08835-0000
    COUNTY:  35 SOMERSET COUNTY                 LOCATION CLOSED (Y/N): N

BRANCH: 136662A    WITHDRAWN DATE:              CONSUMMATION DATE:
  TITLE: MARLBORO
LOC STREET: 91 SOUTH MAIN STREET
  LOC CITY: MARLBORO                            STATE: NJ    ZIP: 07746-0000
    COUNTY:  25 MONMOUTH COUNTY                 LOCATION CLOSED (Y/N): N

BRANCH: 136663A    WITHDRAWN DATE:              CONSUMMATION DATE:
  TITLE: MASSAPEQUA
LOC STREET: 4374 SUNRISE HIGHWAY
  LOC CITY: MASSAPEQUA                          STATE: NY    ZIP: 11758-0000
    COUNTY:  59 NASSAU COUNTY                   LOCATION CLOSED (Y/N): N

BRANCH: 136664A    WITHDRAWN DATE:              CONSUMMATION DATE:
  TITLE: MASSAPEQUA PARK
LOC STREET: 5100 SUNRISE HIGHWAY
  LOC CITY: MASSAPEQUA PARK                     STATE: NY    ZIP: 11762-0000
    COUNTY:  59 NASSAU COUNTY                   LOCATION CLOSED (Y/N): N

BRANCH: 136665A    WITHDRAWN DATE:              CONSUMMATION DATE:
  TITLE: MASTIC
LOC STREET: 1235 MONTAUK HIGHWAY
  LOC CITY: MASTIC                              STATE: NY    ZIP: 11950-0000
    COUNTY: 103 SUFFOLK COUNTY                  LOCATION CLOSED (Y/N): N

BRANCH: 136667A    WITHDRAWN DATE:              CONSUMMATION DATE:
  TITLE: MATTITUCK SATELLITE
LOC STREET: 10095 MAIN ROAD
  LOC CITY: MATTITUCK                           STATE: NY    ZIP: 11952-0000
    COUNTY: 103 SUFFOLK COUNTY                  LOCATION CLOSED (Y/N): N

```
COQFD207                    COMPTROLLER OF THE CURRENCY              08/13/2007 15.29
                            EXISTING CORPORATE FILING                      PAGE: 28

CONTROL #: 2006 NE 02 0014    FILING TYPE: MERGER
TRANS TYPE: CORP REORG (AFFIL MERGER)  FORM: MERGER
RESULTING BANK SHORT NAME: CAPITAL ONE NA

     BRANCH: 136668A   WITHDRAWN DATE:              CONSUMMATION DATE:
      TITLE: MELVILLE
 LOC STREET: 275 BROADHOLLOW ROAD             STATE: NY   ZIP: 11747-0000
   LOC CITY: MELVILLE                    LOCATION CLOSED (Y/N): N
     COUNTY: 103  SUFFOLK COUNTY

     BRANCH: 136669A   WITHDRAWN DATE:              CONSUMMATION DATE:
      TITLE: MELVILLE NORTH
 LOC STREET: 700 WALT WHITMAN ROAD            STATE: NY   ZIP: 11747-0000
   LOC CITY: MELVILLE                    LOCATION CLOSED (Y/N): N
     COUNTY: 103  SUFFOLK COUNTY

     BRANCH: 136670A   WITHDRAWN DATE:              CONSUMMATION DATE:
      TITLE: MERRICK
 LOC STREET: 35 MERRICK AVENUE                STATE: NY   ZIP: 11566-0000
   LOC CITY: MERRICK                     LOCATION CLOSED (Y/N): N
     COUNTY: 59  NASSAU COUNTY

     BRANCH: 136671A   WITHDRAWN DATE:              CONSUMMATION DATE:
      TITLE: MIDDLE VILLAGE
 LOC STREET: 74-11 METROPOLITAN AVENUE        STATE: NY   ZIP: 11379-0000
   LOC CITY: MIDDLE VILLAGE              LOCATION CLOSED (Y/N): N
     COUNTY: 81  QUEENS COUNTY

     BRANCH: 136672A   WITHDRAWN DATE:              CONSUMMATION DATE:
      TITLE: MIDDLETOWN SMKT
 LOC STREET: 1361 ROUTE 35                    STATE: NJ   ZIP: 07748-0000
   LOC CITY: MIDDLETOWN                  LOCATION CLOSED (Y/N): N
     COUNTY: 25  MONMOUTH COUNTY

     BRANCH: 136673A   WITHDRAWN DATE:              CONSUMMATION DATE:
      TITLE: MILL BASIN
 LOC STREET: 2102-2128 RALPH AVENUE           STATE: NY   ZIP: 11234-0000
   LOC CITY: BROOKLYN                    LOCATION CLOSED (Y/N): N
     COUNTY: 47  KINGS COUNTY

     BRANCH: 136674A   WITHDRAWN DATE:              CONSUMMATION DATE:
      TITLE: MILLBURN
 LOC STREET: 45 ESSEX STREET                  STATE: NJ   ZIP: 07041-0000
   LOC CITY: MILLBURN                    LOCATION CLOSED (Y/N): N
     COUNTY: 13  ESSEX COUNTY

     BRANCH: 136675A   WITHDRAWN DATE:              CONSUMMATION DATE:
      TITLE: MINEOLA BOULEVARD
 LOC STREET: 210 MINEOLA BOULEVARD            STATE: NY   ZIP: 11501-0000
   LOC CITY: MINEOLA                     LOCATION CLOSED (Y/N): N
     COUNTY: 59  NASSAU COUNTY

     BRANCH: 136676A   WITHDRAWN DATE:              CONSUMMATION DATE:
      TITLE: MINEOLA WEST
 LOC STREET: 330 OLD COUNTRY ROAD             STATE: NY   ZIP: 11501-0000
   LOC CITY: MINEOLA                     LOCATION CLOSED (Y/N): N
     COUNTY: 59  NASSAU COUNTY
```

COQPD207

COMPTROLLER OF THE CURRENCY
EXISTING CORPORATE FILING

08/13/2007 15:29
PAGE: 29

CONTROL #: 2006 NE 02 0014   FILING TYPE: MERGER
TRANS TYPE: CORP REORG (AFFIL MERGER) FORM: MERGER
RESULTING BANK SHORT NAME: CAPITAL ONE NA

BRANCH: 136677A   WITHDRAWN DATE:           CONSUMMATION DATE:
  TITLE: MONSEY SMKT
LOC STREET: 45 ROUTE 59
  LOC CITY: MONSEY                          STATE: NY   ZIP: 10952-0000
    COUNTY: 87  ROCKLAND COUNTY             LOCATION CLOSED (Y/N): N

BRANCH: 136679A   WITHDRAWN DATE:           CONSUMMATION DATE:
  TITLE: MOUNT EDEN
LOC STREET: 19 EAST MT. EDEN AVENUE
  LOC CITY: BRONX                           STATE: NY   ZIP: 10452-0000
    COUNTY: 5  BRONX COUNTY                 LOCATION CLOSED (Y/N): N

BRANCH: 136679A   WITHDRAWN DATE:           CONSUMMATION DATE:
  TITLE: MOUNT VERNON
LOC STREET: 22 EAST 1ST STREET
  LOC CITY: MT. VERNON                      STATE: NY   ZIP: 10550-0000
    COUNTY: 119  WESTCHESTER COUNTY         LOCATION CLOSED (Y/N): N

BRANCH: 136681A   WITHDRAWN DATE:           CONSUMMATION DATE:
  TITLE: NESCONSET
LOC STREET: 250 SMITHTOWN BOULEVARD
  LOC CITY: NESCONSET                       STATE: NY   ZIP: 11754-0000
    COUNTY: 103  SUFFOLK COUNTY             LOCATION CLOSED (Y/N): N

