UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

EVELYN A. JANKOUSKY,

                Plaintiff,

- against -

NORTH FORK BANCORPORATION INC., CAPITAL ONE, FINANCIAL CORP., CAPITAL ONE, NATIONAL ASSOCIATION, and NORTH FORK BANK,

                Defendants.
------------------------------------X

ECF CASE

Case No. 08 Civ. 01858 (PAC)

AFFIRMATION OF SERVICE

    I am an attorney with the firm of Vladeck, Waldman, Elias & Engelhard, P.C., attorneys for plaintiff, Evelyn A. Jankousky. This is to certify, under penalty of perjury, that on May 12, 2008, I served the Amended Complaint and Summons for defendants North Fork Bancorporation Inc., Capital One, Financial Corp., Capital One, National Association, and North Fork Bank on Eric J. Bressler, Esq., Wickham, Bressler, Gordon & Geasa, P.C., 275 Broad Hollow Road, Suite 111, Melville, New York, 11747, by Federal Express. Mr. Bressler has informed us that he represents all the defendants and is authorized to accept service.

Dated: New York, New York
       June 19, 2008

                                    VLADECK, WALDMAN, ELIAS &
                                    ENGELHARD, P.C.

                 By: _____
                           Karen Cacace (KC 3184)
                           Attorneys for Plaintiff
                           1501 Broadway, Suite 800
                           New York, New York 10036
                           (212) 403-7300

252625 v1