SANTAMARIA AFFIDAVIT
EXHIBIT A
SYSTEMS AND PROCEDURE E10
MARKED CONFIDENTIAL