SANTAMARIA AFFIDAVIT
EXHIBIT B
PLAINTIFF'S DEPOSITION
PP 39-44

1         JANKOUSKY                          39

2    be authorized, or wire ACHs going out or just

3    other than in-person transactions.

4         Q    How about a money market; are there

5    restrictions on withdrawals from that account?

6         A    Yes.

7         Q    What are those restrictions?

8         A    Six debits and since you can have

9    checks for a money market account, no more

10   than three of those can be checks.  In-person

11   transactions would be unlimited.

12        Q    When you say six and three, over

13   what period of time do the six and three

14   limitations apply?

15        A    I'm sorry, one month.

16        Q    Did North Fork have any way of

17   monitoring the number of transactions with

18   respect to and let's stick to the money market

19   account right now, the number of transactions

20   that were performed in a month with respect to

21   a money market account so that it would know

22   whether or not those numbers were met, the six

23   and three that you just told me about?

24             MS. GOODELL:  Objection to the form

25        of the question.

```
 1                    JANKOUSKY                            40
 2        A      Yes.
 3        Q      What was that method of monitoring?
 4        A      A report was produced.
 5        Q      Who would produce that report, if
 6   you know?
 7        A      I don't remember.
 8        Q      When the report was produced, where
 9   would it go?
10               MS. GOODELL:  Objection to the form
11        of the question.
12        Q      Do you know what the distribution
13   was?
14        A      I don't remember exactly.
15        Q      With respect to your branch, did
16   you receive a copy of that report?
17        A      We were able to view the accounts
18   that were in violation of that.
19        Q      You were?
20        A      Yes.
21        Q      When you say you, you mean as
22   branch manager?
23        A      As branch manager I could do that,
24   and the assistant branch manager's did also.
25        Q      Was there a policy or procedure for
```

```
 1                    JANKOUSKY                         41
 2    how frequently the manager or assistant
 3    manager was supposed to view that report?
 4         A     Monthly.
 5         Q     During your tenure as branch
 6    manager at Fifth Avenue, did you perform that
 7    function monthly with respect to the accounts
 8    that were housed at your branch?
 9         A     My assistant managers performed
10    that duty.
11         Q     Did you instruct them to do that
12    work on a monthly basis that is to view those
13    reports?
14         A     Yes.
15         Q     Was there a policy or procedure
16    that you put into place as to what was to
17    happen upon an assistant manager's review if a
18    violation came up?
19         A     A letter was to be sent.
20         Q     Who was to do that?
21         A     It's not specified but in our case,
22    the assistant manager could send it, or they
23    might direct one of the bankers.  It's a
24    template so they might direct one of the
25    bankers to send a letter, or they might send a
```

```
 1                    JANKOUSKY                    42
 2   letter.
 3       Q    Did you have a policy or procedure
 4   in place whereby if a violation was discovered
 5   that the assistant manager was to notify you?
 6       A    Do you mean something that was
 7   stated?
 8       Q    Well, you had stated before that
 9   your assistant manager was supposed to handle
10   this function?
11       A    Yes.
12       Q    Had you instructed the assistant
13   manager to do that on a monthly basis?
14       A    To notify me?
15       Q    No, to review.
16       A    Yes.
17       Q    Had you also instructed the
18   assistant manager to notify you if a violation
19   came up?
20       A    No.
21       Q    In fact, if a violation came up
22   while you were at the Fifth Avenue branch, did
23   you ever recall an assistant branch manager
24   advising you that a violation had occurred?
25       A    Yes.
```

```
 1                    JANKOUSKY                         43
 2        Q     When was that?
 3        A     In 2005, it was brought up that
 4   Laurus was showing on the report.
 5        Q     How did you first become aware of
 6   it?
 7        A     One of my assistant managers told
 8   me.
 9        Q     Do you remember when in 2005 that
10   was?
11        A     I'm not sure but, to the best of my
12   recollection, it could have been late summer
13   or early fall.
14        Q     At that time, was there someone who
15   you reported to as branch manager of the Fifth
16   Avenue branch?
17        A     Yes.
18        Q     Who was that?
19        A     Penelope Wamboldt.
20        Q     What was her position?
21        A     Regional administrative manager of
22   record.  I don't recall the exact title.
23        Q     At the time when the report with
24   respect to money market accounts, showed a
25   violation by Laurus, do you know whether
```

```
 1                    JANKOUSKY                          44
 2   Penelope Wamboldt was advised of that fact?
 3        A     Yes, she was.
 4        Q     Who advised her, do you know?
 5        A     I don't recall.
 6        Q     After you became aware of the fact
 7   that Laurus was on this report, what steps, if
 8   any, were taken with respect to Laurus being
 9   on this report?
10        A     We normally would send a letter to
11   a client as a warning kind of letter which was
12   a template, but because of the size and
13   importance of the Laurus relationship, we were
14   told to hold off.  And that's what we did.
15        Q     Who told you to hold off?
16        A     Penelope Wamboldt told us to hold
17   off and Fran Girsch told us to hold off.
18        Q     Who was Fran Girsch?
19        A     She was an operation's supervisor
20   in Manhattan.
21        Q     Was there any reason stated for the
22   direction to hold off?
23              MS. GOODELL:  Objection.
24        A     The letter was thought to be --
25   Well, the letter was a template, and they
```