SANTAMARIA AFFIDAVIT
EXHIBIT C
PLAINTIFF'S DEPOSITION
P 60

```
 1                    JANKOUSKY                    60
 2    out.  It was just growth in total deposits.
 3         Q    I understand that.  What I'm
 4    asking, was a portion of that attributable to
 5    a growth in Laurus, if you remember?
 6              MS. GOODELL:  Objection.
 7         A    I don't remember.  I'm sorry.
 8         Q    In the year 2005, did you receive
 9    an incentive payment?
10         A    Yes.
11         Q    For the year 2005?
12         A    Yes.
13         Q    If you know, was a portion of that
14    reflective of growth in the deposit accounts
15    of Laurus?
16              MS. GOODELL:  Objection to the form
17         of the question.
18         A    To the best of my recollection,
19    yes.
20         Q    Now, in addition to what we
21    described as the fix of the Laurus accounts,
22    did Laurus otherwise deposit more money into
23    North Fork Bank during 2006?
24              MS. GOODELL:  Objection to the form
25         of the question.
```