SANTAMARIA AFFIDAVIT
EXHIBIT D
PLAINTIFF'S DEPOSITION
P 47

```
 1                    JANKOUSKY                         47
 2        Q     By whom were those limitations
 3   imposed?
 4        A     It's a federal regulation, banking
 5   regulation.
 6        Q     Which federal regulation was it
 7   that imposed those limits, if you know?
 8        A     I believe it's Reg. D.
 9        Q     After the conversations in which it
10   was discussed that something would have to be
11   done about Laurus use of these accounts, was
12   something, in fact, done with respect to the
13   problem you just told me about, that is too
14   many transactions in the money market account?
15        A     Yes.
16        Q     What was done?
17        A     Normally, they would change the
18   type of account which was a money market to a
19   checking account and opened another interest
20   bearing money market account for them so that
21   they could manage their money to have
22   interest.
23        Q     When did that occur?
24        A     It occurred in the, to the best of
25   my recollection, the spring of 2006 or early
```