SANTAMARIA AFFIDAVIT
EXHIBIT E
PLAINTIFF'S DEPOSITION
PP 150-151

```
 1                    JANKOUSKY                        150
 2   with other male branch managers did not result
 3   in performance warning and items that other
 4   male branch managers had done worse things.
 5   And they were not given performance warnings.
 6        Q    Who did the things -- what male
 7   branch managers did the things that you were
 8   warned about in January?
 9             MS. GOODELL:  Objection to the form
10        of the question.
11        A    Well, I consider failing an audit
12   worse.
13        Q    Was that what you were criticized
14   for?
15        A    No.
16        Q    Were there any male branch managers
17   who did the things that you were accused of
18   doing that were not written up for it?
19        A    I don't know.
20        Q    Now in the --
21        A    There is one more thing.
22        Q    One more, go ahead.
23        A    Then also I was put on a warning, a
24   performance warning, unjustified performance
25   warning, and also had my incentive
```

```
 1                    JANKOUSKY                        151
 2    compensation stated that they would possibly
 3    not give it to me.  And I would not get it
 4    unless I was taken off performance warning.
 5    This was optional and North Fork chose to do
 6    that.
 7         Q    When you say it was optional, what
 8    do you mean?
 9         A    To the best of my knowledge, that
10    wasn't a necessary thing to do.
11         Q    Was it permitted under the
12    incentive plan?
13         A    I believe it was permitted, but it
14    was my earned compensation.  I earned it.
15         Q    But when did you earn it?
16         A    I earned it in 2006.  In addition
17    to that I asked Paul Santamaria not to do that
18    because I have a learning disabled daughter
19    and I was using that for her tuition.  She's
20    classified by the state.
21         Q    Anything else?
22         A    My attorney sent a letter in early
23    February, and about five or six weeks later I
24    was terminated before even the ninety day
25    period was up, and I was not given the money I
```