SANTAMARIA AFFIDAVIT
EXHIBIT F
PLAINTIFF'S WRITTEN WARNING MEMO
JANUARY, 2007
MARKED CONFIDENTIAL