SANTAMARIA AFFIDAVIT
EXHIBIT G
PLAINTIFF'S DEPOSITION
P. 162

```
 1                      JANKOUSKY                    162
 2    that you told me about, the written warning in
 3    January of 2007, do you recall that?
 4         A    Yes.
 5         Q    Was there a written document that
 6    was presented to you?
 7         A    Yes.
 8         Q    Did you sign that document?
 9         A    Yes.
10         Q    Now, did Paul Santamaria ever use
11    any language in which he raised your gender as
12    a basis for criticism?
13         A    No.
14         Q    Did he ever use any words that
15    raised your gender in a derogatory manner?
16         A    No.
17         Q    When did you first form a belief
18    that your treatment by Paul Santamaria was
19    based upon the fact that you were a woman?
20         A    I felt that he treated me
21    differently starting from Joe Safdieh.
22         Q    That was when you thought he began
23    treating you differently?
24         A    Yes, I did.
25         Q    That was when he had been your
```