SANTAMARIA AFFIDAVIT
EXHIBIT H
PLAINTIFF'S TERMINATION MEMORANDUM
MARCH, 2007
MARKED CONFIDENTIAL