SANTAMARIA AFFIDAVIT
EXHIBIT I
PLAINTIFF'S DEPOSITION
PP 66-73

```
 1                   JANKOUSKY                          66
 2    difficulty that you were having with Paul
 3    Santamaria at that time, that is the end of
 4    January beginning of February 2006?
 5         A    There was a client, a long time
 6    Commercial Bank of New York client, who was
 7    overdrawn in a couple of accounts.  And Paul
 8    wanted us to close that account out.  And he
 9    felt that I had not obeyed his direction in
10    paying an overdraft item that came in, while I
11    felt that I had obeyed his direction because
12    when it came in there was cash already in the
13    account.
14         Q    Now, which customer client are we
15    talking about?
16         A    The client is Joseph Safdieh,
17    S-A-F-D-I-E-H.
18         Q    What type of business was Joseph
19    Safdieh in, if you recall?
20         A    He had a fairly high end clothing
21    licenses, and he was also a commercial real
22    estate investor.
23         Q    Now, I take it from your answer to
24    my prior questions that there was some issue
25    that Paul Santamaria had with respect to the
```

```
 1                     JANKOUSKY                      67
 2   way Mr. Safdieh was operating his accounts,
 3   and you said he was overdrawn in his accounts.
 4            Is this the first time that these
 5   accounts were overdrawn?
 6        A    No.
 7        Q    Over what period of time was there,
 8   were there overdrafts in this account?
 9        A    Throughout the year.  In fact,
10   Mr. Safdieh's accounts gave North Fork Bank
11   high fee income in prior years from
12   overdrafts.
13        Q    Did he maintain large balances?
14        A    What do you mean by large?
15        Q    Did you consider him to have large
16   balances?
17        A    Not particularly.
18        Q    Now, you said there was an incident
19   whereby Mr. Santamaria believed that you had
20   not followed his instruction.
21            And what instruction did he believe
22   that he gave to you?
23            MS. GOODELL:  Objection to the form
24     of the question.
25        A    I'm sorry, what instructions do I
```

```
 1                     JANKOUSKY                        68
 2   believe he gave to me?
 3        Q     No, did he believe.  You had a
 4   dispute with Mr. Santamaria and you disagreed
 5   with what he thought was the situation.
 6              MS. GOODELL:  Objection to the form
 7        of the question.
 8        Q     What was the dispute about?
 9        A     The dispute was sometimes when an
10   account was overdrawn, a check was presented,
11   we could pay it anyway, agree to pay it and
12   then the client would cover it.  They could
13   cover it later in the day or they might cover
14   it with money.
15              But Mr. Santamaria might bring
16   money in earlier before we even checked the
17   overdraft list.  Mr. Santamaria said that he
18   didn't, at least What I understood later is
19   that he didn't want us to pay any overdraft
20   even if it was not overdrawn at the time we
21   checked it.
22        Q     Well, I guess you'll have to
23   explain to me a little bit more about the
24   banking system.  I take it that Mr. Santamaria
25   instructed no payments on overdrafts; is that
```

1                    JANKOUSKY                         69

2   a fair statement, on this account, he didn't

3   want overdrafts to be paid?

4        A    It wasn't in those words, but if

5   the account was overdrawn, the way I

6   understood it, if the account was overdrawn

7   not to pay it.

8        Q    Okay, because when an instrument

9   comes in and there isn't sufficient money, you

10  can either pay it or not pay it.

11            And he said don't pay, so what

12  happened here?

13       A    We went into our overdraft list and

14  we, the account, while it was showing that it

15  hadn't had money at midnight, they had put

16  cash in it upon the opening of the bank.  So

17  by the time we got there, the account was not

18  overdrawn anymore.

19       Q    So the check came in, if I

20  understand what you're telling me, the check

21  came in the night before?

22       A    Yes.

23       Q    And there were insufficient funds?

24       A    Correct.

25       Q    So is there a list generated then,

```
1                     JANKOUSKY                          70
2    an overdraft list?
3         A    Yes.
4         Q    That is generated?
5         A    Yes.
6         Q    Who generates that?
7         A    It's a computer list generated by
8    the bank.
9         Q    Would it be fair to say then upon
10   the opening of business each day, someone in
11   the branch looks at that?
12        A    Yes.
13        Q    So upon the opening of business,
14   was there money in the account or not; that's
15   what I'm not understanding?
16        A    When the doors opened, the
17   controller came and deposited cash.  Upon us
18   checking that overdraft list, it was not
19   overdrawn anymore.
20        Q    When the check hit the night before
21   it was overdrawn, and then the next day at
22   some point early in the day, somebody from the
23   company came in and covered?
24        A    Before we checked the overdraft
25   list, yes.
```

```
 1                     JANKOUSKY                          71
 2        Q     Before you checked the list?
 3        A     Yes.
 4        Q     What would the list at the opening
 5   of business show, overdrawn?
 6        A     The list would show overdrawn, yes.
 7        Q     When you came in that day, did you
 8   check the list?
 9        A     We did check it, yes.  I checked it
10   and my assistant manager checked it.
11        Q     And this account showed overdrawn?
12        A     The account was not overdrawn then.
13        Q     But the list showed it was
14   overdrawn?
15        A     Yes.
16        Q     But you had knowledge of your own
17   that subsequent thereto someone came in and
18   covered?
19              MS. GOODELL:  Objection to the form
20        of the question.
21        Q     Is that what happened, someone came
22   in from the company?
23        A     Yes.
24        Q     I take it then from your comments
25   that Mr. Santamaria was unhappy with the fact
```

```
 1                    JANKOUSKY                         72
 2   that you paid that account, that check?
 3            MS. GOODELL:  Objection to the form
 4       of the question.
 5       Q    Is that a fair statement?
 6            MS. GOODELL:  Objection to the form
 7       of the question.
 8       A    Yes.
 9       Q    What exactly did he say to you, in
10   words or substance, about the payment of that
11   check?
12       A    He said that he told me not to pay
13   an account that was overdrawn.
14       Q    And how was the matter left if not
15   resolved?
16       A    I told him I misunderstood because
17   that morning they covered it with cash.  It
18   was not overdrawn anymore.  I told him going
19   forward I wouldn't pay it.
20       Q    After the incident with that
21   account, did the bank take any steps to close
22   out that relationship?
23       A    Yes, we were in process of closing
24   that account at that time.  We sent them a
25   letter and gave them a certain amount of time
```

```
 1                      JANKOUSKY                        73
 2    to make other arrangements for banking.
 3         Q     Did they do so?
 4         A     Yes.
 5         Q     When did the relationship exit the
 6    bank?
 7         A     I don't remember.  It was a couple
 8    of weeks I gave them.
 9         Q     Did there come a time when you had
10    any other difficulties with Paul Santamaria
11    after the difficulty you just described in
12    late January early February 2006 involving the
13    Safdieh relationship?
14         A     Any difficulties with Safdieh or
15    just any other difficulties?
16         Q     No, with Paul Santamaria.  I asked
17    you the question and you said, yes, we had
18    this Safdieh thing.
19               My next question is, well, was
20    there anything else?
21         A     Yes.
22         Q     What was the next thing that
23    happened?
24         A     To the best of my recollection, the
25    next thing was Paul Santamaria questioning
```