SANTAMARIA AFFIDAVIT
EXHIBIT J
SANTAMARIA 2-8-06 EMAIL
MARKED CONFIDENTIAL