SANTAMARIA AFFIDAVIT
EXHIBIT K
PLAINTIFF'S DEPOSITION
PP 78-79

```
 1                    JANKOUSKY                      78
 2   still some refunds going on.
 3        Q    Were there?
 4        A    Yes.
 5        Q    What happened as a result of him
 6   bringing it up again?
 7        A    I explained to him why we were
 8   doing it.
 9        Q    What was the result of that
10   discussion, if any?
11        A    I don't remember.
12        Q    Other than the Safdieh accounts and
13   the Solly accounts, were there other incidents
14   with Paul Santamaria?
15        A    Yes.
16        Q    What was the next thing?
17        A    There was an overdraft that I had
18   paid on the basis that I thought it would be
19   covered, and it was not, and we took a loss.
20        Q    What account are we talking about
21   here, if you recall?
22        A    Afa Shah; A-F-A, S-H-A-H.
23        Q    You said you paid an overdraft and
24   then it was subsequently not covered?
25        A    Yes.
```

```
 1                    JANKOUSKY                         79
 2       Q    What was the issue with
 3  Mr. Santamaria other than the fact that the
 4  branch took a loss?
 5       A    He thought that, well, the branch
 6  took a loss, and he questioned why I would
 7  have paid it.
 8       Q    Under the circumstances, do you
 9  think that was a reasonable question as to why
10  you paid it if there was subsequently a loss?
11            MS. GOODELL:  Objection to the form
12       of the question.
13       A    Yes, I think it's a reasonable
14  question.
15       Q    What did you tell him?
16       A    I explained to him that it was a
17  New York lotto account, that one of their
18  employees had robbed them, you know, taken
19  them.
20            And before I paid it, the Afa Shah
21  owner had shown me that New York lotto said he
22  was reimbursed for those tickets and therefore
23  that overdraft would be paid.  And they had
24  already been to the store that morning and had
25  a signed piece of paper.  I don't remember
```