SANTAMARIA AFFIDAVIT
EXHIBIT L
PLAINTIFF'S DEPOSITION
PP 80-82

```
1                   JANKOUSKY                    80
```

2    exactly what it was.  And I had spoken,

3    actually, even to a man at the New York

4    lottery before I paid it.

5         Q    You paid it on the promise to be

6    repaid and then it wasn't going to be paid?

7         A    Yes.

8         Q    Do you remember any other

9    difficulty, whether it's chronological or not,

10   that you had with Paul Santamaria?

11        A    Well, there was a loss that we took

12   from a new client, one of the bankers for a

13   couple of thousand dollars.

14        Q    What was the name of that

15   particular customer, if you recall?

16        A    Charles Bryant.

17        Q    And you said this was a new

18   customer?

19        A    Yes.

20        Q    And the branch took a loss?

21        A    Yes.

22        Q    What happened with Mr. Santamaria?

23        A    He questioned whether we were

24   overseeing, he questioned why we took a loss

25   and what we were doing about it.

```
 1                      JANKOUSKY                          81
 2        Q     Under the circumstances, was that a
 3   reasonable question?
 4              MS. GOODELL:  Objection to the form
 5        of the question.
 6        A     Yes.
 7        Q     What did you tell him?
 8        A     I told him that one of our tellers
 9   hadn't put the new account hold on the deposit
10   and that when returns of deposits were coming
11   in -- returns of deposit were given
12   notification to Fifth Avenue branch, that was
13   how we discovered it.
14              But the banker hadn't called the
15   place of employment and hadn't verified the
16   phone number because the client had given a
17   false phone number and false place of
18   employment.  And we would not have opened the
19   account.
20        Q     Did you explain all this to
21   Mr. Santamaria?
22        A     Yes, I did.  And I held a meeting
23   with the staff and gave the staff a memo which
24   each person had to initial that they
25   understood what was required of them, as a
```

```
 1                      JANKOUSKY                          82
 2   teller in processing new account deposits, and
 3   as a banker in opening new accounts.
 4       Q    Any other difficulties with Paul
 5   Santamaria?
 6       A    There was an issue of a new teller
 7   who showed a loss of a thousand dollars which
 8   we could never find.
 9       Q    What did Paul Santamaria have to
10   say about that loss which couldn't be found?
11       A    He told us that we should have had
12   designated an employee who's sole job was just
13   to stand by that teller for several days
14   watching him perform his job, for full
15   supervision.
16       Q    Had the teller been through teller
17   training?
18       A    Yes.
19       Q    How had the teller performed during
20   teller training?
21       A    Very well.
22       Q    No problems?
23       A    No.
24       Q    And before the loss, when the new
25   teller was put on the line, were there any
```