SANTAMARIA AFFIDAVIT
EXHIBIT M
PLAINTIFF'S DEPOSITION
PP 82-83

```
 1                    JANKOUSKY                       82
 2   teller in processing new account deposits, and
 3   as a banker in opening new accounts.
 4        Q    Any other difficulties with Paul
 5   Santamaria?
 6        A    There was an issue of a new teller
 7   who showed a loss of a thousand dollars which
 8   we could never find.
 9        Q    What did Paul Santamaria have to
10   say about that loss which couldn't be found?
11        A    He told us that we should have had
12   designated an employee who's sole job was just
13   to stand by that teller for several days
14   watching him perform his job, for full
15   supervision.
16        Q    Had the teller been through teller
17   training?
18        A    Yes.
19        Q    How had the teller performed during
20   teller training?
21        A    Very well.
22        Q    No problems?
23        A    No.
24        Q    And before the loss, when the new
25   teller was put on the line, were there any
```

```
 1                     JANKOUSKY                      83
 2    problems?
 3         A     Not that I remember at all.
 4         Q     So what did you tell
 5    Mr. Santamaria?
 6         A     I told him that the teller, Davon
 7    Felder, D-A-V-O-N, F-E-L-D-E-R had gotten,
 8    done very well in teller training, I remember
 9    and that he had done well when we had put him
10    practicing.
11              And that we did have him next to
12    either the head teller or assistant head
13    teller, at the time, at all times.  So that if
14    there were any questions, and he would be next
15    to some one very, very, experienced.  This was
16    our normal way of putting a teller on the
17    line.
18         Q     But when a new teller loses a
19    thousand dollars and the branch can't account
20    for that, is that a matter that you think is
21    properly brought up by higher management?
22         A     I think it is.
23         Q     Before I go on, did that teller
24    stay with you?
25         A     Yes.
```