SANTAMARIA AFFIDAVIT
EXHIBIT N
PLAINTIFF'S DEPOSITION
PP 86-87

```
 1                    JANKOUSKY                        86
 2      that there was a deposit at another branch the
 3      day before --
 4           A      Yes.
 5           Q      -- was that researched?
 6           A      Yes.
 7           Q      Was such a deposit made?
 8           A      Yes.
 9           Q      Did it clear?
10           A      I don't know if that deposit
11      cleared that day.  No, I don't know.  It was
12      put into, I believe, it was encoded
13      improperly.  It wasn't showing up in his
14      account.
15           Q      So as a result, this thing hit the
16      overdraft list?
17           A      Yes.
18           Q      How did Mr. Santamaria become
19      involved, he saw it on the list?
20           A      He saw it on the list, and he noted
21      that the R for return was going on and off and
22      called about that.  So he saw that the
23      decision was being changed.
24           Q      Was it reasonable for him to call
25      up and find out what was going on since the R
```

```
                                                           Page 87
 1                    JANKOUSKY                            87
 2    was going on and off?
 3              MS. GOODELL:  Objection to the form
 4       of the question.
 5       A     Was it reasonable, I guess.  I
 6    guess it could be.
 7       Q     Did you talk to him about it?
 8       A     Yes.
 9       Q     Was there a resolution?  I mean he
10    made an inquiry.
11              You talked to him, was there a
12    resolution of the issue?
13       A     Yes.
14       Q     What was the resolution of the
15    issue?
16       A     Pay the check.
17       Q     Were you in agreement with that?
18       A     I was fine with that, yes.
19       Q     Were there any other incidents with
20    Paul Santamaria?
21       A     There was CSRs, incentive
22    compensation referrals, that were deemed to be
23    incorrect, were fraudulent.
24       Q     What's a CSR incentive compensation
25    referral?
```