SANTAMARIA AFFIDAVIT
EXHIBIT O
PLAINTIFF'S DEPOSITION
P 90

information, that you received from Donna Hutchinson, was an inquiry made as to how long this behavior had been going on?

A Yes.

Q And how long?

A It had been going on since August of 2006.

Q Did this come to the attention of Paul Santamaria?

A Yes.

Q How did it come to the attention of Paul Santamaria?

A I don't know. I don't remember.

Q What did Paul Santamaria say about this situation?

A I don't recall how he learned about it, but he questioned me about what we had done to take care of this issue.

Q Was it reasonable for him to request of you what you had done to deal with the issue?

MS. GOODELL: Objection to the form of the question.

A Yes.