SANTAMARIA AFFIDAVIT
EXHIBIT P
PLAINTIFF'S DEPOSITION
PP88-89

```
 1                    JANKOUSKY                           88
 2        A     If a banker gives a referral, they
 3   can make, I think, a $1.50 to $3 per referral,
 4   if I remember correctly.
 5        Q     What kind of referrals are you
 6   referring to?
 7        A     Checking accounts or saving
 8   accounts and I believe other products, I'm not
 9   sure.  I don't recall all, but, certainly,
10   checking or money market or saving accounts.
11        Q     What was it that was fraudulent
12   that was going on?
13              MS. GOODELL:  Objection to the form
14        of the question.
15        A     The CSR or bankers were opening
16   accounts for clients that were normally
17   handled by another banker, and they counted
18   that as a referral.
19        Q     So they were switching them back
20   and forth so they could get referral fees?
21        A     That is what it looked like to me.
22        Q     When did this come to your
23   attention?
24        A     In the fall of 2000.  I don't
25   remember the exact month, but in the fall or
```

```
 1                    JANKOUSKY                         89
 2    early winter of 2006.
 3         Q     How did it first come to your
 4    attention that this activity was going on?
 5         A     Donna Hutchinson brought it to my
 6    attention.
 7         Q     Who was she?
 8         A     Donna Hutchinson was one of my
 9    assistant managers.
10         Q     When Donna Hutchinson brought this
11    to your attention, what, if anything, occurred
12    as a result of that?
13         A     We discussed what we needed to do
14    to handle this.
15         Q     What was it, if anything, that was
16    determined needed to be done to handle this?
17         A     We had two choices, either to give
18    them a written warning or a verbal warning,
19    and we decided to give them a verbal warning.
20         Q     Were there any other consequences
21    as a result of this activity other than a
22    written or verbal warning?
23         A     They needed to be withdrawn from
24    the incentive compensation referral plan.
25         Q     In connection with this
```