SANTAMARIA AFFIDAVIT
EXHIBIT Q
PLAINTIFF'S DEPOSITION
PP 90-92

```
 1                    JANKOUSKY                          90
 2    information, that you received from Donna
 3    Hutchinson, was an inquiry made as to how long
 4    this behavior had been going on?
 5        A    Yes.
 6        Q    And how long?
 7        A    It had been going on since August
 8    of 2006.
 9        Q    Did this come to the attention of
10    Paul Santamaria?
11        A    Yes.
12        Q    How did it come to the attention of
13    Paul Santamaria?
14        A    I don't know.  I don't remember.
15        Q    What did Paul Santamaria say about
16    this situation?
17        A    I don't recall how he learned about
18    it, but he questioned me about what we had
19    done to take care of this issue.
20        Q    Was it reasonable for him to
21    request of you what you had done to deal with
22    the issue?
23             MS. GOODELL:  Objection to the form
24        of the question.
25        A    Yes.
```

```
 1                      JANKOUSKY                        91
 2        Q    Did you respond to that inquiry
 3   about what you had done?
 4        A    Yes.
 5        Q    What did you tell him?
 6        A    I told him that we had met with
 7   them and that we had told them how serious
 8   this was and it should not be done.  It was
 9   not right and don't do it anymore.
10        Q    Was Mr. Santamaria satisfied with
11   that response?
12        A    No.
13        Q    And why not?
14             MS. GOODELL:  Objection to the form
15        of the question.
16        Q    Well, do you know why not?
17        A    No.
18        Q    He didn't tell you?
19        A    Why he wasn't satisfied?
20        Q    Yes.
21             Did he say that's not good enough,
22   or you should have done this?
23        A    Well, he wanted them on written
24   warning, and he told me that I should have put
25   them out of the incentive compensation program
```

```
 1                    JANKOUSKY                         92
 2   for referrals.
 3        Q    Was he right about that, that they
 4   should have been removed from the program?
 5        A    Yes.
 6             MS. GOODELL:  Objection to the form
 7        of the question.
 8        Q    And after he told you that, did you
 9   remove them?
10        A    Yes.
11        Q    Were these people given written
12   warnings then after your discussion with Paul
13   or not?
14        A    Yes.
15        Q    Did you disagree with
16   Mr. Santamaria on that issue?
17        A    Do you mean to his face?
18        Q    No.  Well, first that.
19             Did you tell him that I don't think
20   a written warning is warranted in words or
21   substance and they should only get a verbal;
22   did you tell him that?
23        A    No.
24        Q    Did you believe the written warning
25   was too harsh?
```