SANTAMARIA AFFIDAVIT
EXHIBIT R
PLAINTIFF'S DEPOSITION
P 93

```
1                    JANKOUSKY                        93
2       A    I did feel that a verbal would take
3  care of it.
4       Q    In connection with this incident,
5  did you review the terms of the incentive
6  program?
7       A    Yes.
8       Q    Did the incentive program, by its
9  terms, provide for removal from the program
10 for this type of activity?
11      A    Yes.
12      Q    What, if anything, was done with
13 respect to the incentive that was fraudulently
14 generated; do you know?
15      A    I believe they had to pay it back,
16 but I don't recall.  It was a fairly small
17 sum.
18      Q    Did you believe that the size of
19 the sum was important in determining the
20 appropriate response?
21      A    Yes, I did.
22      Q    Did you have any further incidents
23 with Paul Santamaria?
24           MS. CACACE:  I'm sorry.
25           Do you mind taking a lunch break
```