Roberto Affidavit
Exhibit A
P 163-166 Plaintiff's Deposition

```
 1                    JANKOUSKY                      163
 2    supervisor for only a month or so?
 3         A    Yes.
 4         Q    At that time, did you tell
 5    Mr. Santamaria in words and substance that you
 6    felt you were being discriminated against as a
 7    result of being a woman?
 8         A    No.
 9         Q    Did you go to Mr. Roberto at that
10    time and tell him that you felt you were being
11    discriminated against by Paul Santamaria
12    because you were a woman?
13         A    No, but I did try to --
14         Q    At that time, did you --
15         A    At that time, no.
16         Q    Did you go to Caroline Drexel and
17    tell her that you felt you were being
18    discriminated against by Paul Santamaria
19    because you were a woman?
20         A    I did speak to Caroline Drexel and
21    told her that I felt he was treating me
22    unfairly, but I did not say it was because of
23    discrimination.
24         Q    When did you tell her that?
25         A    I tried to call her in early 2007
```

```
 1                    JANKOUSKY                    164
 2    to get on her calendar to go see her and her
 3    assistant.  I think it was Eileen.  Eileen
 4    Pansa told me to speak to, that Caroline said
 5    to talk to Joe Roberto about it.
 6          Q     So that was early 2007?
 7          A     Yes.
 8          Q     At the time in 2006 when you
 9    thought you were being treated differently,
10    did you talk to anyone in the Human Resources
11    Department of the bank about that?
12          A     I made a phone call to Linda
13    Migliorisi and asked her if I could speak to
14    her in confidence about Paul Santamaria.
15          Q     When was that?
16          A     It was in the summer of 2006, to
17    the best of my recollection.
18          Q     What did she tell you?
19          A     No, that she could not keep it in
20    confidence.
21          Q     Did she tell you anything else?
22          A     That she would have to disclose it
23    to Paul Santamaria.
24          Q     Did she also tell you that she
25    would have to conduct an investigation that
```

```
 1                    JANKOUSKY                    165
 2   involved talking to Paul?
 3        A    I don't remember her saying those
 4   words.
 5        Q    Were you led to believe that she
 6   would have to confront Paul with these
 7   accusations?
 8        A    She just responded that she
 9   wouldn't be able to keep it in confidence.
10        Q    Are you aware of whether or not the
11   bank had in place a policy prohibiting
12   discrimination based upon gender?
13        A    The bank did have a policy in
14   place.
15        Q    Did you know what your remedies
16   under that policy were?
17        A    Go to upper management.  You could
18   go to Human Resources.
19        Q    When Linda Migliorisi told you that
20   she would have to deal with this in a manner
21   such that it would be disclosed to Paul
22   Santamaria, at least at some point, what if
23   anything did you decide to do at that
24   juncture?
25             MS. GOODELL:  Objection.
```

```
 1                    JANKOUSKY                      166
 2       A      I decided not to say anything
 3  because I was afraid he would retaliate.
 4       Q      Did you know whether or not North
 5  Fork Bank had in place a policy with respect
 6  to retaliation?
 7       A      I don't know but I'm assuming that
 8  they did have a policy.
 9       Q      Do you know what the policy was?
10       A      You can't retaliate.
11       Q      Did you believe that your
12  complaints about Paul Santamaria could be
13  fully and fairly dealt with by Human Resources
14  without their revealing something to Paul
15  Santamaria about your complaint?
16       A      I didn't think about it in those
17  terms.
18       Q      Now, you have alleged that the
19  reason that Paul treated you the way he
20  treated you was because you were female; is
21  that your claim here today?
22       A      Yes.
23       Q      Do you know whether he stated to
24  anyone else that you were treated the way you
25  were treated because you were female?
```