PFUNDSTEIN AFFIDAVIT
EXHIBIT A
THE PLAN
MARKED CONFIDENTIAL