PFUNDSTEIN AFFIDAVIT
EXHIBIT B
SYSTEMS AND PROCEDURE E10
MARKED CONFIDENTIAL