UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
EVELYN A. JANKOUSKY,

                                      *08 Civ. 1858 (PAC)*

                Plaintiff,

      -against-

                               **NOTICE OF CROSS-MOTION**

CAPITAL ONE, NA,

                Defendant.
-----------------------------------------------------X

SIRS:

      Please Take Notice that upon the annexed affidavits of Paul Santamaria, sworn to August 12, 2010, Thomas Pfundstein, sworn to August 12, 2010, and Joseph Roberto, sworn to August 13, 2010, the exhibits annexed thereto, the statement pursuant to Local Court Rule 56.1, the accompanying memorandum of law, and all of the prior proceedings had herein the undersigned moves this Court in accordance with briefing schedule set by the Court for an order pursuant to Federal Rules of Civil Practice 56 granting summary judgment in favor of defendant and against plaintiff dismissing the first, third, fifth, seventh, eighth, ninth, tenth and eleventh causes of action on the grounds that there are no genuine material issues of fact and that defendant is entitled to judgment as a matter of law together with such other and further relief as the Court deems just and proper.

Dated:  Melville, New York
          August 16, 2010         Yours, etc.,
                                        WICKHAM, BRESSLER, GORDON & GEASA, P.C.

                                        By:               /s/
                                             Eric J. Bressler (EB3412)
                                        Attorneys for Defendant
                                        275 Broadhollow Road, Suite 111
                                        Melville, New York 11747
                                        631-249-9480

TO:   Maia Goodel (MG 8905)
        Vladeck, Waldman, Elias & Engelhard, P.C.
        Attorneys for Plaintiff
        1501 Broadway, Suite 800
        New York, New York 10036
        212-403-7300