BRANCH: 136682A   WITHDRAWN DATE:           CONSUMMATION DATE:
  TITLE: NEW CITY
LOC STREET: 65 NORTH MAIN STREET
  LOC CITY: NEW CITY                        STATE: NY   ZIP: 10956-0000
    COUNTY: 87  ROCKLAND COUNTY             LOCATION CLOSED (Y/N): N

BRANCH: 136683A   WITHDRAWN DATE:           CONSUMMATION DATE:
  TITLE: NEW HYDE PARK
LOC STREET: 2055 HILLSIDE AVENUE
  LOC CITY: NEW HYDE PARK                   STATE: NY   ZIP: 11040-0000
    COUNTY: 59  NASSAU COUNTY               LOCATION CLOSED (Y/N): N

BRANCH: 136684A   WITHDRAWN DATE:           CONSUMMATION DATE:
  TITLE: NEWPORT TOWER
LOC STREET: 525 WASHINGTON BOULEVARD, 1ST FLOOR
  LOC CITY: JERSEY CITY                     STATE: NJ   ZIP: 07310-0000
    COUNTY: 17  HUDSON COUNTY               LOCATION CLOSED (Y/N): N

BRANCH: 136685A   WITHDRAWN DATE:           CONSUMMATION DATE:
  TITLE: NORTH ALBERTSON
LOC STREET: 1145 WILLIS AVENUE
  LOC CITY: ALBERTSON                       STATE: NY   ZIP: 11507-0000
    COUNTY: 59  NASSAU COUNTY               LOCATION CLOSED (Y/N): N

BRANCH: 136686A   WITHDRAWN DATE:           CONSUMMATION DATE:
  TITLE: NORTH BABYLON
LOC STREET: 1383 DEER PARK AVENUE
  LOC CITY: NORTH BABYLON                   STATE: NY   ZIP: 11703-0000
    COUNTY: 103  SUFFOLK COUNTY             LOCATION CLOSED (Y/N): N

```
COQFD207                    COMPTROLLER OF THE CURRENCY              08/13/2007 15:29
                            EXISTING CORPORATE FILING                       PAGE:   30

CONTROL #: 2006 NE 02 0014    FILING TYPE: MERGER
TRANS TYPE: CORP REORG (AFFIL MERGER) FORM: MERGER
RESULTING BANK SHORT NAME: CAPITAL ONE NA


     BRANCH: 136687A  WITHDRAWN DATE:             CONSUMMATION DATE:
      TITLE: NORTH BELLMORE
 LOC STREET: 2843 JERUSALEM AVENUE              STATE: NY   ZIP: 11710-0000
   LOC CITY: NORTH BELLMORE                     LOCATION CLOSED (Y/N): N
     COUNTY:  59  NASSAU COUNTY

     BRANCH: 136688A  WITHDRAWN DATE:             CONSUMMATION DATE:
      TITLE: NORTH BROADWAY
 LOC STREET: 530 NORTH BROADWAY                 STATE: NY   ZIP: 10603-0000
   LOC CITY: WHITE PLAINS                       LOCATION CLOSED (Y/N): N
     COUNTY: 119  WESTCHESTER COUNTY

     BRANCH: 136689A  WITHDRAWN DATE:             CONSUMMATION DATE:
      TITLE: NORTH BRUNSWICK
 LOC STREET: 1345 ROUTE 1 SOUTH                 STATE: NJ   ZIP: 08902-0000
   LOC CITY: NORTH BRUNSWICK                    LOCATION CLOSED (Y/N): N
     COUNTY:  23  MIDDLESEX COUNTY

     BRANCH: 136690A  WITHDRAWN DATE:             CONSUMMATION DATE:
      TITLE: NORTH CEDARHURST
 LOC STREET: 466 CENTRAL AVENUE                 STATE: NY   ZIP: 11516-0000
   LOC CITY: CEDARHURST                         LOCATION CLOSED (Y/N): N
     COUNTY:  59  NASSAU COUNTY

     BRANCH: 136691A  WITHDRAWN DATE:             CONSUMMATION DATE:
      TITLE: NUTLEY
 LOC STREET: 474 FRANKLIN AVENUE                STATE: NJ   ZIP: 07110-0000
   LOC CITY: NUTLEY                             LOCATION CLOSED (Y/N): N
     COUNTY:  13  ESSEX COUNTY

     BRANCH: 136692A  WITHDRAWN DATE:             CONSUMMATION DATE:
      TITLE: OAKLAND SMKT
 LOC STREET: 14 POST ROAD                       STATE: NJ   ZIP: 07436-0000
   LOC CITY: OAKLAND                            LOCATION CLOSED (Y/N): N
     COUNTY:   3  BERGEN COUNTY

     BRANCH: 136693A  WITHDRAWN DATE:             CONSUMMATION DATE:
      TITLE: OCEANSIDE
 LOC STREET: 3151 LONG BEACH ROAD               STATE: NY   ZIP: 11572-0000
   LOC CITY: OCEANSIDE                          LOCATION CLOSED (Y/N): N
     COUNTY:  59  NASSAU COUNTY

     BRANCH: 136694A  WITHDRAWN DATE:             CONSUMMATION DATE:
      TITLE: OLD COUNTRY ROAD
 LOC STREET: 947 OLD COUNTRY ROAD               STATE: NY   ZIP: 11590-0000
   LOC CITY: WESTBURY                           LOCATION CLOSED (Y/N): N
     COUNTY:  59  NASSAU COUNTY

     BRANCH: 136695A  WITHDRAWN DATE:             CONSUMMATION DATE:
      TITLE: OYSTER BAY
 LOC STREET: 69 WEST MAIN STREET                STATE: NY   ZIP: 11771-0000
   LOC CITY: OYSTER BAY                         LOCATION CLOSED (Y/N): N
     COUNTY:  59  NASSAU COUNTY
```

COQFD207

COMPTROLLER OF THE CURRENCY
EXISTING CORPORATE FILING

08/13/2007 15:29
PAGE: 31

CONTROL #: 2006 NE 02 0014    FILING TYPE: MERGER
TRANS TYPE: CORP REORG (AFFIL MERGER) FORM: MERGER
RESULTING BANK SHORT NAME: CAPITAL ONE NA

BRANCH: 136696A    WITHDRAWN DATE:    CONSUMMATION DATE:
  TITLE: PARAMUS
LOC STREET: 61 EAST RIDGEWOOD AVENUE
  LOC CITY: PARAMUS                    STATE: NJ    ZIP: 07652-0000
   COUNTY: 3 BERGEN COUNTY             LOCATION CLOSED (Y/N): N

BRANCH: 136697A    WITHDRAWN DATE:    CONSUMMATION DATE:
  TITLE: PARK AVENUE
LOC STREET: 320 PARK AVENUE (50TH STREET)
  LOC CITY: NEW YORK                   STATE: NY    ZIP: 10022-0000
   COUNTY: 61 NEW YORK COUNTY          LOCATION CLOSED (Y/N): N

BRANCH: 136698A    WITHDRAWN DATE:    CONSUMMATION DATE:
  TITLE: PARK SLOPE
LOC STREET: 516 5TH AVENUE
  LOC CITY: BROOKLYN                   STATE: NY    ZIP: 11215-0000
   COUNTY: 47 KINGS COUNTY             LOCATION CLOSED (Y/N): N

BRANCH: 136699A    WITHDRAWN DATE:    CONSUMMATION DATE:
  TITLE: PARSIPPANY SMKT
LOC STREET: 808 ROUTE 46 WEST
  LOC CITY: PARSIPPANY                 STATE: NJ    ZIP: 07054-0000
   COUNTY: 27 MORRIS COUNTY            LOCATION CLOSED (Y/N): N

BRANCH: 136700A    WITHDRAWN DATE:    CONSUMMATION DATE:
  TITLE: PASSAIC PARK
LOC STREET: 129 MAIN AVENUE
  LOC CITY: PASSAIC                    STATE: NJ    ZIP: 07055-0000
   COUNTY: 31 PASSAIC COUNTY           LOCATION CLOSED (Y/N): N

BRANCH: 136701A    WITHDRAWN DATE:    CONSUMMATION DATE:
  TITLE: PATCHOGUE
LOC STREET: 116 EAST MAIN STREET
  LOC CITY: PATCHOGUE                  STATE: NY    ZIP: 11772-0000
   COUNTY: 103 SUFFOLK COUNTY          LOCATION CLOSED (Y/N): N

BRANCH: 136702A    WITHDRAWN DATE:    CONSUMMATION DATE:
  TITLE: PATCHOGUE EAST
LOC STREET: 392 EAST MAIN STREET
  LOC CITY: PATCHOGUE                  STATE: NY    ZIP: 11772-0000
   COUNTY: 103 SUFFOLK COUNTY          LOCATION CLOSED (Y/N): N

BRANCH: 136703A    WITHDRAWN DATE:    CONSUMMATION DATE:
  TITLE: PATCHOGUE REMOTE DRIVE UP
LOC STREET: 62 SOUTH OCEAN AVENUE
  LOC CITY: PATCHOGUE                  STATE: NY    ZIP: 11772-0000
   COUNTY: 103 SUFFOLK COUNTY          LOCATION CLOSED (Y/N): N

BRANCH: 136704A    WITHDRAWN DATE:    CONSUMMATION DATE:
  TITLE: PELHAM
LOC STREET: 200 5TH AVENUE
  LOC CITY: PELHAM                     STATE: NY    ZIP: 10803-0000
   COUNTY: 119 WESTCHESTER COUNTY      LOCATION CLOSED (Y/N): N

CQQFD207

COMPTROLLER OF THE CURRENCY
EXISTING CORPORATE FILING

08/13/2007 15:29
PAGE: 32

CONTROL #: 2006 NE 02 0014    FILING TYPE: MERGER
TRANS TYPE: CORP REORG (AFFL MERGER) FORM: MERGER
RESULTING BANK SHORT NAME: CAPITAL ONE NA

```
BRANCH: 136705A    WITHDRAWN DATE:                    CONSUMMATION DATE:
  TITLE: PELHAM PARKWAY
LOC STREET: 2159 WHITE PLAINS ROAD
LOC CITY: BRONX                            STATE: NY    ZIP: 10462-0000
  COUNTY:  5  BRONX COUNTY                 LOCATION CLOSED (Y/N): N

BRANCH: 1367064    WITHDRAWN DATE:                    CONSUMMATION DATE:
  TITLE: PENN PLAZA
LOC STREET: 1 PENN PLAZA
LOC CITY: NEW YORK                         STATE: NY    ZIP: 10119-0000
  COUNTY: 61  NEW YORK COUNTY              LOCATION CLOSED (Y/N): N

BRANCH: 1367074    WITHDRAWN DATE:                    CONSUMMATION DATE:
  TITLE: PERTH AMBOY
LOC STREET: 313 STATE STREET
LOC CITY: PERTH AMBOY                      STATE: NJ    ZIP: 08861-0000
  COUNTY: 23  MIDDLESEX COUNTY             LOCATION CLOSED (Y/N): N

BRANCH: 1367084    WITHDRAWN DATE:                    CONSUMMATION DATE:
  TITLE: PLAINVIEW
LOC STREET: 1105 OLD COUNTRY ROAD
LOC CITY: PLAINVIEW                        STATE: NY    ZIP: 11803-0000
  COUNTY: 59  NASSAU COUNTY                LOCATION CLOSED (Y/N): N

BRANCH: 1367094    WITHDRAWN DATE:                    CONSUMMATION DATE:
  TITLE: PLAINVIEW MANETTO HILL ROAD
LOC STREET: 144 MANETTO HILL ROAD
LOC CITY: PLAINVIEW                        STATE: NY    ZIP: 11803-0000
  COUNTY: 59  NASSAU COUNTY                LOCATION CLOSED (Y/N): N

BRANCH: 1367104    WITHDRAWN DATE:                    CONSUMMATION DATE:
  TITLE: PORT JEFFERSON
LOC STREET: 532 OLD TOWN ROAD
LOC CITY: JEFFERSON STATION                STATE: NY    ZIP: 11776-0000
  COUNTY: 103  SUFFOLK COUNTY              LOCATION CLOSED (Y/N): N

BRANCH: 1367114    WITHDRAWN DATE:                    CONSUMMATION DATE:
  TITLE: PORT RICHMOND - STATEN ISLAND
LOC STREET: 1411 FOREST AVENUE
LOC CITY: STATEN ISLAND                    STATE: NY    ZIP: 10302-0000
  COUNTY: 85  RICHMOND COUNTY              LOCATION CLOSED (Y/N): N

BRANCH: 1367124    WITHDRAWN DATE:                    CONSUMMATION DATE:
  TITLE: PORT WASHINGTON
LOC STREET: 1020 PORT WASHINGTON BOULEVARD
LOC CITY: PORT WASHINGTON                  STATE: NY    ZIP: 11050-0000
  COUNTY: 59  NASSAU COUNTY                LOCATION CLOSED (Y/N): N

BRANCH: 1367134    WITHDRAWN DATE:                    CONSUMMATION DATE:
  TITLE: QUEENS BOULEVARD
LOC STREET: 89-01 QUEENS BOULEVARD
LOC CITY: ELMHURST                         STATE: NY    ZIP: 11373-0000
  COUNTY: 81  QUEENS COUNTY                LOCATION CLOSED (Y/N): N
```

COQFD207

COMPTROLLER OF THE CURRENCY
EXISTING CORPORATE FILING

08/13/2007 15:29
PAGE:  33

CONTROL #: 2006 NE 02 0014    FILING TYPE: MERGER
TRANS TYPE: CORP REORG (AFFIL MERGER) FORM: MERGER
RESULTING BANK SHORT NAME: CAPITAL ONE NA

```
BRANCH:  136714A    WITHDRAWN DATE:                      CONSUMMATION DATE:
  TITLE:  QUEENS VILLAGE
LOC STREET: 216-19 JAMAICA AVENUE
LOC CITY:  QUEENS VILLAGE                    STATE: NY   ZIP: 11428-0000
  COUNTY:  81  QUEENS COUNTY                 LOCATION CLOSED (Y/N): N

BRANCH:  136715A    WITHDRAWN DATE:                      CONSUMMATION DATE:
  TITLE:  RAMSEY - RAMSEY SQUARE SHOPPING CENTER
LOC STREET: 1300 ROUTE 17 NORTH
LOC CITY:  RAMSEY                            STATE: NJ   ZIP: 07446-0000
  COUNTY:  3  BERGEN COUNTY                  LOCATION CLOSED (Y/N): N

BRANCH:  136716A    WITHDRAWN DATE:                      CONSUMMATION DATE:
  TITLE:  REGO PARK
LOC STREET: 95-25 QUEENS BOULEVARD
LOC CITY:  REGO PARK                         STATE: NY   ZIP: 11374-0000
  COUNTY:  81  QUEENS COUNTY                 LOCATION CLOSED (Y/N): N

BRANCH:  136717A    WITHDRAWN DATE:                      CONSUMMATION DATE:
  TITLE:  RICHMOND HILL
LOC STREET: 115-20 JAMAICA AVENUE
LOC CITY:  RICHMOND HILL                     STATE: NY   ZIP: 11418-0000
  COUNTY:  81  QUEENS COUNTY                 LOCATION CLOSED (Y/N): N

BRANCH:  136718A    WITHDRAWN DATE:                      CONSUMMATION DATE:
  TITLE:  RIDGEFIELD
LOC STREET: 375 BROAD AVENUE
LOC CITY:  RIDGEFIELD                        STATE: NJ   ZIP: 07657-0000
  COUNTY:  3  BERGEN COUNTY                  LOCATION CLOSED (Y/N): N

BRANCH:  136719A    WITHDRAWN DATE:                      CONSUMMATION DATE:
  TITLE:  RIDGEWOOD
LOC STREET: 70-01 FOREST AVENUE
LOC CITY:  RIDGEWOOD                         STATE: NY   ZIP: 11385-0000
  COUNTY:  81  QUEENS COUNTY                 LOCATION CLOSED (Y/N): N

BRANCH:  136720A    WITHDRAWN DATE:                      CONSUMMATION DATE:
  TITLE:  RIDGEWOOD NJ
LOC STREET: 9 EAST RIDGEWOOD AVENUE
LOC CITY:  RIDGEWOOD                         STATE: NJ   ZIP: 07450-0000
  COUNTY:  3  BERGEN COUNTY                  LOCATION CLOSED (Y/N): N

BRANCH:  136721A    WITHDRAWN DATE:                      CONSUMMATION DATE:
  TITLE:  RIVERDALE
LOC STREET: 5977 RIVERDALE AVENUE
LOC CITY:  BRONX                             STATE: NY   ZIP: 10471-0000
  COUNTY:  5  BRONX COUNTY                   LOCATION CLOSED (Y/N): N

BRANCH:  136722A    WITHDRAWN DATE:                      CONSUMMATION DATE:
  TITLE:  RIVERDALE JOHNSON AVENUE
LOC STREET: 3517 JOHNSON AVENUE
LOC CITY:  BRONX                             STATE: NY   ZIP: 10463-0000
  COUNTY:  5  BRONX COUNTY                   LOCATION CLOSED (Y/N): N
```

COQFD207                    COMPTROLLER OF THE CURRENCY                08/13/2007 15:29
                          EXISTING CORPORATE FILING                            PAGE: 34

CONTROL #: 2006 NE 02 0014    FILING TYPE: MERGER
TRANS TYPE: CORP REORG (AFFIL MERGER)  FORM: MERGER
RESULTING BANK SHORT NAME: CAPITAL ONE NA

    BRANCH: 136723A    WITHDRAWN DATE:                     CONSUMMATION DATE:
     TITLE: RIVERHEAD MAIN
 LOC STREET: 140 EAST MAIN STREET
   LOC CITY: RIVERHEAD                            STATE: NY    ZIP: 11901-0000
    COUNTY: 103  SUFFOLK COUNTY                   LOCATION CLOSED (Y/N): N

    BRANCH: 136724A    WITHDRAWN DATE:                     CONSUMMATION DATE:
     TITLE: RIVERHEAD ROUTE 58
 LOC STREET: 1080 ROUTE 58 ROANOKE PLAZA
   LOC CITY: RIVERHEAD                            STATE: NY    ZIP: 11901-0000
    COUNTY: 103  SUFFOLK COUNTY                   LOCATION CLOSED (Y/N): N

    BRANCH: 136725A    WITHDRAWN DATE:                     CONSUMMATION DATE:
     TITLE: ROCKAWAY PARK
 LOC STREET: 116-01 ROCKAWAY BEACH BOULEVARD
   LOC CITY: ROCKAWAY PARK                        STATE: NY    ZIP: 11694-0000
    COUNTY: 81  QUEENS COUNTY                     LOCATION CLOSED (Y/N): N

    BRANCH: 136726A    WITHDRAWN DATE:                     CONSUMMATION DATE:
     TITLE: ROCKAWAY TURNPIKE
 LOC STREET: 700 ROCKAWAY TURNPIKE
   LOC CITY: LAWRENCE                             STATE: NY    ZIP: 11559-0000
    COUNTY: 59  NASSAU COUNTY                     LOCATION CLOSED (Y/N): N

    BRANCH: 136727A    WITHDRAWN DATE:                     CONSUMMATION DATE:
     TITLE: ROCKVILLE CENTER
 LOC STREET: 77 LINCOLN AVENUE
   LOC CITY: ROCKVILLE CENTER                     STATE: NY    ZIP: 11570-0000
    COUNTY: 59  NASSAU COUNTY                     LOCATION CLOSED (Y/N): N

    BRANCH: 136728A    WITHDRAWN DATE:                     CONSUMMATION DATE:
     TITLE: ROCKY POINT
 LOC STREET: 366 ROUTE 25A
   LOC CITY: ROCKY POINT                          STATE: NY    ZIP: 11778-0000
    COUNTY: 103  SUFFOLK COUNTY                   LOCATION CLOSED (Y/N): N

    BRANCH: 136729A    WITHDRAWN DATE:                     CONSUMMATION DATE:
     TITLE: ROCKY POINT WEST
 LOC STREET: 75 ROUTE 25A
   LOC CITY: ROCKY POINT                          STATE: NY    ZIP: 11778-0000
    COUNTY: 103  SUFFOLK COUNTY                   LOCATION CLOSED (Y/N): N

    BRANCH: 136730A    WITHDRAWN DATE:                     CONSUMMATION DATE:
     TITLE: RONKONKOMA
 LOC STREET: 131 PORTION ROAD
   LOC CITY: RONKONKOMA                           STATE: NY    ZIP: 11779-0000
    COUNTY: 103  SUFFOLK COUNTY                   LOCATION CLOSED (Y/N): N

    BRANCH: 136731A    WITHDRAWN DATE:                     CONSUMMATION DATE:
     TITLE: ROSEDALE
 LOC STREET: 145-15 243RD STREET
   LOC CITY: ROSEDALE                             STATE: NY    ZIP: 11422-0000
    COUNTY: 81  QUEENS COUNTY                     LOCATION CLOSED (Y/N): N

CCQFD207

COMPTROLLER OF THE CURRENCY
EXISTING CORPORATE FILING

08/13/2007 15:29
PAGE: 35

CONTROL #: 2006 NE 02 0014    FILING TYPE: MERGER
TRANS TYPE: CORP REORG (AFFIL MERGER) FORM: MERGER
RESULTING BANK SHORT NAME: CAPITAL ONE NA

BRANCH: 136732A    WITHDRAWN DATE:              CONSUMMATION DATE:
   TITLE: ROSLYN
LOC STREET: 1085 NORTHERN BOULEVARD
  LOC CITY: ROSLYN                              STATE: NY    ZIP: 11576-0000
   COUNTY: 59 NASSAU COUNTY                     LOCATION CLOSED (Y/N): N

BRANCH: 136733A    WITHDRAWN DATE:              CONSUMMATION DATE:
   TITLE: RUTHERFORD
LOC STREET: 301 ROUTE 17 N
  LOC CITY: RUTHERFORD                          STATE: NJ    ZIP: 07070-0000
   COUNTY: 3 BERGEN COUNTY                      LOCATION CLOSED (Y/N): N

BRANCH: 136734A    WITHDRAWN DATE:              CONSUMMATION DATE:
   TITLE: RUTHERFORD CENTER
LOC STREET: 74 PARK AVENUE
  LOC CITY: RUTHERFORD                          STATE: NJ    ZIP: 07070-0000
   COUNTY: 3 BERGEN COUNTY                      LOCATION CLOSED (Y/N): N

BRANCH: 136735A    WITHDRAWN DATE:              CONSUMMATION DATE:
   TITLE: RYE
LOC STREET: 57 PURCHASE STREET
  LOC CITY: RYE                                 STATE: NY    ZIP: 10580-0000
   COUNTY: 119 WESTCHESTER COUNTY               LOCATION CLOSED (Y/N): N

BRANCH: 136736A    WITHDRAWN DATE:              CONSUMMATION DATE:
   TITLE: SAG HARBOR
LOC STREET: MAIN STREET SAG HARBOR
  LOC CITY: SAG HARBOR                          STATE: NY    ZIP: 11963-0000
   COUNTY: 103 SUFFOLK COUNTY                   LOCATION CLOSED (Y/N): N

BRANCH: 136737A    WITHDRAWN DATE:              CONSUMMATION DATE:
   TITLE: SAINT JAMES
LOC STREET: 245 LAKE AVENUE
  LOC CITY: SAINT JAMES                         STATE: NY    ZIP: 11780-0000
   COUNTY: 103 SUFFOLK COUNTY                   LOCATION CLOSED (Y/N): N

BRANCH: 136738A    WITHDRAWN DATE:              CONSUMMATION DATE:
   TITLE: SALISBURY
LOC STREET: 2530 STEWART AVENUE
  LOC CITY: WESTBURY                            STATE: NY    ZIP: 11590-0000
   COUNTY: 59 NASSAU COUNTY                     LOCATION CLOSED (Y/N): N

BRANCH: 136739A    WITHDRAWN DATE:              CONSUMMATION DATE:
   TITLE: SAYREVILLE
LOC STREET: 2909 WASHINGTON ROAD
  LOC CITY: PARLIN                              STATE: NJ    ZIP: 08859-0000
   COUNTY: 23 MIDDLESEX COUNTY                  LOCATION CLOSED (Y/N): N

BRANCH: 136740A    WITHDRAWN DATE:              CONSUMMATION DATE:
   TITLE: SAYVILLE
LOC STREET: 160 MAIN STREET
  LOC CITY: SAYVILLE                            STATE: NY    ZIP: 11782-0000
   COUNTY: 103 SUFFOLK COUNTY                   LOCATION CLOSED (Y/N): N

COQFD207

COMPTROLLER OF THE CURRENCY
EXISTING CORPORATE FILING

08/13/2007 15:29
PAGE: 36

CONTROL #: 2006 NE 02 0014   FILING TYPE: MERGER
TRANS TYPE: CORP REORG (AFFIL MERGER) FORM: MERGER
RESULTING BANK SHORT NAME: CAPITAL ONE NA

```
BRANCH: 136741A    WITHDRAWN DATE:              CONSUMMATION DATE:
 TITLE: SEA GIRT
LOC STREET: 1314 SEA GIRT AVENUE                STATE: NJ   ZIP: 08750-0000
LOC CITY: SEA GIRT                              LOCATION CLOSED (Y/N): N
 COUNTY: 25 MONMOUTH COUNTY

BRANCH: 136742A    WITHDRAWN DATE:              CONSUMMATION DATE:
 TITLE: SECAUCUS
LOC STREET: 1291 PATERSON PLANK ROAD            STATE: NJ   ZIP: 07094-0000
LOC CITY: SECAUCUS                              LOCATION CLOSED (Y/N): N
 COUNTY: 17 HUDSON COUNTY

BRANCH: 136743A    WITHDRAWN DATE:              CONSUMMATION DATE:
 TITLE: SHEEPSHEAD BAY
LOC STREET: 2123 AVENUE U                       STATE: NY   ZIP: 11229-0000
LOC CITY: BROOKLYN                              LOCATION CLOSED (Y/N): N
 COUNTY: 47 KINGS COUNTY

BRANCH: 136744A    WITHDRAWN DATE:              CONSUMMATION DATE:
 TITLE: SHEEPSHEAD BAY OCEAN AVENUE
LOC STREET: 3090 OCEAN AVENUE                   STATE: NY   ZIP: 11235-0000
LOC CITY: BROOKLYN                              LOCATION CLOSED (Y/N): N
 COUNTY: 47 KINGS COUNTY

BRANCH: 136745A    WITHDRAWN DATE:              CONSUMMATION DATE:
 TITLE: SHELTER ISLAND
LOC STREET: 29 WEST NECK ROAD                   STATE: NY   ZIP: 11965-0000
LOC CITY: SHELTER ISLAND                        LOCATION CLOSED (Y/N): N
 COUNTY: 103 SUFFOLK COUNTY

BRANCH: 136746A    WITHDRAWN DATE:              CONSUMMATION DATE:
 TITLE: SHIRLEY
LOC STREET: 800 MONTAUK HIGHWAY                 STATE: NY   ZIP: 11967-0000
LOC CITY: SHIRLEY                               LOCATION CLOSED (Y/N): N
 COUNTY: 103 SUFFOLK COUNTY

BRANCH: 136747A    WITHDRAWN DATE:              CONSUMMATION DATE:
 TITLE: SMITHTOWN
LOC STREET: 82 EAST MAIN STREET                 STATE: NY   ZIP: 11787-0000
LOC CITY: SMITHTOWN                             LOCATION CLOSED (Y/N): N
 COUNTY: 103 SUFFOLK COUNTY

BRANCH: 136748A    WITHDRAWN DATE:              CONSUMMATION DATE:
 TITLE: SOHO BROADWAY
LOC STREET: 594 BROADWAY                        STATE: NY   ZIP: 10012-0000
LOC CITY: NEW YORK                              LOCATION CLOSED (Y/N): N
 COUNTY: 61 NEW YORK COUNTY

BRANCH: 136749A    WITHDRAWN DATE:              CONSUMMATION DATE:
 TITLE: SOHO LAFAYETTE
LOC STREET: 200 LAFAYETTE STREET                STATE: NY   ZIP: 10012-0000
LOC CITY: NEW YORK                              LOCATION CLOSED (Y/N): N
 COUNTY: 61 NEW YORK COUNTY
```

COOFD207      COMPTROLLER OF THE CURRENCY      08/13/2007 15:29
              EXISTING CORPORATE FILING             PAGE:    37

CONTROL #: 2006 NE '02 0014    FILING TYPE: MERGER
TRANS TYPE: CORP REORG (AFFIL MERGER) FORM: MERGER
RESULTING BANK SHORT NAME: CAPITAL ONE NA

```
BRANCH: 1367050A  WITHDRAWN DATE:            CONSUMMATION DATE:
  TITLE: SOUTH BALDWIN
LOC STREET: 2303 GRAND AVENUE
LOC CITY: BALDWIN                       STATE: NY   ZIP: 11510-0000
  COUNTY:  59 NASSAU COUNTY             LOCATION CLOSED (Y/N): N

BRANCH: 1367051A  WITHDRAWN DATE:            CONSUMMATION DATE:
  TITLE: SOUTH BRUNSWICK
LOC STREET: 4095 ROUTE 1 SOUTH
LOC CITY: MONMOUTH JUNCTION             STATE: NJ   ZIP: 08852-0000
  COUNTY:  25 MONMOUTH COUNTY           LOCATION CLOSED (Y/N): N

BRANCH: 1367052A  WITHDRAWN DATE:            CONSUMMATION DATE:
  TITLE: SOUTH EASTCHESTER
LOC STREET: 764 WHITE PLAINS ROAD (ROUTE 22)
LOC CITY: SCARSDALE                     STATE: NY   ZIP: 10583-0000
  COUNTY:  119 WESTCHESTER COUNTY       LOCATION CLOSED (Y/N): N

BRANCH: 1367053A  WITHDRAWN DATE:            CONSUMMATION DATE:
  TITLE: SOUTH FARMINGDALE
LOC STREET: 195 MERRITS ROAD SOUTH
LOC CITY: FARMINGDALE                   STATE: NY   ZIP: 11735-0000
  COUNTY:  59 NASSAU COUNTY             LOCATION CLOSED (Y/N): N

BRANCH: 1367054A  WITHDRAWN DATE:            CONSUMMATION DATE:
  TITLE: SOUTH MERRICK
LOC STREET: 2192 MERRICK ROAD
LOC CITY: MERRICK                       STATE: NY   ZIP: 11566-0000
  COUNTY:  59 NASSAU COUNTY             LOCATION CLOSED (Y/N): N

BRANCH: 1367055A  WITHDRAWN DATE:            CONSUMMATION DATE:
  TITLE: SOUTH SHORE MALL
LOC STREET: 1701 SUNRISE HIGHWAY
LOC CITY: BAY SHORE                     STATE: NY   ZIP: 11706-0000
  COUNTY:  103 SUFFOLK COUNTY           LOCATION CLOSED (Y/N): N

BRANCH: 1367056A  WITHDRAWN DATE:            CONSUMMATION DATE:
  TITLE: SOUTHAMPTON
LOC STREET: 46 WINDMILL LANE
LOC CITY: SOUTHAMPTON                   STATE: NY   ZIP: 11968-0000
  COUNTY:  103 SUFFOLK COUNTY           LOCATION CLOSED (Y/N): N

BRANCH: 1367057A  WITHDRAWN DATE:            CONSUMMATION DATE:
  TITLE: SOUTHOLD
LOC STREET: 54375 MAIN ROAD
LOC CITY: SOUTHOLD                      STATE: NY   ZIP: 11971-0000
  COUNTY:  103 SUFFOLK COUNTY           LOCATION CLOSED (Y/N): N

BRANCH: 1367058A  WITHDRAWN DATE:            CONSUMMATION DATE:
  TITLE: SPEONK
LOC STREET: MONTAUK HIGHWAY
LOC CITY: SPEONK                        STATE: NY   ZIP: 11972-0000
  COUNTY:  103 SUFFOLK COUNTY           LOCATION CLOSED (Y/N): N
```

```
COQFD207                    COMPTROLLER OF THE CURRENCY                    08/13/2007 15:29
                           EXISTING CORPORATE FILING                              PAGE:  38

CONTROL #: 2006 NE 02 0014    FILING TYPE: MERGER
TRANS TYPE: CORP REORG (AFFIL MERGER)  FORM: MERGER
RESULTING BANK SHORT NAME: CAPITAL ONE NA

   BRANCH: 136759A    WITHDRAWN DATE:               CONSUMMATION DATE:
    TITLE: ST. ALBANS
LOC STREET: 189-02 LINDEN BOULEVARD
  LOC CITY: ST. ALBANS                           STATE: NY   ZIP: 11412-0000
   COUNTY: 81  QUEENS COUNTY                     LOCATION CLOSED (Y/N): N

   BRANCH: 136760A    WITHDRAWN DATE:               CONSUMMATION DATE:
    TITLE: STADIUM PLAZA
LOC STREET: 321 ROUTE 440
  LOC CITY: JERSEY CITY                          STATE: NJ   ZIP: 07305-0000
   COUNTY: 17  HUDSON COUNTY                     LOCATION CLOSED (Y/N): N

   BRANCH: 136761A    WITHDRAWN DATE:               CONSUMMATION DATE:
    TITLE: STONY BROOK
LOC STREET: 64 MAIN STREET
  LOC CITY: STONY BROOK                          STATE: NY   ZIP: 11790-0000
   COUNTY: 103  SUFFOLK COUNTY                   LOCATION CLOSED (Y/N): N

   BRANCH: 136762A    WITHDRAWN DATE:               CONSUMMATION DATE:
    TITLE: SUFFERN
LOC STREET: 50 LAFAYETTE AVENUE
  LOC CITY: SUFFERN                              STATE: NY   ZIP: 10901-0000
   COUNTY: 87  ROCKLAND COUNTY                   LOCATION CLOSED (Y/N): N

   BRANCH: 136763A    WITHDRAWN DATE:               CONSUMMATION DATE:
    TITLE: SUNNYSIDE
LOC STREET: 40-20 QUEENS BOULEVARD
  LOC CITY: SUNNYSIDE                            STATE: NY   ZIP: 11104-0000
   COUNTY: 81  QUEENS COUNTY                     LOCATION CLOSED (Y/N): N

   BRANCH: 136764A    WITHDRAWN DATE:               CONSUMMATION DATE:
    TITLE: SUTPHIN
LOC STREET: 146-21 JAMAICA AVENUE
  LOC CITY: JAMAICA                              STATE: NY   ZIP: 11435-0000
   COUNTY: 81  QUEENS COUNTY                     LOCATION CLOSED (Y/N): N

   BRANCH: 136765A    WITHDRAWN DATE:               CONSUMMATION DATE:
    TITLE: THIRD AVENUE
LOC STREET: 1180 3RD AVENUE (69TH STREET)
  LOC CITY: NEW YORK                             STATE: NY   ZIP: 10021-0000
   COUNTY: 61  NEW YORK COUNTY                   LOCATION CLOSED (Y/N): N

   BRANCH: 136766A    WITHDRAWN DATE:               CONSUMMATION DATE:
    TITLE: TOTTENVILLE
LOC STREET: 240 PAGE AVENUE
  LOC CITY: STATEN ISLAND                        STATE: NY   ZIP: 10307-0000
   COUNTY: 85  RICHMOND COUNTY                   LOCATION CLOSED (Y/N): N

   BRANCH: 136767A    WITHDRAWN DATE:               CONSUMMATION DATE:
    TITLE: TRIBECA
LOC STREET: 90 WEST BROADWAY
  LOC CITY: NEW YORK                             STATE: NY   ZIP: 10007-0000
   COUNTY: 61  NEW YORK COUNTY                   LOCATION CLOSED (Y/N): N
```

COQFD207

COMPTROLLER OF THE CURRENCY
EXISTING CORPORATE FILING

08/13/2007 15:29
PAGE:    39

CONTROL #: 2006 NE 02 0014    FILING TYPE: MERGER
TRANS TYPE: CORP REORG (AFFIL MERGER) FORM: MERGER
RESULTING BANK SHORT NAME: CAPITAL ONE NA

BRANCH: 136768A    WITHDRAWN DATE:                  CONSUMMATION DATE:
  TITLE: TRUMP VILLAGE
LOC STREET: 504 NEPTUNE AVENUE
LOC CITY: BROOKLYN                     STATE: NY   ZIP: 11224-0000
  COUNTY:  47 KINGS COUNTY             LOCATION CLOSED (Y/N): N

BRANCH: 136769A    WITHDRAWN DATE:                  CONSUMMATION DATE:
  TITLE: TULIP AVENUE
LOC STREET: 170 TULIP AVENUE
LOC CITY: FLORAL PARK                  STATE: NY   ZIP: 11001-0000
  COUNTY:  59 NASSAU COUNTY            LOCATION CLOSED (Y/N): N

BRANCH: 136770A    WITHDRAWN DATE:                  CONSUMMATION DATE:
  TITLE: UNION CITY
LOC STREET: 3201 BERGENLINE AVENUE
LOC CITY: UNION CITY                   STATE: NJ   ZIP: 07087-0000
  COUNTY:  17 HUDSON COUNTY            LOCATION CLOSED (Y/N): N

BRANCH: 136771A    WITHDRAWN DATE:                  CONSUMMATION DATE:
  TITLE: UNION SQUARE
LOC STREET: 31 EAST 17TH STREET
LOC CITY: NEW YORK                     STATE: NY   ZIP: 10003-0000
  COUNTY:  61 NEW YORK COUNTY          LOCATION CLOSED (Y/N): N

BRANCH: 136772A    WITHDRAWN DATE:                  CONSUMMATION DATE:
  TITLE: UNIONDALE
LOC STREET: 929 FRONT STREET
LOC CITY: UNIONDALE                    STATE: NY   ZIP: 11553-0000
  COUNTY:  59 NASSAU COUNTY            LOCATION CLOSED (Y/N): N

BRANCH: 136773A    WITHDRAWN DATE:                  CONSUMMATION DATE:
  TITLE: UPPER MONTCLAIR
LOC STREET: 605 VALLEY ROAD
LOC CITY: UPPER MONTCLAIR              STATE: NJ   ZIP: 07043-0000
  COUNTY:  13 ESSEX COUNTY             LOCATION CLOSED (Y/N): N

BRANCH: 136774A    WITHDRAWN DATE:                  CONSUMMATION DATE:
  TITLE: UTOPIA PARKWAY
LOC STREET: 19-01 UTOPIA PARKWAY
LOC CITY: WHITESTONE                   STATE: NY   ZIP: 11357-0000
  COUNTY:  81 QUEENS COUNTY            LOCATION CLOSED (Y/N): N

BRANCH: 136775A    WITHDRAWN DATE:                  CONSUMMATION DATE:
  TITLE: VALLEY COTTAGE
LOC STREET: 15 LAKE RIDGE PLAZA, ROUTE 303
LOC CITY: VALLEY COTTAGE               STATE: NY   ZIP: 10989-0000
  COUNTY: 119 WESTCHESTER COUNTY       LOCATION CLOSED (Y/N): N

BRANCH: 136776A    WITHDRAWN DATE:                  CONSUMMATION DATE:
  TITLE: VALLEY STREAM
LOC STREET: 356 NORTH CENTRAL AVENUE
LOC CITY: VALLEY STREAM                STATE: NY   ZIP: 11580-0000
  COUNTY:  59 NASSAU COUNTY            LOCATION CLOSED (Y/N): N

COOFED207

COMPTROLLER OF THE CURRENCY
EXISTING CORPORATE FILING

08/13/2007 15:29
PAGE: 90

CONTROL #: 2006 NE 02 0014   FILING TYPE: MERGER
TRANS TYPE: CORP REORG (AFFIL MERGER) FORM: MERGER
RESULTING BANK SHORT NAME: CAPITAL ONE NA

BRANCH: 1367777A   WITHDRAWN DATE:
   TITLE: VALLEY STREAM GREEN ACRES
LOC STREET: 5 GREEN ACRES ROAD
  LOC CITY: VALLEY STREAM
   COUNTY: 59 NASSAU COUNTY

CONSUMMATION DATE:

STATE: NY   ZIP: 11581-0000
LOCATION CLOSED (Y/N): N

BRANCH: 1367778A   WITHDRAWN DATE:
   TITLE: VALLEY STREAM SOUTH
LOC STREET: 195 ROCKAWAY AVENUE
  LOC CITY: VALLEY STREAM
   COUNTY: 59 NASSAU COUNTY

CONSUMMATION DATE:

STATE: NY   ZIP: 11580-0000
LOCATION CLOSED (Y/N): N

BRANCH: 1367779A   WITHDRAWN DATE:
   TITLE: WAKEFIELD
LOC STREET: 4201 WHITE PLAINS ROAD
  LOC CITY: BRONX
   COUNTY: 5 BRONX COUNTY

CONSUMMATION DATE:

STATE: NY   ZIP: 10466-0000
LOCATION CLOSED (Y/N): N

BRANCH: 1367780A   WITHDRAWN DATE:
   TITLE: WEEHAWKEN
LOC STREET: 4714 PARK AVENUE
  LOC CITY: WEEHAWKEN
   COUNTY: 17 HUDSON COUNTY

CONSUMMATION DATE:

STATE: NJ   ZIP: 07086-0000
LOCATION CLOSED (Y/N): N

BRANCH: 1367781A   WITHDRAWN DATE:
   TITLE: WEST ISLIP
LOC STREET: 450 UNION BOULEVARD WEST
  LOC CITY: WEST ISLIP
   COUNTY: 103 SUFFOLK COUNTY

CONSUMMATION DATE:

STATE: NY   ZIP: 11795-0000
LOCATION CLOSED (Y/N): N

BRANCH: 1367782A   WITHDRAWN DATE:
   TITLE: WEST MILFORD SMKT
LOC STREET: 1926 UNION VALLEY ROAD
  LOC CITY: HEWITT
   COUNTY: 31 PASSAIC COUNTY

CONSUMMATION DATE:

STATE: NJ   ZIP: 07421-0000
LOCATION CLOSED (Y/N): N

BRANCH: 1367783A   WITHDRAWN DATE:
   TITLE: WEST NEW YORK
LOC STREET: 5911 BERGENLINE AVENUE
  LOC CITY: WEST NEW YORK
   COUNTY: 61 NEW YORK COUNTY

CONSUMMATION DATE:

STATE: NY   ZIP: 07093-0000
LOCATION CLOSED (Y/N): N

BRANCH: 1367784A   WITHDRAWN DATE:
   TITLE: WILLIAMSBURG
LOC STREET: 135 BROADWAY
  LOC CITY: BROOKLYN
   COUNTY: 47 KINGS COUNTY

CONSUMMATION DATE:

STATE: NY   ZIP: 11211-0000
LOCATION CLOSED (Y/N): N

BRANCH: 1367785A   WITHDRAWN DATE:
   TITLE: WINDSOR PARK
LOC STREET: 73-15 BELL BOULEVARD
  LOC CITY: BAYSIDE
   COUNTY: 81 QUEENS COUNTY

CONSUMMATION DATE:

STATE: NY   ZIP: 11364-0000
LOCATION CLOSED (Y/N): N

```
COQFD207                    COMPTROLLER OF THE CURRENCY                 08/13/2007 15:29
                            EXISTING CORPORATE FILING                        PAGE:  41

CONTROL #: 2006 NE 02 0014   FILING TYPE: MERGER
TRANS TYPE: CORP REORG (AFFIL MERGER) FORM: MERGER
RESULTING BANK SHORT NAME: CAPITAL ONE NA

     BRANCH: 1367866A   WITHDRAWN DATE:             CONSUMMATION DATE:
      TITLE: WOODBURY
 LOC STREET: 7600 JERICHO TURNPIKE
   LOC CITY: WOODBURY                       STATE: NY   ZIP: 11797-0000
     COUNTY:  59  NASSAU COUNTY             LOCATION CLOSED (Y/N): N

     BRANCH: 1367867A   WITHDRAWN DATE:             CONSUMMATION DATE:
      TITLE: WOODCLIFF LAKE
 LOC STREET: 585 CHESTNUT RIDGE ROAD
   LOC CITY: WOODCLIFF LAKE                 STATE: NJ   ZIP: 07677-0000
     COUNTY:   3  BERGEN COUNTY             LOCATION CLOSED (Y/N): N

     BRANCH: 1367868A   WITHDRAWN DATE:             CONSUMMATION DATE:
      TITLE: WYCKOFF AVENUE
 LOC STREET: 315 WYCKOFF AVENUE
   LOC CITY: BROOKLYN                       STATE: NY   ZIP: 11237-0000
     COUNTY:  47  KINGS COUNTY              LOCATION CLOSED (Y/N): N

     BRANCH: 136810A    WITHDRAWN DATE:             CONSUMMATION DATE:
      TITLE: AVENUE C
 LOC STREET: 273 EAST 3RD STREET (AVE C - BDD DISTRICT)
   LOC CITY: NEW YORK                       STATE: NY   ZIP: 10009-0000
     COUNTY:  61  NEW YORK COUNTY           LOCATION CLOSED (Y/N): N

     BRANCH: 136811A    WITHDRAWN DATE:             CONSUMMATION DATE:
      TITLE: LONG BEACH
 LOC STREET: 11 EAST PARK AVENUE
   LOC CITY: LONG BEACH                     STATE: NY   ZIP: 11561-0000
     COUNTY:  59  NASSAU COUNTY             LOCATION CLOSED (Y/N): N

     BRANCH: 136812A    WITHDRAWN DATE:             CONSUMMATION DATE:
      TITLE: SCARSDALE
 LOC STREET: 911 CENTRAL PARK AVENUE
   LOC CITY: (GREENBURGH) SCARSDALE         STATE: NY   ZIP: 10580-0000
     COUNTY: 119  WESTCHESTER COUNTY        LOCATION CLOSED (Y/N): N

     BRANCH: 136814A    WITHDRAWN DATE:             CONSUMMATION DATE:
      TITLE: UNION
 LOC STREET: 2151 ROUTE 22
   LOC CITY: UNION                          STATE: NJ   ZIP: 07083-0000
     COUNTY:  39  UNION COUNTY              LOCATION CLOSED (Y/N): N

     BRANCH: 136816A    WITHDRAWN DATE:             CONSUMMATION DATE:
      TITLE: LODI
 LOC STREET: SEC ROUTE 17 AND ESSEX STREET
   LOC CITY: LODI                           STATE: NJ   ZIP: 07644-0000
     COUNTY:   3  BERGEN COUNTY             LOCATION CLOSED (Y/N): N

     BRANCH: 140165A    WITHDRAWN DATE:             CONSUMMATION DATE:
      TITLE: NFB MAIN BRANCH
 LOC STREET: 245 LOVE LANE
   LOC CITY: MATTITUCK                      STATE: NY   ZIP: 11952-0000
     COUNTY: 103  SUFFOLK COUNTY            LOCATION CLOSED (Y/N): N
```

Jankousky v. NFB et al
Index No.: 08-CV-1858(PAC)


AFFIDAVIT

# EXHIBIT B
## 12/06 Certificate of Merger

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 04:14 PM 11/30/2006*
*FILED 04:13 PM 11/30/2006*
*SRV 061094936 – 2419959 FILE*

## CERTIFICATE OF MERGER

### OF

### NORTH FORK BANCORPORATION, INC.
**(a Delaware corporation)**

#### with and into

### CAPITAL ONE FINANCIAL CORPORATION
**(a Delaware corporation)**

#### November 30, 2006

Pursuant to Section 251 of the General Corporation Law of the State of Delaware (the "DGCL"), Capital One Financial Corporation, a Delaware corporation ("Capital One"), hereby certifies the following information relating to the merger of North Fork Bancorporation, Inc., a Delaware corporation ("North Fork"), with and into Capital One (the "Merger"):

**FIRST:**   The name and state of incorporation of each of the constituent corporations (the "Constituent Corporations") in the Merger are:

| Name | State of Incorporation |
|------|------------------------|
| Capital One Financial Corporation | Delaware |
| North Fork Bancorporation, Inc. | Delaware |

**SECOND:**   The Agreement and Plan of Merger, dated as of March 12, 2006, between Capital One and North Fork (the "Plan of Merger"), setting forth the terms and conditions of the Merger has been approved, adopted, certified, executed and acknowledged by each of the Constituent Corporations in accordance with the requirements of Section 251 of the DGCL.

**THIRD:**   The name of the surviving corporation of the Merger (the "Surviving Corporation") is Capital One Financial Corporation.

**FOURTH:**   The Restated Certificate of Incorporation of Capital One in effect immediately prior to the effective time of the Merger shall be the certificate of incorporation of the Surviving Corporation.

**FIFTH:**   The executed Plan of Merger is on file at the principal place of business of the Surviving Corporation whose address is 1680 Capital One Drive, McLean Virginia 22102.

**SIXTH:**   A copy of the Plan of Merger will be furnished by the Surviving Corporation, on request and without cost, to any stockholder of either Constituent Corporation.

1

**SEVENTH:** The Merger shall become effective as of 12:01 a.m., Eastern time, on December 1, 2006.

IN WITNESS WHEREOF, Capital One has caused this Certificate of Merger to be executed by its duly authorized officer on the date first written above.

CAPITAL ONE FINANCIAL CORPORATION

By: _____
Name: Murray P. Abrams
Title: Executive Vice President, Corporate
Development

Signature page to Delaware Certificate of
Merger

# *Delaware*

PAGE  1

### *The First State*

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF
DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT
COPY OF THE CERTIFICATE OF MERGER, WHICH MERGES:

"NORTH FORK BANCORPORATION, INC.", A DELAWARE CORPORATION,

WITH AND INTO "CAPITAL ONE FINANCIAL CORPORATION" UNDER THE
NAME OF "CAPITAL ONE FINANCIAL CORPORATION", A CORPORATION
ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE,
AS RECEIVED AND FILED IN THIS OFFICE THE THIRTIETH DAY OF
NOVEMBER, A.D. 2006, AT 4:13 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF
THE AFORESAID CERTIFICATE OF MERGER IS THE FIRST DAY OF
DECEMBER, A.D. 2006, AT 12:01 O'CLOCK A.M.

A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE
NEW CASTLE COUNTY RECORDER OF DEEDS.



*Harriet Smith Windsor*
———————————————————
Harriet Smith Windsor, Secretary of State

2419959  8100M

061094936

AUTHENTICATION: 5237474

DATE: 11-30-06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EVELYN A. JANKOUSKY,

                                                            *08 Civ. 1858 (PAC)*

                         Plaintiff,


         -    against –                                      ***AFFIDAVIT IN SUPPORT***
                                                            ***OF MOTION TO DISMISS***
                                                            ***FRCP 12(b)(6)***
NORTH FORK BANCORPORATION INC.
CAPITAL ONE, FINANCIAL CORP., CAPITAL
ONE, NATIONAL ASSOCIATION, and
NORTH FORK BANK,

                         Defendants.
------------------------------------------------------------X

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF SUFFOLK        )

         Ruby Costarella, being duly sworn, deposes and says: I am not a party to the action. I am over 18
years of age and reside in Plainview, New York. I am employed by Wickham, Bressler, Gordon & Geasa,
P.C., attorneys for the Defendants.

         On May 27, 2008, I served a true copy of the ***NOTICE OF MOTION TO DISMISS COMPLAINT,
AFFIRMATION IN SUPPORT OF MOTION TO DISMISS COMPLAINT, AFFIDAVIT IN SUPPORT
OF MOTION TO DISMISS, DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF MOTION
TO DISMISS*** in the above referenced action on the party set forth below, by depositing a true copy thereof,
enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of Federal
Express Delivery within the State of New York to:

         Karen Cacace, Esq.
         Maia Goodel, Esq.
         Vladeck, Waldman, Elias & Engelhard, P.C.
         Attorneys for Plaintiff
         1501 Broadway, Suite 800
         New York, NY 10036

                                                _____
                                                Ruby Costarella

Sworn to before me this
27th day of May, 2008


_____
Notary Public

MONICA D. CALIFF
Notary Public, State of New York
No. 01CA6143221
Qualified in Suffolk County
Commission Expires April 03, 2010